WEISSMAN & MINTZ LLC
Brett M. Pugach, Esq. (No. 032572011)
220 Davidson Avenue, Suite 410
Somerset, New Jersey 08873
(732) 563-4565
bpugach@weissmanmintz.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al., <br><br>                Plaintiffs, <br><br>      v. <br><br> CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al., <br><br>                Defendants. | Civil Action No.: 3:24-cv-01098 <br><br><br><br><br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

      I, Brett M. Pugach, am admitted to practice in this Court and enter my appearance as co-counsel for all Plaintiffs in this matter.

                              By:    */s/Brett M. Pugach*
                                    Brett M. Pugach

Dated: February 26, 2024