BROMBERG LAW LLC
Yael Bromberg, Esq. (No. 036412011)
43 West 43rd Street, Suite 32
New York, NY 10036-7424
212-859-5083
ybromberg@bromberglawllc.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br>    Plaintiffs,<br> v.<br><br>CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al.,<br><br>    Defendants. | Civil Action No.: 3:24-cv-01098<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

 I, Yael Bromberg, am admitted to practice in this Court and enter my appearance as co-counsel for all Plaintiffs in this matter.

            By: */s/Yael Bromberg*
               Yael Bromberg

Dated: February 26, 2024