UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Civil Action No. _____ |

**DECLARATION OF SERVICE**

I, Flavio L. Komuves, declare that on February 26, 2024, I caused copies of the following documents to be served electronically, via email, on all party defendants, their counsel if known, all parties in interest and notice parties identified in Paragraphs 51 and 52 of the Verified Complaint, the declared Democratic candidates for U.S. Senate, and House of Representatives in New Jersey's Congressional Districts 2 and 3, the Republican and Democratic State Committees, and the county Republican Democratic Committees, if their email could be found. The documents are available for viewing and downloading from the ECF system.

- Verified Complaint with Exhibits, including plaintiff verifications
- Exhibits A-F to complaint, including expert reports of Dr. Josh Pasek, Dr. Samuel S.-H. Wang, Dr. Julia Sass Rubin, and Dr. Andrew Appel
- Civil Cover Sheet
- Notice of Motion for Preliminary Injunction
- Supporting Brief on Behalf of Plaintiffs
- Emergency Application for Entry of Order to Show Cause

- Proposed Order to Show Cause with proposed briefing and hearing schedule
- Entries of Appearance for additional plaintiffs' counsel

## **SERVICE LIST (ALL VIA ELECTRONIC MAIL)**

Christine Giordano-Hanlon
Monmouth County Clerk's Office

Michael D. Fitzgerald
Monmouth County Counsel

Scott M. Colabella
Ocean County Clerk's Office

John C. Sahradnik
Ocean County Counsel

Paula Sollami-Covello
Mercer County Clerk's Office

Paul R. Adezio
Mercer County Counsel

Mary H. Melfi
Hunterdon County Clerk's Office

Katrina L. Campbell
Hunterdon County Counsel

Steve Peter
Somerset County Clerk's Office

Joseph DeMarco
Somerset County Counsel

Holly Mackey
Warren County Clerk's Office

Joseph J. Bell IV
Warren County Counsel

Nancy J. Pinkin
Middlesex County Clerk's Office

Thomas F. Kelso
Middlesex County Counsel

Joseph Giralo
Atlantic County Clerk's Office

James Ferguson
Atlantic County Counsel

John S. Hogan
Bergen County Clerk's Office

Thomas J. Duch
Bergen County Counsel

Joanne Schwartz
Burlington County Clerk's Office

Ashley Buono
Burlington County Counsel

Joseph Ripa
Camden County Clerk's Office

Emeshe Arzon
Camden County Counsel

Rita M. Rothberg
Cape May County Clerk's Office

Jeffrey R. Lindsay
Cape May County Counsel

Celeste M. Riley

Cumberland County Clerk's Office

John G. Carr
Cumberland County Counsel

Christopher J. Durkin
Essex County Clerk's Office

Jerome St. John
Essex County Counsel

James N. Hogan
Gloucester County Clerk's Office

Eric M. Campo
Gloucester County Counsel

E. Junior Maldonado
Hudson County Clerk's Office

Donato Battista
Hudson County Counsel

Ann F. Grossi
Morris County Clerk's Office

John A. Napolitano
Morris County Counsel

Danielle Ireland-Imhof
Passaic County Clerk's Office

Nadege D. Allwaters
Passaic County Counsel

Joanne Rajoppi
Union County Clerk's Office

Bruce H. Bergen
Union County Counsel

Dale A. Cross
Salem County Clerk's Office

Karin M. Wood
Salem County Counsel

Jeff Parrott
Sussex County Clerk's Office

Douglas J. Steinhardt
Sussex County Counsel

Tahesha Way, Esq.
NJ Department of State

Susan Scott, DAG
New Jersey Office of the Attorney General

NJ Democratic State Committee

NJ Republican State Committee

Patricia Campos-Medina
Senate Candidate

Lawrence Hamm
Senate Candidate

Tammy Murphy
Senate Candidate

Tim Alexander
CD-2 candidate

Brandon Saffold
CD-2 candidate

Joe Salerno
CD-2 candidate

Joseph Cohn
CD-3 candidate

Herbert C. Conaway, Jr.
CD-3 candidate

Carol Murphy
CD-3 candidate

Atlantic County Democratic Committee

Democratic Committee of Bergen County

Bergen County Republican Organization

Burlington County Democratic Committee

Burlington County Republican Committee

Camden County Democratic Committee

Camden County Republican Committee

Cape May County Democratic Committee

Cape May Republican Committee

Cumberland County Democratic Committee

Cumberland County GOP

Essex County Democratic Committee

Essex County Republicans

Gloucester County Democratic Committee

Gloucester County GOP

Hudson County Democratic Organization

Hunterdon County Democratic Committee

Hunterdon GOP

Mercer County Democratic Committee

Mercer County Republican Committee

Middlesex County Democratic Organization

Middlesex County Republican Organization

Monmouth County Democrats

Morris County Democratic Committee

Morris County Republican Committee

Ocean County Democrats

Ocean County GOP

Passaic County Democratic Committee

Passaic County Republican Organization

Salem County Democratic Committee

Salem County GOP

Somerset County Democratic Committee

Somerset County Republican Organization

Sussex County Democratic Committee

Sussex County Republican Committee

Union County Democratic Committee

Union County Republican Committee

Warren County Democratic Committee

Warren County Republican Committee

I declare under penalty of perjury that the foregoing is true and correct. Executed at Somerset, New Jersey, this 27th day of February, 2024.

                                         */s/ Flavio L. Komuves*
                                         Flavio L. Komuves