**Edward J. Florio, Esq.   (025311987)**
**FLORIO KENNY RAVAL, L.L.P**
125 Chubb Avenue, Suite 310 - N
Lyndhurst, New Jersey 07071
(201) 659-8011
Attorneys for Defendant:
E. JUNIOR MALDONADO
In his official capacity as Hudson
County Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUS FOR COGRESS<br><br>*Plaintiffs,*<br><br>  *v.*<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic | CIVIL ACTION No.:<br>3:24-cv-01098-ZNQ TJB<br><br><br>NOTICE OF APPEARANCE |

{01066484}

| County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk.<br><br>*Defendants,*<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in is official capacity as Sussex County Clerk, TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey,<br><br>    *As Interested Parties* | |
|---|---|

{01066484}

The Court is advised that **EDWARD J. FLORIO, ESQ.** of the firm of **FLORIO KENNY RAVAL, LLP** hereby enters his appearance as counsel on behalf of Defendant, **E. JUNIOR MALDONADO in his official capacity as Hudson County Clerk.**

The contact information for the undersigned is:

> Edward J. Florio, Esq.
> **ATTORNEY ID # 025311987**
> **FLORIO KENNY RAVAL, LLP**
> 125 CHUBB AVENUE, SUITE 310 - N
> LYNDHURST, N.J. 07071
> Phone: 201-659-8011
> Fax: 201-659-8511
> E-mail:  efloriofkrlaw.com

>> FLORIO KENNY RAVAL, L.L.P.
>> Attorneys for Defendant,
>> **E. JUNIOR MALDONADO**
>> **in his official capacity as**
>> **Hudson County Clerk**
>>
>> By: **/S/ Edward J. Florio**
>>      EDWARD J. FLORIO, ESQ.

DATED: February 27, 2024

{01066484}