UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al.,<br><br>      Defendants. | Civil Action No. 24-cv-0198 |

## DECLARATION UNDER LOCAL RULE 11.2

The undersigned counsel, on behalf of Plaintiffs, states that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding. For completeness, it is noted that pending before this Court are *Conforti v. Hanlon*, No. 20-08267-ZNQ-TJB and *Mazo v. Way*, No. 20-08336-ZNQ-TJB, which have similar legal issues, although they are still in discovery and have never involved an preliminary injunction, or, to date, expert proofs, as are presented in the new *Kim et al*. matter. Any resolution of *Conforti* and *Mazo* is not expected to be issued in time to protect the *Kim* Plaintiffs' rights and avoid irreparable harm in connection with the upcoming June 4, 2024 Democratic Primary Election. Additionally, there is no commonality between the plaintiffs in any of those actions, and both matters were disclosed as related in the JS-44 Civil Cover Sheet. The *Conforti* matter was also addressed in the Verified Complaint.

Dated: Feb. 27, 2024                                   Respectfully submitted,

                                                                */s/ Flavio L. Komuves*
                                                                Flavio L. Komuves