UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANDY KIM, et al.,

    Plaintiffs,

v.

CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al.,

    Defendants.

Civil Action No. 24-cv-1098

## DECLARATION OF SERVICE

I, Flavio L. Komuves, declare that on the date below, copies of the following documents were served electronically on all party defendants, their counsel if known, all parties in interest and notice parties identified in Paragraphs 51 and 52 of the Verified Complaint, the declared Democratic candidates for U.S. Senate, and House of Representatives in New Jersey's Congressional Districts 2 and 3, and are available for viewing and downloading from the ECF system:

- Text Order of the Court scheduling hearing for 2/29/2024 with dial-in information
- Plaintiffs' Local Rule 11.2 statement
- Motion for Leave to file overlength brief (served 2/26/24)

## SERVICE LIST (ALL VIA ELECTRONIC MAIL)

Christine Giordano-Hanlon
Monmouth County Clerk's Office

Michael D. Fitzgerald
Monmouth County Counsel

Scott M. Colabella
Ocean County Clerk's Office

John C. Sahradnik
Ocean County Counsel

Paula Sollami-Covello
Mercer County Clerk's Office

Paul R. Adezio
Mercer County Counsel

Mary H. Melfi
Hunterdon County Clerk's Office

Katrina L. Campbell
Hunterdon County Counsel

Steve Peter
Somerset County Clerk's Office

Joseph DeMarco
Somerset County Counsel

Holly Mackey
Warren County Clerk's Office

Joseph J. Bell IV
Warren County Counsel

Nancy J. Pinkin
Middlesex County Clerk's Office

Thomas F. Kelso
Middlesex County Counsel

Joseph Giralo
Atlantic County Clerk's Office

James Ferguson

Atlantic County Counsel

Paul Kaufman
Attorney for Bergen Clerk

Mark Natale
Attorney for Burlington Clerk

Joseph Ripa
Camden County Clerk's Office

Emeshe Arzon
Camden County Counsel

Rita M. Rothberg
Cape May County Clerk's Office

Jeffrey R. Lindsay
Cape May County Counsel

Celeste M. Riley
Cumberland County Clerk's Office

John G. Carr
Cumberland County Counsel

Christopher J. Durkin
Essex County Clerk's Office

Jerome St. John
Essex County Counsel

John Carbone, Esq.
Attorney for Gloucester Clerk

Ed Florio
Attorney for Hudson Clerk

Ann F. Grossi
Morris County Clerk's Office

John A. Napolitano
Morris County Counsel

Danielle Ireland-Imhof
Passaic County Clerk's Office

Nadege D. Allwaters
Passaic County Counsel

Joanne Rajoppi
Union County Clerk's Office

Bruce H. Bergen
Union County Counsel

Dale A. Cross
Salem County Clerk's Office

Karin M. Wood
Salem County Counsel

Jeff Parrott
Sussex County Clerk's Office

Tahesha Way, Esq.
NJ Department of State

Susan Scott, DAG
New Jersey  Office of the Attorney General

NJ Democratic State Committee

NJ Republican State Committee

Patricia Campos-Medina
Senate Candidate

Lawrence Hamm
Senate Candidate

Tammy Murphy
Senate Candidate

Tim Alexander
CD-2 candidate

Brandon Saffold
CD-2 candidate

Joe Salerno
CD-2 candidate

Joseph Cohn
CD-3 candidate

Herbert C. Conaway, Jr.
CD-3 candidate

Carol Murphy
CD-3 candidate

Atlantic County Democratic Committee

Democratic Committee of Bergen County

Bergen County Republican Organization

Burlington County Democratic Committee

Burlington County Republican Committee

Camden County Democratic Committee

Camden County Republican Committee

Cape May County Democratic Committee

Cape May Republican Committee

Cumberland County GOP

Essex County Democratic Committee

Essex County Republicans

Gloucester County GOP

Hudson County Democratic Organization

Hunterdon County Democratic Committee

Hunterdon GOP

Mercer County Democratic Committee

Mercer County Republican Committee

Middlesex County Democratic Organization

Middlesex County Republican Organization

Monmouth County Democrats

Morris County Democratic Committee

Morris County Republican Committee

Ocean County Democrats

Ocean County GOP

Passaic County Democratic Committee

Salem County Democratic Committee

Salem County GOP

Somerset County Democratic Committee

Somerset County Republican Organization

Sussex County Democratic Committee

Sussex County Republican Committee

Union County Democratic Committee

Union County Republican Committee
F
Warren County Democratic Committee

Warren County Republican Committee

      I declare under penalty of perjury that the foregoing is true and correct. Executed at Somerset, New Jersey, this 27th day of February, 2024.

                                            */s/ Flavio L. Komuves*
                                            Flavio L. Komuves