UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>Plaintiffs,<br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk;<br><br>Defendants.<br><br>- and – | Civ. Action. No.: 3:24-cv-01098<br><br>**NOTICE OF APPEARANCE OF BRIAN M. NELSON, ESQ.** |

SHN\760286.1

| |
|---|
| DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey.<br><br>　　　　　　As Interested Parties. |

Please enter the appearance of Brian M. Nelson of Spiro Harrison & Nelson LLC as counsel for defendant Christine Giordano Hanlon.

Dated: February 27, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　**SPIRO HARRISON & NELSON LLC**

　　　　　　　　　　　　　　　　　　　　　By: /s/ Brian M. Nelson
　　　　　　　　　　　　　　　　　　　　　　　Brian M. Nelson, Esq.
　　　　　　　　　　　　　　　　　　　　　　　200 Monmouth Street, Suite 310
　　　　　　　　　　　　　　　　　　　　　　　Red Bank, New Jersey 07701
　　　　　　　　　　　　　　　　　　　　　　　(732) 784-1470
　　　　　　　　　　　　　　　　　　　　　　　bnelson@shnlegal.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　　　　　　*Christine Giordano Hanlon*