# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk;<br><br>　　　　　　　　Defendants.<br><br>- and – | Civ. Action. No.: 3:24-cv-01098<br><br><br><br>**NOTICE OF APPEARANCE OF<br>MARISSA K. DEANNA, ESQ.** |

SHN\760316.1

| |
|---|
| DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey.<br><br>     As Interested Parties. |

  Please enter the appearance of Marissa K. DeAnna of Spiro Harrison & Nelson LLC as counsel for defendant Christine Giordano Hanlon. Ms. DeAnna and Messrs. Spiro and Nelson will represent Christine Giordano Hanlon in this matter.

Dated: February 27, 2024        Respectfully Submitted,

                **SPIRO HARRISON & NELSON LLC**

                By: */s/ Marissa K. DeAnna*
                  Marissa K. DeAnna, Esq.
                  200 Monmouth Street, Suite 310
                  Red Bank, New Jersey 07701
                  (732) 994-0435
                  mdeanna@shnlegal.com
                  *Attorneys for Defendant,*
                  *Christine Giordano Hanlon*