**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS; | Civ. Action. No.: 3:24-cv-01098 |
| Plaintiffs, | |
| v. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk; | **NOTICE OF APPEARANCE OF JENNIFER BOREK, ESQ.** |
| Defendants. | |
| - and – | |

DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey.

As Interested Parties.

**PLEASE TAKE NOTICE** that Jennifer Borek, Esq. of the law firm of Genova Burns, LLC hereby enters their appearance in this action as counsel for Defendants, Christopher J. Durkin, in his official capacity as Essex County Clerk and Joanne Rajoppi, in her official capacity as Union County Clerk, in the above captioned matter.

**GENOVA BURNS LLC**

By:    /s/ *Jennifer Borek*
       JENNIFER BOREK, ESQ.
       494 Broad Street
       Newark, New Jersey 07102
       Tel.:  973-533-7107
       Fax:  973-533-814-4045
       jborek@genovaburns.com

Dated:  February 28, 2024
17435019v1