

February 28, 2024

Honorable Zahid N. Quraishi
U.S. District Court, District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

Re: 3:24-cv-01098-ZNQ-TJB

Dear Judge Quraishi:

The New Jersey Globe, a news organization covering the United States Senate race and the above-mentioned lawsuit about ballot design and county organization lines, respectfully requests that we be permitted to listen to a telephonic case management conference on February 29, 2024, at 10:30 AM.

This case is of enormous interest to the community, and the request is clearly in the public's best interest.

As you are aware, public confidence in elections is low; transparency and sunlight can help restore faith that all decisions that potentially affect the outcome of elections are conducted publicly.  <u>Election matters ought to be discussed in public squares and never behind closed doors</u>.  Respectfully,  the judiciary needs to be a partner in this.

Additionally, considering the tight timeline between now, the March 25 filing deadline, and the June 4 primary election, there are possibly hundreds of people in New Jersey who are affected by this matter as they mull possible candidacies and are not represented by counsel who will participate in the conference.

Thank you in advance for your consideration.

Yours truly,

*David Wildstein*

David Wildstein
Editor, New Jersey Globe
david@njglobe.com

---

The Court will conduct tomorrow's telephonic case management conference on the record.  Copies of the transcript may be obtained by contacting official court reporter Megan McKay-Soule at (609) 815-2319.

So Ordered this 28th day of February 2024.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE