**WILENTZ, GOLDMAN & SPITZER, P.A.**
Richard K. Wille Jr., Esq. (Atty. ID# 305562019)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
*Attorneys for Defendant Steve Peter,*
*in his official capacity as Somerset County Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>Plaintiffs,<br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official | Civil Action No. 3:24-cv-01098<br><br>**NOTICE OF APPEARANCE OF RICHARD K. WILLE JR., ESQ.** |

#14315020.1

| | |
|---|---|
| capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk;<br><br>                    Defendants.<br><br>- and –<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey. As Interested Parties.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Steve Peter, in his official capacity as Somerset County Clerk, in the above-captioned matter.

|  |  |
|---|---|
|  | **WILENTZ, GOLDMAN & SPITZER, P.A.** |
| Dated: February 28, 2024 | *s/ Richard K. Wille Jr.*<br>RICHARD K. WILLE JR., ESQ.<br>90 Woodbridge Center Drive, P.O. Box 10<br>Woodbridge, New Jersey 07095<br>(732) 636-8000<br>rwille@wilentz.com |

2

#14315020.1