PAUL R. ADEZIO
MERCER COUNTY COUNSEL
640 South Broad Street
McDade Administration Building
Trenton, New Jersey 08650
(609) 989-6511
BY: Paul R. Adezio, County Counsel
Attorneys for Defendant Mercer County Clerk Paula Sollami Covello

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| ANDY KIM, et al., | : CIVIL ACTION NO. 24-CV-1098(ZNQ)(TJB) |
|---|---|
| Plaintiffs, | : Civil Action |
| v. | : NOTICE OF APPEARANCE |
| CHRISTINE GIORDANO HANLON, et al., | : |
| Defendants, | : DOCUMENT FILED ELECTRONICALLY |
| -and- | : |
| DALE A. CROSS, et al., | : |
| As Interested Parties. | : |

    Please enter my appearance on behalf of Defendant Mercer County Clerk Paula Sollami Covello in the captioned matter.

/s Paul R. Adezio
Paul R. Adezio, Esq.
Mercer County Counsel
padezio@mercercounty.org

Date:   February 28, 2024