**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale, Esq. (#071292014)
Adam S. Malamut (#019101999)
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
Phone: (856) 424-1808
Fax:    (856) 424-2032
Attorneys for Defendant, JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>Plaintiffs,<br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>CIVIL ACTION<br><br>**ENTRY OF APPEARANCE** |

MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk;

Defendants.

- and –

DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey.

As Interested Parties.

TO THE CLERK:

Kindly enter our appearance on behalf of Defendant, JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk in the above-captioned matter.

**MALAMUT & ASSOCIATES, LLC**

Dated: February 28, 2024

*/s/ Adam S. Malamut*
Adam S. Malamut, Esquire
Attorneys for Defendant,
JOANNE SCHWARTZ, in her official capacity as
Burlington County Clerk