UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>Plaintiffs,<br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et. al.,<br><br>Defendants.<br><br>- and –<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk, et al.,<br><br>as Interested Parties. | Civil. Action. No.: 24-1098 (ZNQ)(TJB)<br><br>**NOTICE OF APPEARANCE OF RAJIV D. PARIKH** |

**PLEASE TAKE NOTICE** that Rajiv D. Parikh, Esq. of the law firm of Genova Burns, LLC hereby enters their appearance in this action as counsel for Defendant Danielle Ireland-Imhof in her official capacity as Passaic County Clerk, in the above captioned matter.

**GENOVA BURNS LLC**

By:   /s/ *Rajiv D. Parikh*
RAJIV D. PARIKH
494 Broad Street
Newark, New Jersey 07102
Tel.:  973-535-4446
RParikh@genovaburns.com

Dated:  February 28, 2024