**WILENTZ, GOLDMAN & SPITZER, P.A.**
Gordon J. Golum, Esq. (Atty. ID# #235981969)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
*Attorneys for Defendant Steve Peter,*
*in his official capacity as Somerset County Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS; | Civil Action No. 3:24-cv-01098 |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF GORDON J. GOLUM, ESQ.** |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official | |

capacity as Essex County Clerk; JAMES N. )
HOGAN, in his official capacity as Gloucester )
County Clerk; E. JUNIOR MALDONADO, in )
his official capacity as Hudson County Clerk; )
ANN F. GROSSI, in her official capacity as )
Morris County Clerk; DANIELLE IRELAND- )
IMHOF, in her official capacity as Passaic )
County Clerk; and JOANNE RAJOPPI, in her )
official capacity as Union County Clerk; )
                          )
           Defendants. )
                          )
- and – )
                          )
DALE A. CROSS, in his official capacity as )
Salem County Clerk; and JEFF PARROTT, in )
his official capacity as Sussex County Clerk; )
TAHESHA WAY, Esq., in her official capacity )
as Secretary of State for New Jersey. )
                          )
        As Interested Parties. )
                          )
_____ )

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Steve Peter, in his official capacity as Somerset County Clerk, in the above-captioned matter.

**WILENTZ, GOLDMAN & SPITZER, P.A.**

*/s/ Gordon J. Golum*

Dated: February 28, 2024         GORDON J. GOLUM, ESQ.
                                             90 Woodbridge Center Drive, P.O. Box 10
                                             Woodbridge, New Jersey 07095
                                             (732) 636-8000
                                             ggolum@wilentz.com

#14315017.2