# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 NORTH HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900

William M. Tambussi, Esq.
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
wtambussi@brownconnery.com
Direct Dial: (856) 858-8175



February 29, 2024

Hon. Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

      Re:   **Andy Kim, et al. v. Hanlon, et al.**
            **Docket No. 3:24-cv-01098-ZNQ-TJB**

Dear Judge Quraishi:

This office represents the Camden County Democratic Committee ("CCDC"), an Intervenor in the related case of *Conforti v. Hanlon, et al.,* Docket No. 3:20-cv-08267-ZNQ-TJB. CCDC intends to file a Motion to Intervene in the *Kim* matter no later than Monday, March 4, 2024. As such, CCDC respectfully requests that it be permitted to participate in the telephonic case management conference on February 29, 2024, at 10:30 a.m.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*William M. Tambussi*

William M. Tambussi

WMT/mmd

Request to join the call is DENIED.
Motion to Intervene shall be filed
on 3/4/2024 as proposed by the CCDC.
SO ORDERED:

_____
Zahid N. Quraishi, U.S.D.J.
Dated: 2/29/2024

7O14244.DOCX