**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**TRENTON**                                                  **FEBRUARY 29, 2024**
**OFFICE**                                                 **DATE OF PROCEEDING**
JUDGE: ZAHID N. QURAISHI
COURT REPORTER: JOHN KURZ

**TITLE OF CASE**:                                        **CV-24-1098 (ZNQ)**

ANDY KIM, et al.
       V.
CHRISTINE GIORDANO HANLON, et al.

**APPEARANCES:**

See transcript.

**NATURE OF PROCEEDING:**      **CASE MANAGEMENT CONFERENCE**

Case Management Conference via telephone held.
Order to be filed.

TIME COMMENCED:       10:35 am
TIME ADJOURNED:       11:00 am                       s/ Kim Stillman
TOTAL TIME:   25 MINUTES                         Deputy Clerk