OFFICE OF CAMDEN COUNTY COUNSEL
HOWARD L. GOLDBERG, ESQ.
FIRST ASSISTANT COUNTY COUNSEL (ATTORNEY ID #3567)
520 Market Street, 6th Floor
Camden, NJ 08102
E-mail: howard.goldberg@camdencounty.com
Phone: 856-225-5543
*Attorney for Defendant Joseph Ripa in his official capacity as Camden County Clerk*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>*Defendants.* | HON. ZAHID N. QURAISHI, U.S.D.J.<br>HON. TONIANNE J. BONGIOVANNI, U.S.M.J.<br><br>Civil Action No. 3:24-cv-1098-ZNQ-TJB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of Defendant Joseph Ripa, in his official capacity as Camden County Clerk, in the above-entitled action.

                                                **CAMDEN COUNTY COUNSEL**

                                        By:    /s/ Howard L. Goldberg_____
                                                    Howard Lane Goldberg
Dated:  February 29, 2024                    First Assistant County Counsel