PAUL R. ADEZIO
MERCER COUNTY COUNSEL
640 South Broad Street
McDade Administration Building
Trenton, New Jersey 08650
(609) 989-6511
BY: Paul R. Adezio, County Counsel
Attorneys for Defendant Mercer County Clerk Paula Sollami Covello

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| ANDY KIM, et al., | : CIVIL ACTION NO. 24-CV-1098(ZNQ)(TJB) |
|---|---|
| Plaintiffs, | : Civil Action |
| v. | : SUBSTITUTION OF ATTORNEY |
| CHRISTINE GIORDANO HANLON, et al., | : |
| Defendants. | : DOCUMENT FILED ELECTRONICALLY |

It is hereby stipulated and consented that Rainone Coughlin Minchello, be substituted as attorney of record for Defendant Mercer County Clerk Paula Sollami Covello in place of Paul R. Adezio, Esq., Mercer County Counsel.

| Withdrawing Attorney | Superseding Attorneys |
|---|---|
| MERCER COUNTY COUNSEL | RAINONE COUGHLIN MINCHELLO |
| /s Paul R. Adezio | BY: /s Louis N. Rainone |
| Paul R. Adezio, Esq | Louis N. Rainone, Esq. |
| Mercer County Counsel | Attorneys for Defendant |
| Attorney for Defendant | Mercer County Clerk Paula Sollami Covello |
| Mercer County Clerk Paula Sollami Covello | |
| Dated: March 1, 2024 | Dated: March 1, 2024 |