**David L. Minchello, Esq. (Attorney ID#:041412003)**
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway One South, Suite 440
Iselin, New Jersey 08830
Tel.: 732-709-4182/Fax: 732-791-1555
*Attorneys for Defendant, Paula Sollami Covello,*
*in her official capacity as Mercer County Clerk*

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO.:3:24-cv-01098<br><br><u>CIVIL ACTION</u><br><br>**NOTICE OF APPEARANCE** |

320862v1

> capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk.
>
> *Defendants*,
>
> and
>
> DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey.
>
> *As Interested Parties*.

**PLEASE TAKE NOTICE** that David L. Minchello, Esq. of Rainone Coughlin Minchello, LLC, is admitted and otherwise authorized to practice in this Court and hereby enters an appearance on behalf of Defendant, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, in the above-captioned matter; and respectfully requests that copies of all papers in this action be served upon the undersigned.

**RAINONE COUGHLIN MINCHELLO, LLC**
*Attorneys for Defendant, Paula Sollami Covello, in her official capacity as Mercer County Clerk*

By: _____
David L. Minchello, Esq.

Dated: March 1, 2024

320862v1