**OFFICE OF CAMDEN COUNTY COUNSEL**
MATTHEW V. WHITE, ESQ.
ASSISTANT COUNTY COUNSEL (ATTORNEY ID #2128)
520 Market Street, 6th Floor
Camden, NJ 08102
E-mail:
matthew.white@camdencounty.com Phone:
856-225-5543
*Attorney for Defendant Joseph Ripa in his official capacity as Camden County Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW
## JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS, <br><br> *Plaintiffs,* <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> *Defendants.* | HON. ZAHID N. QURAISHI, U.S.D.J. <br> HON. TONIANNE J. BONGIOVANNI, U.S.M.J. <br><br> Civil Action No. 3:24-cv-1098-ZNQ-TJB <br><br> **NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of Defendant Joseph Ripa, in his official capacity as Camden County Clerk, in the above-entitled action.

                                              **CAMDEN COUNTY COUNSEL**

                        By:    /s/ Matthew V. White
                               Matthew Vincent White

Date:   March 4, 2024                     Assistant County Counsel