**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB <br><br> **NOTICE OF MOTION TO INTERVENE PURSUANT TO FED.R.CIV.P. 24** |

**TO:**   **Clerk, United States District Court**
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Zahid N. Quraishi, U.S.D.J.
**United States District Court**
**District of New Jersey**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 4W

7O16375.DOCX

Trenton, New Jersey 08608

**ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Camden County Democratic Committee, by and through its counsel, Brown & Connery, LLP, shall move for an order permitting it to intervene in this matter pursuant to Fed.R.Civ.P. 24.

**PLEASE TAKE FURTHER NOTICE** that Camden County Democratic Committee shall rely upon the accompanying Brief in Support of its Motion. A proposed form of Order is also submitted herewith. Oral argument is requested if opposition is filed.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Intervenor, Camden County Democratic Committee*

Dated: March 4, 2024

*s/William M. Tambussi*
William M. Tambussi

7O16375.DOCX