**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB <br><br> **CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION TO INTERVENE** |

I, William M. Tambussi, Esquire, being of full age, hereby certify as follows:

1. I am a Partner with the law firm of Brown & Connery, LLP, attorneys for Intervenor, Camden County Democratic Committee, in the above-entitled action. I make this Certification in support of the Intervenor's Motion to Intervene. I have personal knowledge of the facts set forth herein.

7O28842.DOCX

2. Attached hereto as Exhibit A is a true and correct copy of Intervenor's Answer to Plaintiffs' Verified Complaint with Affirmative Defenses.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        **BROWN & CONNERY, LLP**
                                        *Attorneys for Intervenor, Camden County Democratic Committee*

                                        By: /s/ William M. Tambussi
                                                  William M. Tambussi

Dated: March 4, 2024