**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br>          Plaintiffs, <br><br>          v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br>          Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB <br><br><br> **ORDER** |

**THIS MATTER** having been brought before the Court by Brown & Connery, LLP, attorneys for Intervenor, Camden County Democratic Committee, for an Order granting Intervenor's Motion to Intervene and denying Plaintiffs' request for injunctive relief, and the Court having considered the matter and good cause having been shown;

7O16317.DOCX

**IT IS ON THIS** _____ day of _____, 2024, **ORDERED** that Intervenor, Camden County Democratic Committee's Motion to Intervene shall be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Request for Injunctive Relief is hereby **DENIED.**

_____
Honorable Zahid N. Quraishi, U.S.D.J.