**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>  Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>**CERTIFICATE OF SERVICE** |

I, William M. Tambussi, Esquire, being of full age, certifies as follows:

1. I am a partner with the law firm of Brown & Connery, LLP, counsel for Intervenor, Camden County Democratic Committee, in the above matter. I have personal knowledge of the matters set forth herein.

2. I certify that on this 4th day of March, 2024, I caused a true and complete copy of Camden County Democratic Committee's Notice of Motion, Brief

7O16451.DOCX

in Support of Motion to Intervene and in Opposition to Request for Injunctive Relief with Exhibit, and Proposed Order have been served upon the following as indicated:

Clerk
**U.S. District Court for the District of New Jersey**
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
(*via Electronic Filing*)

Honorable Zahid N. Quraishi, U.S.D.J.
**United States District Court**
**District of New Jersey**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 4W
Trenton, New Jersey 08608
*(via Electronic Filing and Regular Mail)*

**All Record Counsel**
*(via Electronic Filing)*

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Intervenor, Camden County Democratic Committee*

Dated:   March 4, 2024

s/William M. Tambussi
William M. Tambussi

7O16451.DOCX