## WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN P. WEISSMAN<br>ANNMARIE PINARSKI<br>WILLIAM G. SCHIMMEL<br>IRA W. MINTZ<br>FLAVIO L. KOMUVES<br>JASON L. JONES<br>JUSTIN SCHWAM<br>PATRICIA A. VILLANUEVA<br><br>Of Counsel<br>ROSEMARIE CIPPARULO<br>BRETT M. PUGACH<br>ADAM M. GORDON<br>YAEL BROMBERG<br><br>Counsel<br>DAVID A. MINTZ*<br><br>* ADMITTED TO PRACTICE ONLY IN NEW YORK | 220 DAVIDSON AVENUE<br>SUITE 410<br>SOMERSET, NEW JERSEY 08873<br>(732) 563-4565<br>FAX (732) 560-9779<br>www.weissmanmintz.com | 90 BROAD STREET<br>SUITE 254<br>NEW YORK, NEW YORK 10004<br>(212) 509-0918<br><br>JOEL N. WEISSMAN (1957-1998)<br>MARK ROSENBAUM (1955-2002)<br> |

March 4, 2024

**VIA ECF**
Clerk
U.S. District Court
402 East State Street
Trenton, New Jersey

    Re:   **Kim v. Hanlon**
            **Civ. A. No. 3:24-cv-1098**

Dear Clerk:

Kindly issue summonses for the Defendants in the above-referenced matter.

                                      Respectfully submitted,

                                      */s/    Flavio L. Komuves*
                                      Flavio L. Komuves

cc: All counsel of record (via ECF)

1