UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Case CIV- No. 24-1098 (ZNQ) (TJB) Judge Quraishi

| | | |
|---|---|---|
| ANDY KIM, et al. | : | |
| Plaintiffs | : | CERTIFICATION OF DEFENDANT |
| vs. | : | |
| CHRISTINE GIORDANO HANLON, et al | : | MARY MELFI HUNTERDON |
| Defendants | : | |
| | : | COUNTY CLERK |
| | : | |

I, Defendant Mary Melfi, the Hunterdon County Clerk of New Jersey in the above action, do hereby declare and state as follows:

1. I'm a Defendant in this action, familiar the underling facts contained herein, have read the pleadings which have been filed by the various parties.

2. I was sworn into office as the Hunterdon County Clerk on January 1st 2007 and have served continuously for 17 consecutive years. The Office of the County Clerk is a constitutional position and was created by the people of the State of New Jersey under the Constitution of 1947

3. Among my statutory duties are the administration and conduct of elections, including but not limited to receipt of nomination petitions; calling elections; design, layout, and printing of machine and paper ballots, mailing sample ballots, and serving on the county board of canvassers for the elections.

4. Specifically, with the design and layout of the primary election ballots for the Democrat and Republican political parties, I adhere to the various election laws and judicial mandates including but not limited to N.J.S.A. 19: 49-2, N.J.S.A. 19:23-26.1, and case law particularly in the ballot design provisions of the matter of Andrews vs. Rajoppi, et al a decision of the New Jersey Superior Court Appellate Division in which my office was a party.

5. Attached and included as exhibits are true and complete copies of prior election ballots designed by me and used in primary elections inf Hunterdon County.

6. The attached Exhibit " A" is the copy of the Official Primary Election Ballot for the 2014 Hunterdon County Election. In that instance, for the Republican Party there were four (4) candidates nominated and appearing for the one office of U.S. Senate. They appeared in the "First Column" vertically in a "Block Ballot" format as mandated by N.J.S.A. 19:23-26.1. On candidate (Goldberg) was aligned and bracketed as requested by the Republican Party and which appears on a horizontal line.

7. The attached Exhibit "B" is the copy of the Official Democratic Primary Ballot for 2020 and shows two (2) candidates for the one office as U.S. Senate in "Block Ballot" format as mandated by N.J.S.A. 19:23-26.1

8. As mandated by N.J.S.A. 19:23-26.1 these ballots reflect a "Block Ballot" layout and which manner of ballot design and layout will be followed in this year's political primaries.

9. The is the historical layout, design, and format which has been used, with which the candidates have accepted, which the voters are familiar with, and have been educated in and with the expectation to be used and presented to them again. Any change could

negatively impact the voters and sow confusion, dissuade them from voting, would require notification, and re-education.

I declare and state under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2024.

_____
Mary Melfi

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT

**Alexandria Township, District 4 • 7th Congressional District**
**Hunterdon County, New Jersey • Tuesday, June 3, 2014**

*THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY*

| OFFICE TITLE | U.S. SENATE<br>Six (6) Year Term<br>Vote for One (1) | U.S. HOUSE OF REPRESENTATIVES<br>Two (2) Year Term<br>Vote for One (1) | BOARD OF CHOSEN FREEHOLDERS<br>Three (3) Year Term<br>Vote for One (1) | TOWNSHIP COMMITTEE<br>One (1) Year Unexpired Term<br>Vote for One (1) | TOWNSHIP COMMITTEE<br>Three (3) Year Term<br>Vote for One (1) | COUNTY COMMITTEE<br>Two (2) Year Term<br>Vote for Two (2) |
|---|---|---|---|---|---|---|
| REPUBLICAN | RICHARD J. PEZZULLO<br>Hunterdon County Conservative Republicans ☐ | LEONARD LANCE<br>Hunterdon County Regular Republican Organization ☐ | ROBERT G. WALTON<br>Hunterdon County Regular Republican Organization ☐ | RUDOLPH C. PFEFFERLE, JR.<br>Hunterdon County Regular Republican Organization ☐ | PAUL ABRAHAM<br>Hunterdon County Regular Republican Organization ☐ | WILLIAM L. FRITSCHE<br>Hunterdon County Regular Republican Organization ☐ |
| REPUBLICAN | JEFF BELL ☐ | | | | | FLOYD EVANS<br>Hunterdon County Regular Republican Organization ☐ |
| REPUBLICAN | MURRAY SABRIN<br>Conservative Republican ☐ | | | | | |
| REPUBLICAN | BRIAN D. GOLDBERG<br>Hunterdon County Regular Republican Organization ☐ | | | | | |
| REPUBLICAN | | DAVID LARSEN<br>Reagan Conservative ☐ | | | | |
| REPUBLICAN | | HARMEN VOS<br>Less Government Less Spending Less Taxes ☐ | | | | |
| WRITE-IN | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| OFFICE TITLE | U.S. SENATE<br>Six (6) Year Term<br>Vote for One (1) | U.S. HOUSE OF REPRESENTATIVES<br>Two (2) Year Term<br>Vote for One (1) | BOARD OF CHOSEN FREEHOLDERS<br>Three (3) Year Term<br>Vote for One (1) | TOWNSHIP COMMITTEE<br>One (1) Year Unexpired Term<br>Vote for One (1) | TOWNSHIP COMMITTEE<br>Three (3) Year Term<br>Vote for One (1) | COUNTY COMMITTEE<br>Two (2) Year Term<br>Vote for Two (2) |
|---|---|---|---|---|---|---|
| DEMOCRATIC | CORY BOOKER<br>Hunterdon County Regular Democratic Organization ☐ | JANICE KOVACH<br>Hunterdon County Regular Democratic Organization ☐ | NO PETITION FILED | NO PETITION FILED | NO PETITION FILED | NO PETITION FILED |
| DEMOCRATIC | | | | | | |
| WRITE-IN | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Mary H. Melfi, Hunterdon County Clerk*

EX "A"



TO RECORD YOUR VOTE, DO NOT PRESS THE CAST VOTE BUTTON UNTIL YOU HAVE MADE ALL DESIRED SELECTIONS
▲
CAST VOTE BUTTON

# OFFICIAL DEMOCRATIC PROVISIONAL BALLOT

PRIMARY ELECTION • July 7, 2020 • Hunterdon County, NJ • 7th Congressional District

## ALEXANDRIA TOWNSHIP

*Mary H. Melfi*
Mary H. Melfi
Hunterdon County Clerk

### IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.
   MARK BALLOT LIKE THIS:
   John DOE → ●
3. To vote for any person whose name is not printed on this ballot, darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it to the Hunterdon County Clerk's Election Office and obtain a new ballot.

### CHOICE FOR PRESIDENT AND DELEGATES
**11th Delegate District**
Vote for One (1) Slate

**JOSEPH R. BIDEN** →○
Delegates:
Linda Telschow, Thomas Regrut, Kendall Lopez
Hunterdon County Regular Democratic Organization

**BERNIE SANDERS** →○
Delegates:
Patricia Campos Medina, Mary Gerhold, Aaron Hyndman
Bernie 2020. Not Me. Us.

Uncommitted Delegates:
Christine Chan, Janice J. Miller →○

WRITE-IN →○
_____

### UNITED STATES SENATE
Six (6) Year Term • Vote for One (1)

**LAWRENCE HAMM** →○
Not Me. Us.

**CORY BOOKER** →○
Hunterdon County Regular Democratic Organization

WRITE-IN →○
_____

### UNITED STATES HOUSE OF REPRESENTATIVES
Two (2) Year Term • Vote for One (1)

**TOM MALINOWSKI** →○
Hunterdon County Regular Democratic Organization

WRITE-IN →○
_____

### BOARD OF CHOSEN FREEHOLDERS
Three (3) Year Term • Vote for One (1)

**PATRICK D. HELLER** →○
Hunterdon County Regular Democratic Organization

WRITE-IN →○
_____

### TOWNSHIP COMMITTEE
Three (3) Year Term • Vote for One (1)

NO PETITION FILED

WRITE-IN →○
_____

BALLOT CONTINUES IN NEXT COLUMN | BALLOT CONTINUES IN NEXT COLUMN | END OF BALLOT

Ex "B"

# SAMPLE BALLOT