JOHN M. CARBONE (007801974)
CARBONE AND FAASSE
32 PLEASANT VIEW DRIVE
NORTH HALEDON,  NEW JERSEY 07508
(201) 394-7888 <USSRECOUNT@AOL.COM>

Attorneys for Defendants: MARY H. MELFI, in her capacity as Hunterdon County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic  County Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al<br><br>*Plaintiffs, v.*<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; et al | CIVIL ACTION No.: 3:24-cv-01098-<br><br>NOTICE OF APPEARANCE |

The Court is advised that JOHN M. CARBONE, ESQ., (007801974) of the firm of CARBONE AND FAASSE, 32 PLEASANT VIEW DRIVE, NORTH HALEDON, NEW JERSEY 07508, (201) 394-7888 ,<USSRECOUNT@AOL.COM> hereby enters his appearance as counsel on behalf of: MARY H. MELFI, in her capacity as Hunterdon County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as

Cumberland County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; and,

Carbone and Faasse
/s/ John M. Carbone
By John M. Carbone, Esq.

DATED: February 27, 2024