# EXHIBIT A

**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale, Esq.
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Defendant, Office of the Burlington County Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB |

### CERTIFICATION OF DAVID PASSANTE

David Passante, of full age, being duly sworn according to law, deposes and says that:

1. I am the co-owner of Royal Printing Service, located in West New York, New Jersey.

2. Royal Printing Service is a family owned and operated union printing company.

3. As a substantial part of our overall business, our company provides printing services for eleven counties for the purpose of administering New Jersey elections.

4. Specifically, the Royal Printing Service is procured by the counties of Atlantic, Burlington, Salem, Cumberland, Gloucester, Union, Hudson, Bergen, Passaic, Mercer, and Somerset.

5. In order to prepare the printing required to successfully administer an election, we work with county clerks long before election day.

6. We meet with each of the county clerks offices, to review ballot design, make necessary changes, and ensure that the design is approved by and compatible with their voting machine vendor.

7. In addition, our early work with the county clerks ensures we have the correct instructions for the ballot, that we have the right translations for each ballot (which differs from county to county), and verifies we have as many design features as we can completed prior to learning the names that will be on the ballot.

8. The result of this work prior to the petition filing deadline, the ballot draw deadline, or the ballot submission deadline permits our office to have "shell" ballots for each of our clients.

9. Pre-printing preparation as described above allows us to insert the names that are chosen on the ballot, without having to create everything from scratch once petitions are in and ballots are drawn.

10. This preparation is vital because of the number of ballots, for which we are responsible. For example, one of our clients, Bergen County, has approximately 3,000 different ballot combinations in the upcoming election.

11. I am aware of the lawsuit and the type of ballot that is being requested by this lawsuit.

12. One of our eleven clients (Salem County) currently uses a block office ballot.

13. Any change in ballot design requires the other ten clients to change their ballot depending on the court's ruling.

14. These ten counties encompass 3,167 different voting districts, and any new design would require a specific variation for every voting district.

15. Because of district specific ballots needed to accompany local races, the ten counties that would must change their ballot design would require 3,167 different ballot design variations.

16. Because it is a primary election, those ballot design variations need to be multiplied by two, one for each of the Democratic and Republican ballots.

17. Then, the majority of each ballot variation for each party needs to be designed in English and Spanish.

18. For Bergen County, we also need to produce 1,124 versions of ballots in Korean.

19. In total, there will be approximately 13,776 unique ballots that need to be designed, proofread, and approved.

20. We would need to re-start our process of working with every county clerk to design their ballot in order to complete the new design.

21. This is not a one-size-fits-all exercise for all of the above-mentioned ballot variations, because even if each county used the office block ballot, the design will be different based on the local races on the ballot, the voting machines used, and the preference of the clerk's in creating the most readable, easy to understand ballot possible.

22. Often times, this takes multiple drafts before the ballot design is approved.

23. Even once approved, additional design work is needed for sample ballots.

24. Once the ballot is approved, other design work is required, including but not limited to testing the envelopes needed for that specific ballot to be mailed as a vote by mail ballot.

25. In addition, the instructions for the ballot will require revisions, which will require approval from the county governments, and will need to be translated by a certified translator prior to being printed.

26. Based on thirty years of experience performing this type of work, I estimate that it will take, at a minimum three to four weeks in order to complete the ballot design process with the ten clerks we represent.

27. I am concerned at this stage that any change in the ballot design will result in failure to meet the New Jersey statutory deadlines.

I certify that the foregoing statements made by me are true to the best of my knowledge. If any of the foregoing statements made by me are willfully false, I am subject to punishment.

*David Passante*
David Passante (Mar 6, 2024 16:08 EST)

David Passante, President, Royal Printing Service