## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al., | **Civil Action No**. 3:24-cv-01098-ZNQ-TJB |
| Plaintiffs, | CIVIL ACTION |
| v. | |
| CHRISTINE GIORDANO HANLON, in her Capacity as Monmouth County Clerk, et al., | **PROPOSED ORDER** |
| Defendants. | |

## PROPOSED ORDER

AND NOW, this _____ day of _____ 2024, upon consideration of Defendant Joanne Schwartz, in her official Capacity as Burlington County Clerk's Opposition to Plaintiff's Motion for Preliminary Injunction, it is **ORDERED** that Plaintiff's Motion is hereby **DENIED**.

BY THE COURT:

_____
U.S.D.J.