## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON,<br>in her capacity as Monmouth County<br>Clerk, et al.,<br><br>Defendants | Docket No.: 3:24-cv-01098-ZNQ-TJB<br><br>**Motion Return Date:** March 18, 2024<br><br>**CIVIL ACTION** |

I, Michael S. Williams, Esq. appearing on behalf of Defendant, **Nancy J. Pinkin, in her  official capacity as Middlesex County Clerk,** do hereby certify that on this 6th day of March, 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Respectfully submitted,

BY:  _____

Michael S. Williams, Esq.
Deputy County Counsel
**THOMAS F. KELSO, ESQ.**
Middlesex County Counsel
Middlesex County Administration Bldg.
75 Bayard Street
New Brunswick, NJ  08901