

Ronald G. Rios
*County Commissioner Director*

Shanti Narra
*County Commissioner Deputy Director*

Claribel A. Azcona-Barber
Charles Kenny
Leslie Koppel
Chanelle Scott McCullum
Charles E. Tomaro
*County Commissioners*

Ronald G. Rios
*Chairperson, County Administration*

John A. Pulomena
*County Administrator*

Thomas F. Kelso, Esq.
*County Counsel*

**COUNTY ADMINISTRATION**
Office of the County Counsel

March 6, 2024

**VIA ELECTRONIC FILING**
Clerk's Office
United Stated District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    **RE:**    **Kim v. Hanlon, et al.**
            **Civil Action No.: 3:24-CV-01098-ZNQ-TJB**

To Whom It May Concern:

Please accept this correspondence as the notice of appearance of Deputy County Counsel Michael S. Williams, Esq. on behalf of Defendant, Nancy J. Pinkin in her official capacity as the Middlesex County Clerk, in the above-referenced matter.

Thank you for your attention to this matter.

Respectfully submitted,

MICHAEL S. WILLIAMS, ESQ.
Deputy County Counsel

cc:    All parties of record (via Pacer)



75 Bayard Street, New Brunswick, NJ 08901
Phone: 732-745-3228 | Fax: 732-745-4539
www.middlesexcountynj.gov