Joseph J. Bell, Esq. (016881985)
Bell, Shivas & Bell, P.C.
150 Mineral Springs Drive
P.O. Box 220
Rockaway, NJ 07866
Attorneys for Defendant, Holly Mackey, Warren County Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>Civil Action<br><br>**APPEARANCE OF COUNSEL** |

TO:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, Holly Mackey, Warren County Clerk.

**BELL, SHIVAS & BELL, PC**
Attorneys for Defendant

*/s/* Joseph J, Bell Esq.
Joseph J. Bell, Esq.

DATED: March 6, 2024