Joseph J. Bell, Esq.  (016881985)
Bell, Shivas & Bell, P.C.
150 Mineral Springs Drive
P.O. Box 220
Rockaway, NJ 07866
Attorneys for Defendant, Holly Mackey, Warren County Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>**CERTIFICATION OF JOSEPH J. BELL, ESQ., WARREN COUNTY COUNSEL** |

I, Joseph J. Bell, being of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey in good standing and am a member of Bell, Shivas, & Bell, P.C.  I serve as County Counsel for the County of Warren.  Accordingly, in this case I represent Defendant, Holly Mackey, the duly-elected County Clerk for the County of Warren ("County" or "Warren County"), in her official capacity as County Clerk.  I make this Certification in support of the

Brief submitted in response to the Complaint filed by Plaintiffs in the above-captioned matter.  I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit "A" is a copy of the Superior Court of New Jersey decision dated December 22, 2017 in the case of Warren County Democratic Committee, et al. v. Patricia Kolb, et al., Docket No. WRN-L-000120-17, which was filed in Somerset County and decided in 2018.

3. The case of Warren County Democratic Committee, et al. v. Patricia Kolb, et al., was filed in April 2017 in the Superior Court of New Jersey, Law Division, Somerset County.  The case was filed ahead of the 2017 State of New Jersey Primary Election after Iris Perrot, a Democratic Party candidate for the office of County Clerk, requested bracketing with a candidate for Governor who ultimately drew the third or fourth column from the left.  Iris. Perrot was the only Democratic Party candidate for County Clerk, and at the time, the software system being utilized by the County of Warren did not possess the capability to include blank spots on a ballot, rendering bracketing technically impossible.

4. Plaintiffs prevailed in the above-referenced litigation, where in December 2017 the Court found that they were entitled to relief with respect to the ballot design.  The Court also awarded attorney's fees to Plaintiffs in 2018.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

<u>/s/ Joseph J, Bell Esq.</u>
Joseph J. Bell, Esq.

DATED: March 6, 2024

# EXHIBIT "A"