

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct:  973-535-4446

March 6, 2024

**VIA ELECTRONIC FILING**

Honorable Zahid N. Quraishi, U.S.D.J
United States District Court
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

      Re:    **Kim, et al. v. Hanlon, et al.**
              **Docket No. 3:24-cv-01098-ZNQ-TJB**

Dear Judge Quraishi:

      We write regarding the Court's directives regarding motion practice on the February 29, 2024 scheduling call [Docket Entry No. 39].  During that hearing, the Court advised that it was not inclined to entertain any dispositive motions in advance of the March 18, 2024 hearing. 2/29/24 Tr. 15:11-16:4.

      In preparing an opposition to Plaintiffs' voluminous emergent application, it has become apparent that the proper vehicle by which to raise certain legal deficiencies with same is via a narrowly tailored cross-motion under Rule 12.  Thus, in accordance with L. Civ. 12.1, we anticipate filing a notice of cross-motion with our opposition briefing to ensure Plaintiffs have proper notice of defendants' legal assertions.  We also anticipate incorporating the arguments for said motion into a combined brief since they are inextricably intertwined with the pending motion for a preliminary injunction.

      We do not believe that this cross-motion should delay proceedings on Plaintiffs' emergent motion, but rather, it is intended to set forth fatal legal deficiencies in Plaintiffs' filing that require denial of the pending application and dismissal of the action.  As will be set forth in more detail in our briefing, Plaintiffs had adequate time and opportunity to avoid these infirmities, but the existence of same mandate dismissal under the Federal Rules and relevant precedent within this Circuit.



Honorable Zahid N. Quraishi, U.S.D.J
March 6, 2024
Page 2

We thank the Court for its continued assistance with this matter.

Respectfully,

**GENOVA BURNS LLC**

*/s/ Rajiv D. Parikh*
RAJIV D. PARIKH

RDP:dmc

17457937v1 (1154.215)