Edward J. Florio, Esq.   (025311987)
FLORIO KENNY RAVAL, L.L.P
125 Chubb Avenue, Suite 310 - N
Lyndhurst, New Jersey 07071
(201) 659-8011
Attorneys for Defendant:
E. JUNIOR MALDONADO
In his official capacity as Hudson
County Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic | CIVIL ACTION No.:<br>3:24-cv-01098-ZNQ TJB<br><br><br><br>CERTIFICATION OF E. JUNIOR MALDONADO |

{01068637}

County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; and JOANNE RAJOPPI, in her official capacity as Union County Clerk.

*Defendants,*

DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in is official capacity as Sussex County Clerk, TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey,

*As Interested Parties*

1. I am the duly elected County Clerk for the COUNTY OF HUDSON, ("HUDSON COUNTY",) as well as named Defendant in connection with the above-captioned matter. As such, I am fully familiar with the facts and circumstances surrounding this subject litigation as set forth herein.

2. In order to assist the Court in understanding the process by which the office of the HUDSON COUNTY Clerk conducts ballot drawing activities, I present the information included in this certification.

3. Candidates for political office participate in the ballot draw for the first or primary ballot position. This ballot drawing is conducted in a blind, fair, unbiased manner. Preference, or advantage is provided to no candidate, or slate of candidates. This is true and factual, in every election, for Senate and Gubernatorial whether a general or primary election.

4. For example, a candidate who has been endorsed and runs on what is called a county party line, Republican or Democrat, or any candidate, who runs with a full or partial slate, or no slate, All participate in a draw which in the election, which is the subject matter of this lawsuit, would be for column one through four.

5.  Once the initial draw for the first or primary ballot position is completed, other candidates, bracketed with Senate candidates will be placed in the respective columns.

6.  It is imperative to note that each Senate candidate has equal opportunity to obtain through the ballot draw process the first column, while the bracketing protects constitutionally protected rights of all parties, whether political parties, or individuals running without political party endorsement or political party affiliation.

7.  The ballot draw process is open and transparent form inception to completion. It is open to the public, for candidates and non-candidates to observe. The ballot draw is also live streamed on Facebook and Instagram, as well as, the Hudson County Clerk YouTube Channel.

8.  I hear by certify the foregoing to be true to the best of my knowledge. I understand that if any of the above information is willfully false, that I am subject to punishment.

/s/ **E. Junior Maldonado**
E. JUNIOR MALDONADO
HUDSON COUNTY CLERK

DATED:    March 6, 2024

{01068637}