# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; *et al.*, <br><br> Defendants. | Civ. Action. No.: 3:24-cv-1098-ZNQ-TJB <br><br> **CERTIFICATION OF COUNSEL AS TO UNPUBLISHED OPINIONS** |

I, JASON C. SPIRO, ESQ., of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and I am a Partner at Spiro Harrison & Nelson LLC, attorneys for defendant Christine Giordano Hanlon ("Defendant Hanlon") in the above-captioned matter and make this Certification in opposition to plaintiffs' Motion for Preliminary Injunction.

2. A true and correct copy of *Exec. Home Care Franchising LLC v. Marshall Health Corp.,* No.15-1887, 642 Fed. Appx. 181 (3d Cir. February 23, 2016) is attached as <u>Exhibit</u> A.

3. A true and correct copy of *Singh v. Murphy*, Docket No. A-0323-20T4, 2020 WL 6154223 (App. Div. October 21, 2020) is attached as <u>Exhibit</u> B.

4. A true and correct copy of *Conforti v. Hanlon*, No. 20-08267, 2022 U.S. Dist. LEXIS 97003 (D.N.J. May 31, 2022) is attached as <u>Exhibit</u> C.

5. A true and correct copy of *N.J. Press Ass'n v. Guadagno*, No. 12-06353, 2012 U.S. Dist. LEXIS 161941 (D.N.J. Nov. 13, 2012) is attached as <u>Exhibit</u> D.

6. Counsel is not aware of any contrary unpublished opinions.

I certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 6, 2024                     /s/Jason C. Spiro_____
                                         JASON C. SPIRO, ESQ.