UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate; *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; *et al.*,<br><br>　　　　　　Defendants. | Civ. Action. No.:<br>3:24-cv-1098-ZNQ-TJB<br><br>**ATTORNEY AFFIRMATION** |

1. I am an attorney authorized to practice law in the District of New Jersey. I represent Defendant Christine Giordano Hanlon, Monmouth County Clerk.

2. Attached hereto is a link to the Washington Post article cited in Footnote 1 of the attached Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction: https://www.washingtonpost.com/politics/2023/09/23/bob-menendez-andy-kim-primary/. This link leads to a true and correct copy of the article cited to show that Plaintiff Andy Kim announced his candidacy for U.S. Senate on September 23, 2023.

3. Attached hereto is a link to the New Jersey Globe article cited in Footnote 6 of the attached Brief in Opposition to Plaintiffs' Motion for a Preliminary

Injunction: https://newjerseyglobe.com/congress/kim-says-he-wants-to-end-the-county-line/. This link leads to a true and correct copy of the article cited to show that Plaintiff Andy Kim stated, "I'll work within the system we have, seek county endorsements, and respect the contribution structures and limits that are currently in place."

4. Attached as Exhibit A is a true and correct copy of an email request in *Conforti* to delay the exchange of discovery responses. Plaintiffs' counsel sought a nearly two-month extension to the exchange of discovery responses from February 20, 2024 to April 12, 2024.

Dated: March 6, 2024

/s/ *Jason C. Spiro*
Jason C. Spiro
SPIRO HARRISON & NELSON LLC

*Attorney for Defendant Christine Giordano Hanlon*

# EXHIBIT A

## Fiona Dugan

| | |
|---|---|
| **From:** | Brett Pugach <bpugach@weissmanmintz.com> |
| **Sent:** | Monday, February 12, 2024 2:55 PM |
| **To:** | Edward J. Florio; William Tambussi; Nicole Adams; Jaime Placek; Angelo J. Genova; mnatale@malamutlaw.com; ussrecount@aol.com; wpalatucci@mccarter.com; jmorison@bskb-law.com; Henal Patel; mmakhail@mccarter.com; Mathew Thompson; William W. Northgrave; rhaygood@njisj.org; Joshua H. Raymond; hclewell@genovaburns.com; jborek@genovaburns.com; Main; Alyssa I. Lott; Robert Renaud; Cohen_Alan J.; lstuart@msbnj.com; adam@malamutlaw.com; Ryan Renzulli; Flavio Komuves; Yael Bromberg, Esq.; George Cohen; Jack Sahradnik; Jason Spiro |
| **Subject:** | [External Email] Conforti v. Hanlon Request for Extension of Time to Respond to Written Discovery Requests |

Counsel,

Response to interrogatories and RFPs are currently due February 20. Plaintiffs are requesting an extension of the deadline to respond to written discovery requests in light of a medical and case scheduling issues of counsel. The AG's office has already provided consent. Please advise of your consent on behalf of your clients to move the date to April 12, 2024 for all parties.

Best regards,
Brett

**Brett M. Pugach, Esq.**
Of Counsel
**Weissman & Mintz LLC**
*****Please note our new mailing address*****
220 Davidson Avenue, Suite 410
Somerset, New Jersey  08873
Office: 732-563-4565
Direct: 732-361-4038
Fax: 732-560-9779

This email contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual(s) named above. If you are not the intended recipient(s) of this email, or the employee or agent responsible for delivering this email to the intended recipient(s), you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify this law firm by telephone at (732) 563-4565.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

2