UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her Capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | **Civil Action No**. 3:24-cv-01098-ZNQ-TJB<br><br>CIVIL ACTION<br><br><br>**PROPOSED ORDER** |

## PROPOSED ORDER

AND NOW, this _____ day of _____ 2024, upon consideration of Defendant Joanne Schwartz, in her official Capacity as Burlington County Clerk's Opposition to Plaintiff's Motion for Preliminary Injunction, it is **ORDERED** that Plaintiff's Motion is hereby **DENIED**.


BY THE COURT:

_____

U.S.D.J.