Jaime R. Placek, Esq. (Id No. 041071996)
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Rd., Suite 250
Paramus, New Jersey 07652
T: (201) 928-1100
jplacek@decotiislaw.com
*Attorneys for Defendant John S. Hogan, Bergen County Clerk*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| ANDY KIM, et als., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiffs, | CIVIL ACTION NO.: 3:24-cv-01098-ZNQ-TJB |
| v. | CIVIL ACTION |
| CHRISTINE GIORDANO HANLON, et. als., | |
| Defendants. | |
| and | |
| DALE A. CROSS, et. als. | |
| As interested parties, | |

**TO:**   Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Jaime R. Placek, Esq., hereby appears as in the above-captioned matter on behalf of the Hon. John Hogan, Clerk of Bergen County and that all notices required to be given in this case, and all papers required to be served in this case, shall be given and served upon the undersigned at the address set forth above.

                                      **DECOTIIS, FITZPATRICK,**
                                      **COLE & GIBLIN, LLP**

                                      By:   */s/ Jaime R. Placek*
                                                    Jaime R. Placek, Esq.

Dated: March 7, 2024