**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>       Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK:

Kindly enter my appearance on behalf of Intervenor, Camden County Democratic Committee, in this matter. Please include me on all electronic notices and filings.

                                                            Brown & Connery, LLP

                                                      By:   /s/ *Alyssa I. Lott*
                                                              Alyssa I. Lott, Esquire

Dated: March 7, 2024

7O50709