FRANKLIN H. BERRY, JR. ♦□
JOHN C. SAHRADNIK* ♦□
STEPHEN B. KOTZAS ∆♦□
LAURA M. BENSON ♦□
ROBERT D. BUDESA **
MARY JANE LIDAKA ♦
MATHEW B. THOMPSON ♦□
LAURA E. COMER

* NJ & FL Bars
∆ Admitted to the U.S. Tax Court
♦ Admitted to U.S. Court of Appeals, 3rd Circuit
□ Admitted to  U.S. Supreme Court
● Admitted to U.S. Bankruptcy Court, District of N.J.
** Certified by the Supreme Court of New Jersey
    as a Workers  Compensation Law Attorney

**BERRY, SAHRADNIK, KOTZAS & BENSON**
ATTORNEYS AT LAW

212 Hooper Ave. / P.O. Box 757
Toms River, NJ 08754-0757
732-349-4800

FRANKLIN H. BERRY 1941 – 1975
WILLIAM W. WHITSON 1941-1967
MAJA L. BERRY  1948-1961

COUNSEL
EDWARD T. FEUREY ♦□∆

Toll Free: 800-991-9279
Fax: 732-349-1983
www.bskb-law.com

March 7, 2024

<u>Electronically filed</u>

Honorable Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Bldg. & US Courthouse
402 East State Street
Trenton, NJ 08608

    Re: **Kim, Andy, et al. vs. Ocean County Clerk, et al.**
       **Our File No.:  14.0059875**
       **USDC Docket No.:  3:24-01098-ZNQ-TJB**

Dear Judge Quraishi:

  Please be advised that we represent the Ocean County Clerk, Scott M. Colabella, in this matter. Given the common positions of the numerous County Clerk Defendants, please be advised that the Defendant, Ocean County Clerk, Scott M. Colabella, hereby joins in the briefs (ECF 44, 51, 54, 59, 60, 62 and 63) filed by the Co-Defendants in opposition to Plaintiffs' Preliminary Injunction and in support of the cross motion to dismiss Plaintiff's Motion (ECF 63). Defendant hereby adopts the arguments presented therein. The reasons set forth in the briefs of the Co-Defendants are equally applicable to Defendant, Ocean County Clerk, Scott M. Colabella; therefore, rather than duplicate efforts, we respectfully request to join in all the legal arguments advanced by the Co-Defendants in their briefs, as if the same were incorporated herein at length on behalf of Defendant, Ocean County Clerk, Scott M. Colabella.  The Defendant, Ocean County Clerk also respectfully reserves the right to rely upon the legal

March 7, 2024
Page 2

arguments set forth in the replies and briefs filed and/or to be filed on behalf of the Co-Defendants and any other interveners that may file oppositions to Plaintiffs' Preliminary Injunction and Motions to Dismiss Plaintiffs' request for Preliminary Injunction in this matter, to the extent that said arguments apply to this Defendant.

  Thank you for your attention to this matter.

           Respectfully submitted,
           **BERRY, SAHRADNIK**
           **KOTZAS & BENSON**

           */s/Laura M. Benson, Esq.*
           LAURA M. BENSON, ESQ.

           */s/Mathew B. Thompson, Esq.*
           MATHEW B. THOMPSON, ESQ.

LMB/jfm
cc:  All Counsel (electronic filing system)