UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>　　　　　Plaintiffs,<br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>　　　　　Defendants.<br><br>- and -<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk, et al.<br><br>　　　　　As Interested Parties. | Civ. Action. No.: 3:24-cv-1098 (ZNQ)(TJB)<br><br>**NOTICE OF CROSS-MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) and 19** |

To All Counsel of Record:

<u>**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**</u>

　　　Defendants Christopher J. Durkin, Joanne Rajoppi, and Danielle Ireland-Imhof, in their official capacity as County Clerks for Essex, Union, and Passaic Counties, respectively, by and through their undersigned attorneys, hereby cross-move to dismiss plaintiffs' Andy Kim, Andy Kim for New Jersey, Sarah Schoengood, Sarah for New Jersey, Carolyn Rush, and Carolyn Rush for Congress Complaint pursuant to Fed. R. Civ. P. 12(b)(7), for failure to join necessary and indispensable parties under Fed. R. Civ. P. 19.  In support thereof, Defendants will rely upon their

17432136v1 (2883.073)

Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction and in Support of Defendants' Cross-Motion to Dismiss.

                                            Respectfully submitted,

Dated:   March 7, 2024                    **GENOVA BURNS LLC**

                                      By:   */s/ Jennifer Borek*
                                                  Jennifer Borek, Esq.
                                                  Angelo J. Genova, Esq.
                                                  Rajiv D. Parikh, Esq.
                                                  494 Broad Street
                                                  Newark, New Jersey 07120
                                                  Tel: 973-533-0777
                                                  jborek@genovaburns.com
                                                  agenova@genovaburns.com
                                                  rparikh@genovaburns.com
                                                  *Attorneys for Defendants*
                                                  *Christopher Durkin, Joanne Rajoppi, and*
                                                  *Danielle Ireland-Imhof*