

**Genova Burns LLC**
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct:  973-535-4446

March 6, 2024

**VIA ELECTRONIC FILING**
Hon. Zahid N. Quraishi, U.S.D.J
United States District Court for the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

GRANTED.  So Ordered this 8th day of March 2024.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

Re:   **Kim, et al. v. Hanlon, et al.,
       Civil Action No.: 24-1098(ZNQ)(TJB)**

Dear Judge Quraishi:

Kindly accept this letter brief in lieu of a more formal application pursuant to L. Civ. R. 7.2 to request leave to file an overlength brief on behalf of defendants Danielle Ireland-Imhof, Christopher Durkin and Joanne Rajoppi (the "County Clerks").  As the Court is aware, this matter involves a voluminous submission by Plaintiffs of complex election related matters. In addition, as set forth in my letter from earlier today, the County Clerks filed a Cross-Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(7). *See* Docket Entry No. 63-1.

In light of the opposition and cross-motion, the County Clerk's respectfully request leave for a one (1) page extension of the page limitation for acceptance of their brief that is forty-one (41) pages in length, with a signature block that extends to the forty-second (42) page. *See* Docket Entry No. 63. Based on the circumstances here, we respectfully submit that the County Clerks have satisfied the standard for such relief under L. Civ. R. 7.2. Should the Court require more formal briefing on this issue, we would be happy to submit same.

Respectfully,

**GENOVA BURNS LLC**

*s/ Rajiv D. Parikh*

RAJIV D. PARIKH

c:  Counsel of Record (via ECF)

Newark, NJ  •  New York, NY  •  Lambertville, NJ  •  Philadelphia, PA  •  Jersey City, NJ  •  Basking Ridge, NJ