UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al., <br><br> *Defendants*. | Civil Action No.: 3:24-cv-01098 |

## NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

PLEASE TAKE NOTICE that upon the certification of Liza Weisberg in support of this motion, the American Civil Liberties Union of New Jersey seeks leave to file a brief as *amicus curiae* and requests that the proposed brief that accompanies this motion be filed in the above-captioned matter.

Dated: March 12, 2024                Respectfully Submitted,

                                By:    /s/ Liza Weisberg
                                       Liza Weisberg
                                       Jeanne LoCicero
                                       American Civil Liberties Union
                                        of New Jersey Foundation
                                       570 Broad Street, 11th Floor
                                       P.O. Box 32159
                                       Newark, NJ 07102
                                       (973) 854-1705
                                       lweisberg@aclu-nj.org

1

*Attorneys for proposed amicus curiae  
American Civil Liberties Union of  
New Jersey*