UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al., <br><br> *Defendants*. | Civil Action No.: 3:24-cv-01098 <br><br> **[PROPOSED] ORDER** |

THIS MATTER, having come before the Court on the motion of Liza Weisberg, Esq., attorney for the American Civil Liberties Union of New Jersey ("ACLU-NJ"), and the Court having considered the arguments, and for good cause shown,

It is on this _____ day of _____, 2024,

ORDERED that the ACLU-NJ is granted leave to participate as *amicus curiae* in this matter, and, as such, the ACLU-NJ's proposed brief is accepted is and hereby deemed filed.

_____
Hon. Zahid N. Quraishi, U.S.D.J.
