UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al.,<br><br>    *Defendants*. | Civil Action No.: 3:24-cv-01098 |

**CERTIFICATION OF SERVICE**

I, Liza Weisberg, certify the following:

1. On March 12, 2024, I caused copies of the Notice of Motion for Leave to File an *Amicus Curiae* Brief, Certification of Liza Weisberg in Support of Motion for Leave to File an *Amicus Curiae* Brief, Proposed Brief of *Amicus Curiae*, and Proposed Order to be served electronically upon all counsel of record via CM/ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 12, 2024        By:   */s/ Liza Weisberg*
                                                  Liza Weisberg (247192017)

        Jeanne LoCicero (024052000)
        American Civil Liberties Union
         of New Jersey Foundation
        570 Broad Street, 11th Floor
        P.O. Box 32159
        Newark, New Jersey 07102
        (973) 854-1705
        lweisberg@aclu-nj.org