# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM**, *in his personal capacity as a candidate* for U.S. Senate, ***et al.***,<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *in her capacity as Monmouth County Clerk,* ***et al.***,<br><br>Defendants. | No. 24-cv-01098-ZNQ-TJB<br><br>Zahid N. Quraishi, U.S.D.J.<br>Tonianne J. Bongiovanni, U.S.M.J. |

**MOTION OF ELECTION LAW CLINIC AT HARVARD LAW SCHOOL FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that the Election Law Clinic at Harvard Law School ("ELC") respectfully moves this Court for leave to file the accompanying *amicus curiae* brief in support of plaintiffs' motion for preliminary injunction. The *amicus curiae* brief is attached as Exhibit 1.

In support of this motion, ELC relies on the accompanying Memorandum of Law. A proposed order is attached.

Dated: March 12, 2024.

Respectfully submitted,

*s/ Ronald K. Chen*
Ronald K. Chen
NJ Attorney No. 027191983
RUTGERS CONSTITUTIONAL RIGHTS CLINIC
Center for Law & Justice
123 Washington St.
Newark, NJ 07102
Tel: (973) 353-5378
ronchen@law.rutgers.edu


*s/ Nicholas O. Stephanopoulos*
Nicholas O. Stephanopoulos
*Pro hac vice motion pending*
ELECTION LAW CLINIC AT
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
Tel: (617) 998-1010
nsteph@law.harvard.edu

*Counsel for Amicus Curiae*