UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM**, *in his personal capacity as a candidate* for U.S. Senate, ***et al.,***<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *in her capacity as Monmouth County Clerk,* ***et al.,***<br><br>Defendants. | No. 24-cv-01098-ZNQ-TJB<br><br>Zahid N. Quraishi, U.S.D.J.<br>Tonianne J. Bongiovanni, U.S.M.J. |

## (PROPOSED) ORDER GRANTING LEAVE TO APPEAR AND FILE A BRIEF AS AMICI CURIAE

**THIS MATTER** having come before the Court upon the motion of the Election Law Clinic at Harvard Law School for an Order Granting Leave to Appear as Amicus Curiae, and all parties, by and through counsel, having received due notice of the motion and having the opportunity to be heard; and for good cause shown,

IT IS on this _____ day of _____, 2024, **ORDERED**:

1. The Motion for Leave to File an Amici Curiae Brief is hereby **GRANTED**; and

2. The proposed Amici Curiae Brief of the Election Law Clinic at Harvard Law School is hereby deemed **FILED**.

Zahid N. Quraishi, U.S.D.J.