UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM**, *in his personal capacity as a candidate* for U.S. Senate, ***et al.**,*<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *in her capacity as Monmouth County Clerk, **et al.**,*<br><br>Defendants. | Civil Action No. 24-1098 (ZNQ) (TJB)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS STEPHANOPOULOS, ESQ** |

**PLEASE TAKE NOTICE** that on March 12, 2024, at 9:00 a.m., the undersigned counsel for Proposed *Amici Curiae* the Election Law Clinic at Harvard Law School ("ELC") shall apply before the United States District Court for the District of New Jersey, located at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 7W, Trenton, NJ 08608, for an Order pursuant to Local Rule 101.1(c) admitting Nicholas Stephanopoulos, Esq. as counsel *pro hac vice* in the above-captioned matter;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Proposed *Amici Curiae* shall rely upon the Certifications of Ronald K. Chen, Esq.;

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(1), it is respectfully submitted that no legal brief is required in support of this motion; and;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also annexed hereto.

Dated: March 12, 2024

Respectfully submitted,

                                     *s/ Ronald K. Chen*
                                     Ronald K. Chen
                                     NJ Attorney No. 027191983
                                     RUTGERS CONSTITUTIONAL RIGHTS CLINIC
                                     Center for Law & Justice
                                     123 Washington St.
                                     Newark, NJ 07102
                                     Tel: (973) 353-5378
                                     ronchen@law.rutgers.edu