UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM**, *in his personal capacity as a candidate* for U.S. Senate, ***et al.***,<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *in her capacity as Monmouth County Clerk, **et al.**,*<br><br>Defendants. | Civil Action No. 24-1098 (ZNQ) (TJB)<br><br>**CERTIFICATION OF RONALD K. CHEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF NICHOLAS STEPHANOPOULOS, ESQ.** |

I, Ronald K. Chen, of full age, certify as follows:

    1.    I am an attorney at the Rutgers Constitutional Rights Clinic, Center for Law & Justice, located at 123 Washington St., Newark, NJ 07102, counsel for proposed *Amici Curiae* Election Law Clinic at Harvard Law School (ELC) in the above captioned matter.

    2.    I am admitted to practice and am a member in good standing of the Bar of the State of New Jersey, as well as the Bar of the United States District Court for the District of New Jersey. There are no disciplinary proceedings pending against me in any jurisdiction, and no disciplinary action has previously been imposed upon me in any court or jurisdiction to which I have been admitted.

3. I am fully familiar with the facts and circumstances surrounding the above-captioned litigation. I make this certification in support of the application for the admission of Nicholas O. Stephanopoulos, Esq. as counsel *pro hac vice* for the purpose of representing ELC in this action. His certification is attached.

4. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Rutgers Constitutional Rights Clinic who is a member of the Bar of this Court. Said attorney(s) and I shall be responsible for the conduct of Mr. Stephanopoulos, should he be admitted by this Court.

5. I agree to notify promptly the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings in this action.

6. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court.

7. Accordingly, the undersigned respectfully requests that Proposed *Amici Curiae's* Motion for Admission *pro hac vice* of Nicholas Stephanopoulos, Esq. be granted.

8.      If this motion is granted, I further respectfully request that Nicholas Stephanopoulos receive Notices of Electronic Case Filing (ECF) of documents filed in this case.

Dated: March 12, 2024

Respectfully submitted,

*s/ Ronald K. Chen*
Ronald K. Chen
NJ Attorney No. 027191983
RUTGERS CONSTITUTIONAL RIGHTS CLINIC
Center for Law & Justice
123 Washington St.
Newark, NJ 07102
Tel: (973) 353-5378
ronchen@law.rutgers.edu

*Counsel for Amicus Curiae*