**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANDY KIM**, *in his personal capacity as a candidate* for U.S. Senate, ***et al.**,*<br><br>   Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *in her capacity as Monmouth County Clerk, **et al.**,*<br><br>   Defendants. | Civil Action No. 24-1098 (ZNQ) (TJB)<br><br>**CERTIFICATION OF NICHOLAS STEPHANOPOULOS, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

1. Pursuant to Local Civil Rule 101.1, I, Nicholas Stephanopoulos, certify as follows:

   a. I am an attorney at the Election Law Clinic at Harvard Law School, located at 1585 Massachusetts Ave. Cambridge, MA 02138. I can be contacted by mail there, at (617) 998-1010, or at nsteph@law.harvard.edu

   b. There are no disciplinary proceedings pending against me in any jurisdiction, no discipline has previously been imposed on me in any jurisdiction, and I am a member in good standing of the following bars:

      i. Supreme Court of the United States, 1 First Street NE, Washington, DC 20543;

    ii. U.S. Court of Appeals for the Eleventh Circuit, 56 Forsyth Street N.W., Atlanta, GA 30303;

    iii. U.S. District Court for the District of Colorado, 901 19th St., Denver, CO 80294-3589;

    iv. U.S. District Court for the Western District of Wisconsin, 120 North Henry Street, Room 320, Madison, WI 53703;

    v. Supreme Judicial Court of Massachusetts, Attorney Admissions Office, John Adams Courthouse, One Pemberton Square. Suite 5-140, Boston, MA 02108;

    vi. District of Columbia Court of Appeals, Committee on Admissions, Room 123, 430 E Street NW, Washington, DC 20001; and

    vii. State of New York, Supreme Court, Appellate Division, Third Department, Robert Abrams Building for Law and Justice, State Street, Room 511, Albany, NY 12223.

c. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a).

d. I understand that if this motion is granted and I am admitted to practice in this Court *pro hac vice*, I will be bound by the Rules of the United

States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

e. For the foregoing reasons it is respectfully requested that the Court grant Proposed *Amici Curiae's* application to have me admitted *pro hac vice* and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: March 12, 2024

Respectfully submitted,

                                            */s/ Nicholas Stephanopoulos*
                                            Nicholas O. Stephanopoulos
                                            ELECTION LAW CLINIC AT
                                            HARVARD LAW SCHOOL
                                            6 Everett Street, Ste. 4105
                                            Cambridge, MA 02138
                                            Tel: (617) 998-1010
                                            nsteph@law.harvard.edu