# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM**, *in his personal capacity as a candidate* for U.S. Senate, ***et al.***,<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *in her capacity as Monmouth County Clerk, **et al.**,*<br><br>Defendants. | No. 24-cv-01098-ZNQ-TJB<br><br>Zahid N. Quraishi, U.S.D.J.<br>Tonianne J. Bongiovanni, U.S.M.J.<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 12, 2024, I electronically filed a copy of the following on behalf of the Amici Curiae the Election Law Clinic at Harvard Law School: (1) Notice of Motion for Admission *Pro Hac Vice* of Nicholas Stephanopoulos, Esq.; (2) Certification of Ronald Chen; (3) Certification of Nicholas Stephanopoulos, Esq.; and (4) Proposed Form of Order.

Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

Dated: March 12, 2024

Respectfully submitted

*s/ Ronald K. Chen*
Ronald K. Chen
NJ Attorney No. 027191983
RUTGERS CONSTITUTIONAL RIGHTS CLINIC
Center for Law & Justice

123 Washington St.
Newark, NJ 07102
Tel: (973) 353-5378
ronchen@law.rutgers.edu