Niyati Shah (NJ Bar No. 026622005)
**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050,
Washington, DC 20036
202-868-0396
nshah@advancingjustice-aajc.org

*Attorneys for Proposed Amici Curiae*
*Asian American Legal Defense and Education Fund,*
*AAPI New Jersey, and*
*Asian Americans Advancing Justice | AAJC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br>　　　　　　　Plaintiffs, <br><br>v. <br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br>　　　　　　　Defendants. | Civ. No. 24-1098 (ZNQ) (TJB) <br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JERRY VATTAMALA, PATRICK STEGEMOELLER, RONAK PATEL, AND NOAH BARON** |

PLEASE TAKE NOTICE that the undersigned attorneys for proposed amici curiae Asian American Legal Defense and Education Fund, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC (together, "proposed *amici curiae*")

hereby move this Court, pursuant to Local Civil Rule 101.1(c), for an Order permitting the appearance *pro hac vice* of Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron in this matter.

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, proposed amici curiae shall rely upon the declarations of Niyati Shah, Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron submitted herewith.

Local Civil Rule 101.1(c)(1) provides that an attorney who is a member in good standing of the bar of any court of the United States or of the highest court of any state may be admitted *pro hac vice* in the discretion of the Court. The qualifications of Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron are adequately described in the accompanying declarations, and it is submitted that no brief is necessary.

[SIGNATURE ON FOLLOWING PAGE]

Dated: Washington, D.C.
March 12, 2024

Respectfully submitted,

s/ Niyati Shah
Niyati Shah (NJ Bar No. 026622005)
**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
nshah@advancingjustice-aajc.org

*Attorneys for Proposed Amici Curiae Asian American Legal Defense and Education Fund, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC*

3