Case 3:24-cv-01098-ZNQ-TJB   Document 83-1   Filed 03/12/24   Page 1 of 2 PageID: 1237

Niyati Shah (NJ Bar No. 026622005)
**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050,
Washington, DC 20036
202-868-0396
nshah@advancingjustice-aajc.org

*Attorneys for Proposed Amici Curiae*
*Asian American Legal Defense and Education Fund,*
*AAPI New Jersey, and*
*Asian Americans Advancing Justice | AAJC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., | Civ. No. 24-1098 (ZNQ) (TJB) |
| Plaintiffs, | **DECLARATION OF NIYATI SHAH** |
| v. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., | |
| Defendants. | |

Niyati Shah declares:

1. I am a member in good standing of the bar of this Court and the Director of Litigation for Asian Americans Advancing Justice | AAJC. I am counsel of record for *amici curiae* Asian American Legal Defense and Education

1

Fund, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC (together, "proposed *amici curiae*").

2. I make this declaration in support of the requests for admission *pro hac vice* of Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron.

3. I have been advised that Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron are members in good standing and admitted to practice before several state and federal courts, as certified by them in the Declarations attached hereto.

4. I shall act as New Jersey counsel for proposed *amici curiae* in this matter and shall comply with L. Civ. R. 101.1(c), including by signing all pleadings, briefs, and other papers submitted to this Court and being responsible for the conduct of the cause and counsel in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2024 in Washington, D.C.

*Niyati Shah*  
Niyati Shah