UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Civ. No. 24-1098 (ZNQ) (TJB) <br><br> **DECLARATION OF JERRY VATTAMALA** |

## DECLARATION OF JERRY VATTAMALA

JERRY VATTAMALA declares:

1. I am Director of the Democracy Program for the Asian American Legal Defense and Education Fund ("AALDEF"), and make this declaration in support of my *pro hac vice* admission to this Court pursuant to L. Civ. R. 101.1(c)(1) for purposes of acting as counsel for AALDEF, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC as amici curiae in this action.

2. I have been a member in good standing of the bar of the State of New York since 2007. In addition, I have been a member in good standing of the bars of the United States District Courts for the Southern and Eastern Districts of New York since 2013, the United States District Court for the Eastern District of Michigan since 2021.

3. The names and addresses of the offices maintaining the roll of members of the bar in those jurisdictions are as follows:

State of New York
Office of the Clerk
27 Madison Avenue
New York, NY 10010

United States District Court,
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street
New York, NY 10007

United States District Court,
Eastern District of New York
Office of the Clerk
225 Cadman Plaza East
Brooklyn, NY 11201

United States District Court,
Eastern District of Michigan
Office of the Clerk
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

4880-0773-7515.1

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. AALDEF is also represented in this matter by Niyati Shah at Advancing Justice-AAJC, who is authorized to practice in New Jersey, and is a member in good standing of the bar of this Court.

6. I understand that, upon admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and will make payment, as required by Local Civil Rule 101.1(c)(2) and (3), to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the Court.

7. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2024 in New York, NY.

_____
Jerry Vattamala

4880-0773-7515.1