UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Civ. No. 24-1098 (ZNQ) (TJB) <br><br> **DECLARATION OF PATRICK STEGEMOELLER** |

**DECLARATION OF PATRICK STEGEMOELLER**

PATRICK STEGEMOELLER declares:

1. I am a Staff Attorney for the Democracy Program for the Asian American Legal Defense and Education Fund ("AALDEF"), and make this declaration in support of my *pro hac vice* admission to this Court pursuant to L. Civ. R. 101.1(c)(1) for purposes of acting as counsel for AALDEF, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC as amici curiae in this action.

4865-3651-9851.1

2. I have been a member in good standing of the bar of the State of New York since 2020. I also became a member of the District of Columbia in 2019 (my DC bar membership is currently in inactive status).

3. The names and addresses of the offices maintaining the roll of members of the bar in those jurisdictions are as follows:

>State of New York
>Office of the Clerk
>27 Madison Avenue
>New York, NY 10010

>District of Columbia Bar
>DC Court of Appeals, Room 123
>430 E Street, NW
>Washington, DC 20001

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. AALDEF is also represented in this matter by Niyati Shah, Director of Litigation at Asian Americans Advancing Justice-AAJC, who is authorized to practice in New Jersey, and is a member in good standing of the bar of this Court.

6. I understand that, upon admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and will make payment, as required by

Local Civil Rule 101.1(c)(2) and (3), to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the Court.

7. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2024 in New York, NY.

_____
Patrick Stegemoeller

3

4865-3651-9851.1