UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 24-1098 (ZNQ) (TJB)<br><br>**DECLARATION OF NOAH BARON** |

# **DECLARATION OF NOAH BARON**

NOAH BARON declares:

1. I am the Assistant Director for Litigation for Asian Americans Advancing Justice | AAJC ("Advancing Justice-AAJC"), and make this declaration in support of my *pro hac vice* admission to this Court pursuant to L. Civ. R. 101.1(c)(1) for purposes of acting as counsel for the Asian American Legal Defense and Education Fund, AAPI New Jersey, Advancing Justice-AAJC as amici curiae in this action.

2. I have been a member in good standing of the bar of the State of New York since 2016. I am also a member in good standing of the bar of the District of Columbia since 2017, the United States Court of Appeals for the Ninth Circuit since 2018, the United States Supreme Court since 2019, the United States District Court for the District of Columbia since 2020, and the United States Court of Appeals for the Fifth Circuit since 2022. I also became a member of the bar of the State of California in 2018 (my bar membership in California is currently in inactive status).

3. The names and addresses of the offices maintaining the roll of members of the bar in those jurisdictions are as follows:

> State of New York
> Office of the Clerk
> 27 Madison Avenue
> New York, NY 10010
>
> District of Columbia Bar
> DC Court of Appeals, Room 123
> 430 E Street, NW
> Washington, DC 20001
>
> State of California
> Office of the State Bar of California
> 180 Howard Street
> San Francisco, CA 94105
>
> United States Supreme Court
> Office of the Clerk
> 1 First Street, NE
> Washington, DC 20543

United States Court of Appeals
For the Ninth Circuit
Office of the Clerk
95 7th Street
San Francisco, CA 94103

United States District Court
For the District of Columbia
Office of the Clerk
333 Constitution Avenue
NW
Washington, DC 20001

United States Court of Appeals
For the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. Advancing Justice-AAJC is also represented in this matter by Niyati Shah, Director of Litigation at Advancing Justice-AAJC, who is authorized to practice in New Jersey, and is a member in good standing of the bar of this Court.

6. I understand that, upon admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and will make payment, as required by Local Civil Rule 101.1(c)(2) and (3), to the New Jersey Lawyers' Fund for Client Protection and the Clerk of the Court.

7. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2024 in Washington, D.C.

_____
Noah Baron