Niyati Shah (NJ Bar No. 026622005)
**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050,
Washington, DC 20036
202-868-0396
nshah@advancingjustice-aajc.org

*Attorneys for Proposed Amici Curiae*
*Asian American Legal Defense and Education Fund,*
*AAPI New Jersey, and*
*Asian Americans Advancing Justice | AAJC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Civ. No. 24-1098 (ZNQ) (TJB) <br><br> **NOTICE OF MOTION OF ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND, AAPI NEW JERSEY, AND ASIAN AMERICANS ADVANCING JUSTICE | AAJC FOR LEAVE TO APPEAR AS *AMICI CURIAE*** |

PLEASE TAKE NOTICE that the undersigned attorneys for proposed *amici curiae* Asian American Legal Defense and Education Fund, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC (together, "proposed *amici curiae*")

hereby move this Court for an Order granting them leave to file a brief as *amici curiae* in support of Plaintiffs' motion for a preliminary injunction; and

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, proposed *amici curiae* shall rely upon their Memorandum of Law in Support of Motion for Leave to Appear as *Amici Curiae* and the Declaration of Niyati Shah, which are electronically filed and served herewith; and

PLEASE TAKE FURTHER NOTICE that the proposed *amici curiae* brief and a proposed Order are attached hereto.

Dated: Washington, D.C.
       March 12, 2024

Respectfully submitted,

| | |
|---|---|
| Jerry Vattamala* | s/ Niyati Shah |
| Patrick Stegemoeller* | Niyati Shah (NJ Bar No. 026622005) |
| Ronak Patel* | Noah Baron* |
| **Asian American Legal Defense & Education Fund** | **Asian Americans Advancing Justice \| AAJC** |
| 99 Hudson St., 12th Fl. | 1620 L Street NW, Suite 1050, |
| New York, NY 10013 | Washington, DC 20036 |
| 212-966-5932 | 202-868-0396 |
| rpatel@aaldef.org | nshah@advancingjustice-aajc.org |
| | nbaron@advancingjustice-aajc.org |

\* Pro hac vice application pending

*Attorneys for Proposed Amici Curiae*
*Asian American Legal Defense and Education Fund,*
*AAPI New Jersey, and Asian Americans Advancing Justice | AAJC*