Niyati Shah (NJ Bar No. 026622005)
**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050,
Washington, DC 20036
202-868-0396
nshah@advancingjustice-aajc.org

*Attorneys for Proposed Amici Curiae*
*Asian American Legal Defense and Education Fund,*
*AAPI New Jersey, and*
*Asian Americans Advancing Justice | AAJC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br>  Defendants. | Civ. No. 24-1098 (ZNQ) (TJB) <br><br> **[PROPOSED] ORDER GRANTING MOTION OF ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND, AAPI NEW JERSEY, AND ASIAN AMERICANS ADVANCING JUSTICE | AAJC FOR LEAVE TO APPEAR AS *AMICI CURIAE*** |

THIS MATTER having been brought before the Court by Niyati Shah, counsel of record for proposed *amici curiae* Asian American Legal Defense and Education Fund, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC

1

(together, "*Amici*"), for an order granting *Amici* leave to appear and participate as *amici curiae*; and all parties, by counsel, having received due notice of the motion and having the opportunity to be heard; and the Court having reviewed all papers and arguments relevant to *Amici*'s motion and for good cause shown;

    IT IS on this \_\_\_\_\_ day of _____ 2024

    ORDERED that *Amici*'s motion be and hereby is GRANTED; and

    IT IS FURTHER ORDERED that *Amici* be and hereby are granted leave to appear and participate as *amici curiae* in this case; and

    IT IS FURTHER ORDERED that *Amici*'s proposed *amici curiae* brief attached to *Amici*'s motion shall hereby be deemed filed.

_____
Hon. Zahid N. Quraishi
United States District Judge