# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>  Defendants. | Case No. 3:24-01098 (ZNQ-TJB)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*** |

**PLEASE TAKE NOTICE** that pursuant to Rule 29 of the Federal Rules of Appellate Procedure and this Court's discretion, the New Jersey Institute for Social Justice and Campaign Legal Center, on behalf of the League of Women Voters of New Jersey (LWVNJ), Salvation and Social Justice (SandSJ), New Jersey Alliance for Immigrant Justice (NJAIJ), and New Jersey Policy Perspective (NJPP) will move before the Honorable Zahid N. Quraishi, U.S.D.J. on **March 18, 2024** for leave to allow *amici curiae* to participate in this litigation.

The undersigned shall rely on the attached Motion for Leave to File Amicus Brief of *Amici Curiae* and Brief of *Amici Curiae* In Support of Plaintiffs' Motion for Preliminary Injunction, in support of the motion for leave to file a brief as *amici curiae*.

A proposed form of Order is attached hereto.

| | |
|---|---|
| Dated: March 12, 2024 | Respectfully submitted, |
| | /s/ *Henal Patel* |

Henal Patel
Ryan P. Haygood
Nuzhat Chowdhury*
Micauri Vargas
NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400
hpatel@njisj.org
rhaygood@njisj.org
nchowdhury@njisj.org
mvargas@njisj.org

Kevin Hancock*
Aseem Mulji*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
khancock@campaignlegalcenter.org
amulji@campaignlegalcenter.org

*Counsel for Amici*

\* *Pro Hac Vice applications*

*forthcoming*

2