## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANDY KIM, et al. | |
| Plaintiffs, | |
| v. | Case No. 3:24-01098 (ZNQ-TJB) |
| | **PROPOSED ORDER GRANTING LEAVE TO FILE A BRIEF AS *AMICI CURIAE*** |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al. | |
| Defendants. | |

Having considered the motion of the League of Women Voters of New Jersey, Salvation and Social Justice, New Jersey Alliance for Immigrant Justice, and New Jersey Policy Perspective by and through their attorneys, the New Jersey Institute for Social Justice and Campaign Legal Center, for leave to file a brief as *amici curiae*, and all parties, by and through their counsel, having received due notice of the motion and having the opportunity to be heard; and for good cause shown,

**IT IS** on this _____ day of _____, 20_____. **ORDERED:**

1. The Motion for Leave to File a Brief as *Amici Curiae* of the League of Women Voters of New Jersey, Salvation and Social Justice, New Jersey Alliance for Immigrant Justice, and New Jersey Policy Perspective is hereby **GRANTED**;

1

2. The League of Women Voters of New Jersey, Salvation and Social Justice, New Jersey Alliance for Immigrant Justice, and New Jersey Policy Perspective's proposed amicus brief is hereby deemed **FILED**.

_____

Hon. Zahid N. Quraishi, U.S.D.J.