# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>    Defendants. | Case No. 3:24-01098 (ZNQ-TJB)<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on March 12, 2024, I electronically filed a copy of the (1) Notice for Leave to File a Brief as Amici Curiae; (2) Motion of the League of Women Voters of New Jersey, Salvation and Social Justice, New Jersey Alliance for Immigrant Justice, and New Jersey Policy Perspective for Leave to File Brief of *Amici Curiae* in Support of Plaintiffs Motion for Preliminary Injunction, with Exhibit 1, Brief of *Amici Curiae* the League of Women Voters of New Jersey, Salvation and Social Justice, New Jersey Alliance for Immigrant Justice, and New Jersey Policy Perspective in Support of Plaintiffs' Motion for Preliminary Injunction; and (4) Proposed Order using the Court's ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

1

2

Dated: March 12, 2024                           Respectfully submitted,

/s/ *Henal Patel*

Henal Patel
NEW JERSEY INSTITUTE FOR
SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400