# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>    Defendants. | Case No. 3:24-cv-01098 (ZNQ-TJB)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Micauri Vargas, Esq., of the New Jersey Institute for Social Justice, with offices located at 60 Park Place, Newark, New Jersey 07102, hereby appears in this matter on behalf of Proposed *Amici Curiae* League of Women Voters of New Jersey ("LWVNJ"), Salvation and Social Justice ("SandSJ"), New Jersey Alliance for Immigrant Justice ("NJAIJ"), and New Jersey Policy Perspective ("NJPP"). I certify that I am admitted to practice before this Court.

                                                                    /s/ *Micauri Vargas*
                                                                     Micauri Vargas

Dated: March 12, 2024