**RONALD K. CHEN**
Rutgers Constitutional Rights Clinic
Center for Law & Justice
123 Washington St.
Newark, NJ 07102
(973) 353-5378
ronchen@law.rutgers.edu

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM**, *et al.* <br> *Plaintiffs,* <br> v. <br> **CHRISTINE GIORDANO HANLON**, *in her official capacity as Monmouth County Clerk, et al.,* <br> *Defendants.* | Case No. 3:24-cv-01098-ZNQ-TJB <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Ronald K. Chen of the Rutgers Constitutional Rights Clinic, with offices located at Center for Law & Justice, 123 Washington St., Newark NJ 07102, appears in this matter on behalf of *Proposed Amicus Curiae* Election Law Clinic at Harvard Law School.

I certify that I am a member in good standing of the Bar of this Court.

Dated: March 12, 2024

                                                      /s/   Ronald K. Chen
                                                          Ronald K. Chen