Angelo A. Stio III (ID: 014791997)
Robert A. Jenkin II (ID: 321032020)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543-5276
*Attorneys for Proposed Amicus Curiae*
*Joe Cohn, Staci Berger, James Solomon,*
*Valerie Vainieri Huttle, and Ravi Bhalla*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her officialcapacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk;HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; | Civil Action No. 3:24-cv-01098 <br><br> **CERTIFICATE OF SERVICE** |

169694589v1

and JOANNE RAJOPPI, in her official capacity as Union County Clerk.

      *Defendants.*

      -and-

DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey.

      *As Interested Parties.*

    I hereby certify that I electronically filed Joe Cohn, Staci Berger, James Solomon, Valerie Vainieri Huttle, and Ravi Bhalla's Notice of Motion for Leave to File Brief as *Amicus Curiae* and attached Memorandum of Law in Support of Joe Cohn, Staci Berger, James Solomon, Valerie Vainieri Huttle, and Ravi Bhalla's Motion for Leave to File as *Amicus Curiae*, proposed brief as *Amicus Curiae*, and proposed Order with the Clerk of the Court for the United States District Court for the District of New Jersey using the CM/ECF system on March 12, 2024.

    All counsel of record will be served by the CM/ECF system.

Dated: March 12, 2024           Respectfully submitted,

                 BY: */s/ Angelo Stio*
                  Angelo A. Stio III, Esq.

169694589v1