**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, et al.<br><br>        Plaintiffs,<br><br>v.<br><br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>        Defendants. | Case No. 3:24-01098 (FLW-TJB)<br><br>**CERTIFICATION OF NUZHAT CHOWDHURY, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

1.  Pursuant to Local Civil Rule 101.1, I, Nuzhat Chowdhury, certify as follows:

    a.  I am an attorney at the New Jersey Institute for Social Justice, located at 60 Park Place, Suite 511, Newark, New Jersey 07102. I can be contacted by mail there, at (573) 673-3663, or at nchowdhury@njisj.org.

    b.  There are no disciplinary proceedings pending against me in any jurisdiction, no discipline has previously been imposed on me in any jurisdiction, and I am a member in good standing of the following bars:

        i.  New York State Bar; since 11/9/2016; 1 Elk Street, Albany, NY 12207

    c.  Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a).

    d.  I understand that if this motion is granted and I am admitted to practice in

1

this Court *pro hac vice*, I will be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

e. For the foregoing reasons it is respectfully requested that the Court grant Proposed *Amici Curiae's* application to have me admitted *pro hac vice* and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: March 12, 2024                     Respectfully submitted,

                                          /s/ *Nuzhat Chowdhury*

                                          Nuzhat Chowdhury
                                          NEW JERSEY INSTITUTE FOR
                                          SOCIAL JUSTICE
                                          60 Park Place, Suite 511
                                          Newark, New Jersey 07102
                                          Telephone: (573) 673-3663
                                          nchowdhury@njisj.org

                                          *Counsel for Proposed Amici Curiae*

2