# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Case No. 3:24-01098 (FLW-TJB)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN P. HANCOCK, ESQ.** |

**PLEASE TAKE NOTICE** that on March 18, 2024, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Proposed *Amici Curiae* League of Women Voters of New Jersey ("LWVNJ"), Salvation and Social Justice ("SandSJ"), New Jersey Alliance for Immigrant Justice ("NJAIJ"), and New Jersey Policy Perspective ("NJPP") shall apply before the United States District Court for the District of New Jersey, located at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 7W, Trenton, NJ 08608, for an Order pursuant to Local Rule 101.1(c) admitting Kevin P. Hancock, Esq. as counsel *pro hac vice* in the above- captioned matter;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Proposed *Amici Curiae* shall rely upon the Certifications of Henal Patel and Kevin P. Hancock, Esq.;

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(1), it is respectfully submitted that no legal brief is required in support of this motion; and;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also annexed hereto.

Dated: March 12, 2024                              Respectfully submitted,

/s/ *Henal Patel*

Henal Patel
NEW JERSEY INSTITUTE FOR
SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400

*Counsel for Proposed Amici Curiae*