IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANDY KIM, et al.

      Plaintiffs,

v.

CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.

      Defendants.

Case No. 3:24-01098 (FLW-TJB)

**CERTIFICATION OF KEVIN P. HANCOCK, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1. Pursuant to Local Civil Rule 101.1, I, Kevin P. Hancock, certify as follows:

    a. I am an attorney at Campaign Legal Center, located at 1101 14th Street NW, Suite 400, Washington, DC 20005. I can be contacted by mail there, at (202) 736-2200, or at khancock@campaignlegalcenter.org.

    b. There are no disciplinary proceedings pending against me in any jurisdiction, no discipline has previously been imposed on me in any jurisdiction, and I am a member in good standing of the following bars:

        i. New York; since 09/20/2006; 1 Elk Street, Albany, NY 12207

        ii. District of Columbia; since 06/14/2022; 901 4th Street NW, Washington, D.C., 20001

    c. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection as

provided by New Jersey State Court Rule 1:28-2(a).

d. I understand that if this motion is granted and I am admitted to practice in this Court *pro hac vice*, I will be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

e. For the foregoing reasons it is respectfully requested that the Court grant Proposed *Amici Curiae's* application to have me admitted *pro hac vice* and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: March 12, 2024

Respectfully submitted,

/s/ *Kevin P. Hancock*

Kevin P. Hancock
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Telephone: (202) 736-2200
khancock@campaignlegalcenter.org

*Counsel for Proposed Amici Curiae*