IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Case No. 3:24-01098 (FLW-TJB)<br><br>**CERTIFICATION OF HENAL PATEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ASEEM MULJI, ESQ.** |

I, Henal Patel, of full age, certify as follows:

1. I am an attorney at the New Jersey Institute for Social Justice ("NJISJ"), located 60 Park Place, Suite 511 Newark, New Jersey 07102-5504, counsel for Proposed *Amici Curiae* League of Women Voters of New Jersey ("LWVNJ"), Salvation and Social Justice ("SandSJ"), New Jersey Alliance for Immigrant Justice ("NJAIJ"), and New Jersey Policy Perspective ("NJPP") in the above-captioned matter.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New Jersey, as well as the Bar of the United States District Court for the District of New Jersey. There are no disciplinary proceedings pending against me in any jurisdiction, and no disciplinary action has previously been imposed upon me in any court or jurisdiction to which I have been admitted.

1

3. I am fully familiar with the facts and circumstances surrounding the above captioned litigation. I make this certification in support of the application for the admission of Aseem Mulji, Esq. as counsel *pro hac vice* for the purpose of representing *amici curiae* in this action. His certification is attached.

4. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with NJISJ who is a member of the Bar of this Court. Said attorney(s) and I shall be responsible for the conduct of Mr. Mulji, should he be admitted by this Court.

5. I agree to notify promptly the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings in this action.

6. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court.

7. Accordingly, the undersigned respectfully requests that Proposed *Amici Curiae's* Motion for Admission pro hac vice of Aseem Mulji, Esq. be granted.

8. If this motion is granted, I further respectfully request that Aseem Mulji receive Notices of Electronic Case Filing (ECF) of documents filed in this case.

Dated: March 12, 2024          Respectfully submitted,

                               /s/ *Henal Patel*

Henal Patel
NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400

*Counsel for Proposed Amici Curiae*