# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>    Defendants. | Case No. 3:24-01098 (FLW-TJB)<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on March 12, 2024, I electronically filed a copy of the following on behalf of the Proposed *Amici Curiae* the League of Women Voters of New Jersey, Salvation and Social Justice, New Jersey Alliance for Immigrant Justice, and New Jersey Policy Perspective: (1) Notice of Motion for Admission Pro Hac Vice of Aseem Mulji, Esq.; (2) Certification of Henal Patel.; (3) Certification of Aseem Mulji, Esq.; and (4) Proposed Form of Order.

    Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

| | |
|---|---|
| Dated: March 12, 2024 | Respectfully submitted,<br><br>/s/ *Henal Patel*<br><br>Henal Patel<br>NEW JERSEY INSTITUTE FOR |

1

        SOCIAL JUSTICE
        60 Park Place, Suite 511
        Newark, New Jersey 07102
        Telephone: (973) 624-9400

        *Counsel for Proposed Amici Curiae*