# BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
T: (212) 859-5083 | F: (201) 586-0427  
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

P.O. Box 1131  
Glen Rock, NJ 07452-1131

March 13, 2024

VIA ELECTRONIC FILING  
Hon. Zahid N. Quraishi, U.S.D.J.  
United State District Court of the District of New Jersey  
Clarkson S. Fisher Building  
402 East State Street  
Trenton, NJ 08608

Re:  Kim, et al. v. Hanlon, et al.  
     Civil Action No.: 24-1098(ZNQ)(TJB)

Dear Judge Quraishi:

Plaintiffs Andy Kim, Carolyn Rush, Sarah Schoengood, and their respective campaign committees, have contemporaneously filed a reply brief in support of their motion for preliminary injunction. (ECF 95.) Therein is contained Exhibit C, Certification of Edward P. Perez, which includes a hyperlink citation to an ES&S Response to the State of Delaware's Request for Proposal for a new voting system. For ease of reference, Mr. Perez internally referenced and additionally intended to attach a highlighted copy of same, which accompanies an index he includes in paragraph 30 of his Certification. Accordingly, please see the attached document, which accompanies Mr. Perez's certification.

Best,

_____  
Yael Bromberg, Esq.

* Licensed to practice in New Jersey, New York, and the District of Columbia