# FLORIO ♦ KENNY ♦ RAVAL, L.L.P.

**ATTORNEYS AT LAW**

**125 CHUBB AVENUE**
**SUITE 310 N**
**LYNDHURST, NEW JERSEY 07071**
PHONE: (201) 659-8011
FAX: (201) 659-8511

E-MAIL: MAIN@FKRLAW.COM                           WEBSITE: WWW.FKRLAW.COM

EDWARD J. FLORIO                           MATTHEW R. TONZOLA
BERNARD F. KENNY, JR.                      RYAN RENZULLI
NITA G. RAVAL                              ALEXANDER CARMICHAEL*
CHRISTOPHER K. HARRIOTT                    ROBERT K. VALANE*+^
                                           MICHAEL B. SIMONE

<u>COUNSEL</u>
ANGIOLA DIPOPOLO                           *ADMITTED TO NJ & NY BAR
LEE W. TURNER●                             +ADMITTED TO DISTRICT OF COLUMBIA
                                           ^ADMITTED TO CALIFORNIA
                                           ●ADMITTED TO PENNSYLVANIA

March 13, 2024

**VIA ECF**
Honorable Zahid N. Quraishi
Honorable Tonianne J. Bongiovanni
United States District Court for the
District of New Jersey
Clark S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

**RE:    KIM V. MALDONADO ET AL.**
**       DOCKET NO.: 3:24-CV-01098-ZNQ-TJB**
**       FILE NO.: 522.019**

Dear Judge Quraishi and Judge Bongiovanni:

   This office has been retained to represent the Defendant, E. Junior Maldonado, in connection with the above-referenced matter.

   Defendant, E. Junior Maldonado, hereby joins in on Mr. Natale's letter of March 13, 2024 (Document 101, PageID: 2294), requesting a discovery dispute conference in this matter.

{01069969}

March 13, 2024
Page 2

    I thank you, Your Honors, for your attention to this matter.

                                        Respectfully submitted,

                                        FLORIO♦KENNY♦RAVAL, L.L.P.

                                        **/s/ Edward J. Florio**

                                        EDWARD J. FLORIO, ESQ.

EJF/js

{01069969}