Angelo A. Stio III (ID: 014791997)
Robert A. Jenkin II (ID: 321032020)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543-5276
*Attorneys for Proposed Amicus Curiae*
*Joe Cohn, Staci Berger, James Solomon,*
*Valerie Vainieri Huttle, and Ravi Bhalla*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her officialcapacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk;HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA M. ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN F. GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; | Civil Action No. 3:24-cv-01098 <br><br> **NOTICE OF APPEARANCE** |

and JOANNE RAJOPPI, in her official capacity as Union County Clerk.

*Defendants.*

-and-

DALE A. CROSS, in his official capacity as Salem County Clerk; and JEFF PARROTT, in his official capacity as Sussex County Clerk; TAHESHA WAY, Esq., in her official capacity as Secretary of State for New Jersey.

*As Interested Parties.*

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of the Proposed *Amicus Curiae* Joe Cohn, Staci Berger, James Solomon, Valerie Vainieri Huttle, and Ravi Bhallain the above-captioned matter.

BY: */s/ Angelo Stio*
Angelo A. Stio, III, Esquire (ID: 014791997)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, New Jersey 08540
Phone: 609-951-4125
Angelo.stio@troutman.com
*Attorneys for Proposed Amicus Curiae*
*Joe Cohn, Staci Berger, James Solomon,*
*Valerie Vainieri Huttle, and Ravi Bhalla*

Dated: March 13, 2024

169694294v1