

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
John F. Gillick
Brian P. Trelease*
Claudia Marchese
Matthew R. Tavares*
Sapana Shah*Δ
Michael R. Burns ✦
Christopher D. Zingaro
John P. Harrington

Edward P. Ruane
Thomas Schoendorf
Frank J. Dyevoich*
Lonnie J. Hinton, Jr.,
Harlynne A. Lack*
Aaron L. Rainone
Michael M. Wuest
Scott A. Aitken, Jr.
Allan Zhang

*  Also admitted in New York
Δ Also admitted in DC
✦ Also admitted in Pennsylvania

mtavares@NJRCMLAW.com

March 13, 2024

**VIA ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clark S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

    Re:    **Andy Kim, et al. v. Hanlon, et al.**
              **Civil Action No. 3:24-cv-01098-ZNQ-TJB**

Dear Judge Quraishi:

    As Your Honor may be aware, this office represents the interests of the Defendant, Mercer County Clerk, Paula Sollami Covello, in the above referenced matter. By way of this correspondence, the Mercer County Clerk joins in both the letter filed by Rajiv D. Parikh (ECF 98) and Mark Natale (ECF 101) identifying both discovery disputes and a request for a discovery dispute conference in this matter.

    Despite months of lead time for the Plaintiffs to prepare their filings and obtain numerous "expert" reports to support their position in this matter, Plaintiffs have refused to turn over pertinent and highly relevant documents and information to the Defendants so that a full defense can be put forward. This information gets to the very heart of the issue – is the emergent nature of

555 U.S. Highway One South
Suite 440
Iselin, New Jersey 08830

Tel: (732)709-4182
Fax: (732) 791-1555
www.njrcmlaw.com

323426v1

RAINONE COUGHLIN MINCHELLO<br>
March 13, 2024<br>
Page **2**

their claims of their own doing? It appears to be so, but Plaintiffs have opted to hide the ball without any legal basis articulated.

Without giving Defendants the opportunity to obtain this information and test the veracity of their claims, Plaintiffs are strategically hoping for a one-sided affair. This does not serve any interest but their own. Plaintiffs should not reap the benefits of placing Defendants between the proverbial rock and a hard place.

Accordingly, we join in counsel's request for a conference with the Court regarding these discovery disputes.

Respectfully submitted,

**RAINONE COUGHLIN MINCHELLO, LLC**

By: _____
Matthew R. Tavares, Esq.

Cc: All counsel via ECF

323426v1