Jon Romberg
Atty No. 037351993
Seton Hall Law School
Center for Social Justice
833 McCarter Hwy.
Newark, NJ 07102
(973) 642-8700
jon.romberg@shu.edu
*Counsel of Record for Amici Curiae*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., | No. 24-cv-01098-ZNQ-TJB |
| | Zahid N. Quraishi, U.S.D.J. |
| Plaintiff, | Tonianne J. Bongiovanni, U.S.M.J. |
| v. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., | **NOTICE OF MOTION OF NEW JERSEY LAW PROFESSORS SEEKING LEAVE TO FILE AN AMICI CURIAE BRIEF IN SUPPORT OF NEITHER PARTY** |
| Defendants. | |

PLEASE TAKE NOTICE that upon the Certification of Jon Romberg in support of the motion for leave to file an amici curiae brief, New Jersey Law Professors Paula

Franzese, Eugene Mazo, and Jon Romberg respectfully request leave to file a brief as amici curiae in support of neither party, and respectfully request that the proposed brief that accompanies this motion be filed.

Respectfully submitted,

/s/ *Jon Romberg*
_____
Jon Romberg

Jon Romberg
Seton Hall University School of Law
Center for Social Justice
833 McCarter Hwy.
Newark, NJ 07102
(973) 642-8700
jon.romberg@shu.edu

March 12, 2024