Jon Romberg
Atty No. 037351993
Seton Hall Law School
Center for Social Justice
833 McCarter Hwy.
Newark, NJ 07102
(973) 642-8700
jon.romberg@shu.edu
*Counsel of Record for Amici Curiae*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., | No. 24-cv-01098-ZNQ-TJB |
| Plaintiff, | Zahid N. Quraishi, U.S.D.J.<br>Tonianne J. Bongiovanni, U.S.M.J. |
| v. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., | **[PROPOSED] ORDER GRANTING LEAVE FOR NEW JERSEY LAW PROFESSORS TO FILE AN AMICI CURIAE BRIEF IN SUPPORT OF NEITHER PARTY** |
| Defendants. | |

**THIS MATTER** having come before the Court upon the motion of New Jersey Law Professors for an Order Granting Leave to Appear as Amicus Curiae, and all parties, by and through counsel, having received due notice of the motion and

having the opportunity to be heard; and the Court having considered the motion, and for good cause shown,

IT IS on this _____ day of _____, 2024, **ORDERED**:

1. The Motion for Leave to Participate as Amici Curiae and file an Amici Curiae Brief is hereby **GRANTED**; and

2. The proposed Amici Curiae Brief of New Jersey Law Professors is hereby deemed **FILED**.

_____
Zahid N. Quraishi, U.S.D.J.