# BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
T: (212) 859-5083 | F: (201) 586-0427  
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

P.O. Box 1131  
Glen Rock, NJ 07452-1131

March 13, 2024

VIA ELECTRONIC FILING  
Hon. Zahid N. Quraishi, U.S.D.J.  
United States District Court of the District of New Jersey  
Clarkson S. Fisher Building  
402 East State Street  
Trenton, NJ 08608

  Re: Kim, et al. v. Hanlon, et al.  
     Civil Action No.: 24-1098(ZNQ)(TJB)

Dear Judge Quraishi:

  Appended to this letter, please find a report by Mr. Ryan Macias in rebuttal to the defense's contentions and in further support of Plaintiffs' motion for a preliminary injunction. Plaintiffs received this report only a few minutes ago.

  Respectfully submitted,

_____  
Yael Bromberg, Esq.  
*Co-counsel for Plaintiffs*

---

* Licensed to practice in New Jersey, New York, and the District of Columbia