Niyati Shah (NJ Bar No. 026622005)
**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050,
Washington, DC 20036
202-868-0396
nshah@advancingjustice-aajc.org

*Attorneys for Proposed Amici Curiae*
*Asian American Legal Defense and Education Fund,*
*AAPI New Jersey, and*
*Asian Americans Advancing Justice | AAJC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Civ. No. 24-1098 (ZNQ) (TJB) <br><br> **ORDER  GRANTING *PRO HAC VICE* ADMISSION OF JERRY VATTAMALA, PATRICK STEGEMOELLER, RONAK PATEL, AND  NOAH BARON** |

THIS MATTER having been brought before the Court by Niyati Shah,

counsel for proposed *amici curiae* Asian American Legal Defense and Education

Fund, AAPI New Jersey, and Asian Americans Advancing Justice | AAJC (together,

1

"*Amici*"), for an order admitting *pro hac vice* Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron, and the Court having considered the supporting declarations and for good cause shown,

IT IS on this 14th day of March 2024

ORDERED that Jerry Vattamala, Patrick Stegemoeller, and Ronak Patel be and hereby are admitted to the bar of this Court *pro hac vice* pursuant to Local Civil Rule 101.1(c) as counsel for *Amici*; and it is further

ORDERED that Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which they continue to represent *Amici* in this matter; and it is further

ORDERED that Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron shall pay $250.00 to the Clerk, United States District Court for the District of New Jersey; and it is further

ORDERED that Jerry Vattamala, Patrick Stegemoeller, Ronak Patel, and Noah Baron shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility,

2

and L. Civ. R. 104.1, Discipline of Attorneys, and shall notify this Court immediately of any matter affecting their standing at the bar of any other court; and it is further

ORDERED that a member of the bar of this Court shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter; and it is further

ORDERED that all terms of the Orders entered in this case, including all deadlines, shall remain in full force and effect and no delay in discovery, motions, trial, or any other proceedings shall occur because of Jerry Vattamala's, Patrick Stegemoeller's, Ronak Patel's, and Noah Baron's participation or their inability to attend any proceedings.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

[Docket Entry No. 83 is terminated].

3