# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al.,<br><br>　　*Defendants*. | Civil Action No.: 3:24-cv-01098 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeanne LoCicero, Esq., of the American Civil Liberties Union of New Jersey Foundation, 570 Broad Street, 11th Floor, P.O. Box 32159, Newark, New Jersey, 07102, hereby enters her appearance as attorney of record for *amicus curiae* the American Civil Liberties Union of New Jersey in the above-captioned matter.

Dated: March 14, 2024

By:　*/s/ Jeanne LoCicero*
　　Jeanne LoCicero (024052000)
　　American Civil Liberties Union
　　　of New Jersey Foundation
　　570 Broad Street, 11th Floor
　　P.O. Box 32159
　　Newark, New Jersey 07102
　　(973) 854-1715
　　jlocicero@aclu-nj.org