# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., | No. 24-cv-01098-ZNQ-TJB |
| Plaintiff, | |
| v. | Zahid N. Quraishi, U.S.D.J.<br>Tonianne J. Bongiovanni, U.S.M.J. |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., | NOTICE OF APPEARANCE |
| Defendants. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Jon Romberg of Seton Hall Law School's Center for Social Justice, with offices located at 833 McCarter Hwy., Newark, NJ 07102, appears in this matter on behalf of *Amici Curiae* New Jersey Law Professors. I certify that I am a member in good standing of the Bar of this Court.

/s/ *Jon Romberg*
_____
Jon Romberg

Jon Romberg
Seton Hall University School of Law
Center for Social Justice
833 McCarter Hwy.
Newark, NJ 07102
(973) 642-8700
jon.romberg@shu.edu
Counsel of record for *Amici Curiae*
   New Jersey Law Professors

March 13, 2024