STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
ADAM M. GORDON
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

**WEISSMAN & MINTZ** LLC
ATTORNEYS AT LAW
220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



March 15, 2024

VIA ELECTRONIC FILING
Hon. Zahid N. Quraishi, U.S.D.J.
United State District Court of the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

  **RE: Kim, et al. v. Hanlon, et al.**
    **Civil Action No.: 24-1098 (ZNQ) (TJB)**

Dear Judge Quraishi:

  Plaintiffs are in receipt of Defendants' communication (DE135). With witness and exhibit lists due this afternoon, and the evidentiary hearing scheduled for Monday, if the Court is going to address this issue at all, we request it be addressed by way of a conference call. We are available any time after the 1:30 deadline for the witness and exhibit lists.

          Respectfully submitted,

          /s/ Brett M. Pugach, Esq.
          /s/ Yael Bromberg, Esq.
          /s/ Flavio L. Komuves, Esq.

cc: All counsel of record (via ECF)