Joseph J. Bell, Esq. (016881985)
Bell, Shivas & Bell, P.C.
150 Mineral Springs Drive
P.O. Box 220
Rockaway, NJ 07866
Attorneys for Defendant, Holly Mackey, Warren County Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB <br><br><br> **SUPPLEMENTAL CERTIFICATION OF HOLLY MACKEY, WARREN COUNTY CLERK** |

I, Holly Mackey, being of full age, hereby certify as follows:

1. I am the duly-elected County Clerk for the County of Warren ("County" or "Warren County"). I have served in this capacity since 2018. I make this supplemental Certification in support of the Brief submitted in response to the Complaint and Reply Brief of March 12, 2024 filed by Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein.

2. This supplemental Certification is submitted as a clarification to my previous Certification. Specifically, this relates to my experience with the technical capabilities of the ES&S ballot and voting system utilized by the County of Warren, including as to the ES&S express machines which are utilized for touch screen electronic ballots.

3. The ES&S system utilized by the County of Warren has the ability to technically allow a **paper** ballot design which is either based on a bubble ballot or bracketing of candidates, including the use of a county organizational line ("organizational line") at the request of a county or local political party organization. I have experience using ES&S for the creation of a bubble ballot for paper ballots only, including those referenced in my previous Certification in 2018 and 2019 elections. I do not have any experience or knowledge as to whether the ES&S express machine would have the technical capabilities to design a bubble ballot for use on a touch screen electronic voting machine. My reference to the 2020 General Election describes the use of paper and electronic ballots which allowed for bracketing, and which were not designed in a bubble ballot format.

4. As of March 2024, the practical effect is that the County of Warren can design a **paper** ballot that either contains bracketing, which may or may not include an organizational line, or a bubble ballot, which could include the use of a common slogan by groups of candidates at the request of candidates and/or county or local

political party organization. I have never been presented with a situation where a bubble ballot has been requested for use on an ES&S express touch screen machine. Therefore, I have no knowledge or experience as to whether such a use is even technically feasible. I wish to provide this clarification in connection with the factual and legal issues presented in advance of the hearing scheduled for March 18, 2024.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:_____
Holly Mackey

Dated: March 15, 2024

political party organization. I have never been presented with a situation where a bubble ballot has been requested for use on an ES&S express touch screen machine. Therefore, I have no knowledge or experience as to whether such a use is even technically feasible. I wish to provide this clarification in connection with the factual and legal issues presented in advance of the hearing scheduled for March 18, 2024.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
Holly Mackey

Dated: March 15, 2024