# BOARD OF COUNTY COMMISSIONERS
## OF THE COUNTY OF WARREN

BELVIDERE, NEW JERSEY 07823-1949



JOSEPH J. BELL, ESQ.
WARREN COUNTY COUNSEL
joebell@bsblawgroup.com

DAVID SHIVAS, ESQ.
ASSISTANT COUNTY COUNSEL
dshivas@bsblawgroup.com

JOSEPH J. BELL, IV, ESQ.
ASSISTANT COUNTY COUNSEL
jbell4@bsblawgroup.com

150 Mineral Springs Drive
PO Box 220
Rockaway, NJ 07866

TEL: 973-442-7900
FAX: 973-442-7990
www.bsblawgroup.com

March 15, 2024

**Via PACER / ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  **Andy Kim, et al., v. Christine Giordano Hanlon, et al.**
     **Case No. 3:24-cv-01098**

Dear Judge Quraishi:

Please be advised that this office represents the interests of Defendant Holly Mackey, County Clerk for the County of Warren ("Warren County Clerk"). Our office has been advised that parties have raised a factual question as to the technical scope of the capabilities of the ES&S express voting system with respect to the ability to produce block or bubble ballots. Our office is now filing on behalf of the Warren County Clerk a supplemental Certification which addresses her knowledge and experience concerning the use of ES&S equipment. This Certification clarifies that her experience and knowledge of ES&S technical capabilities to produce block or bubble ballots extend to paper ballots only, and she has not been presented with such a scenario as to electronic or touch screen ballots. Our office and client recognize the timing of this supplemental submission and apologize for any inconvenience. Thank you for Your Honor's courtesy and consideration in this matter.

Respectfully submitted,

*Joseph J. Bell*
Joseph J. Bell

cc:  All parties via PACER / ECF