# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants.<br><br>- and -<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk, et al.<br><br>As Interested Parties. | Civ. Action. No.: 3:24-cv-1098 (ZNQ)(TJB)<br><br>**NOTICE OF MOTION *IN LIMINE* NO. 5 TO EXCLUDE EXPERT TESTIMONY FROM DR. JOSH PASEK PURSUANT TO FED. R. EVID. 702** |

To All Counsel of Record:

**PLEASE TAKE NOTICE** that, upon the accompanying brief, defendants Christopher J. Durkin, Joanne Rajoppi, and Danielle Ireland-Imhof ("Defendants"), in their official capacity as County Clerks for Essex, Union, and Passaic Counties, respectively, by and through their undersigned attorneys, will move before the Hon. Zahid N. Quraishi, U.S.D.J., on March 18, 2024, for an Order, *in limine*, to exclude expert testimony from Dr. Josh Pasek pursuant to Fed. R. Evid. 702.

                                        Respectfully submitted,

Dated: March 15, 2024            **GENOVA BURNS LLC**

                         By:    <u>*/s/ Angelo J. Genova*</u>
                                    Angelo J. Genova, Esq.
                                    Rajiv D. Parikh, Esq.
                                    Jennifer Borek, Esq.
                                    494 Broad Street
                                    Newark, New Jersey 07120
                                    Tel: 973-533-0777
                                    jborek@genovaburns.com
                                    agenova@genovaburns.com
                                    rparikh@genovaburns.com
                                    *Attorneys for Defendants*
                                    *Christopher Durkin, Joanne Rajoppi, and*
                                    *Danielle Ireland-Imhof*