UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, ANDY KIM FOR NEW JERSEY, SARAH SCHOENGOOD, SARAH FOR NEW JERSEY, CAROLYN RUSH and CAROLYN RUSH FOR CONGRESS;<br><br>　　　　　Plaintiffs,<br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>　　　　　Defendants.<br><br>- and -<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk, et al.<br><br>　　　　　As Interested Parties. | Civ. Action. No.: 3:24-cv-1098 (ZNQ)(TJB)<br><br><br><br>**NOTICE OF MOTION *IN LIMINE* NO. 6 TO EXCLUDE REBUTTAL EXPERT TESTIMONY FROM DR. JOSH PASEK PURSUANT TO FED. R. CIV. P. 26** |

To All Counsel of Record:

**PLEASE TAKE NOTICE** that, upon the accompanying brief, defendants Christopher J. Durkin, Joanne Rajoppi, and Danielle Ireland-Imhof ("Defendants"), in their official capacity as County Clerks for Essex, Union, and Passaic Counties, respectively, by and through their undersigned attorneys, will move before the Hon. Zahid N. Quraishi, U.S.D.J., on March 18, 2024, for an Order, *in limine*, to exclude expert rebuttal testimony from Dr. Josh Pasek pursuant to Fed. R. Civ. P. 26.

17432136v1 (2883.073)

                              Respectfully submitted,

Dated: March 18, 2024        **GENOVA BURNS LLC**

                      By:    */s/ Angelo J. Genova*
                               Angelo J. Genova, Esq.
                               Rajiv D. Parikh, Esq.
                               Jennifer Borek, Esq.
                               494 Broad Street
                               Newark, New Jersey 07120
                               Tel: 973-533-0777
                               jborek@genovaburns.com
                               agenova@genovaburns.com
                               rparikh@genovaburns.com
                               *Attorneys for Defendants*
                               *Christopher Durkin, Joanne Rajoppi, and*
                               *Danielle Ireland-Imhof*