# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.<br><br>Plaintiffs,<br><br>vs.<br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et. al.,<br><br>    Defendants.<br>- and -<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk, et al.,<br><br>      as Interested Parties. | Civil Action No.: 3:24-cv-1098 (ZNQ)(TJB) |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 7 TO EXCLUDE THE INTRODUCTION OR USE OF REPORT OR OPINIONS OF RYAN MACIAS

*Of Counsel and on the brief:*
Angelo J. Genova, Esq.
Rajiv D. Parikh, Esq.
Jennifer Borek, Esq.

*On the brief:*
Daniel A. Lebersfeld, Esq.
Katherine Szabo, Esq.

**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
Tel: (973) 533-0777
Fax: (973) 533-1112
*Attorneys for Defendants*
*Christopher Durkin, Joanne Rajoppi,*
*and Danielle Ireland-Imhoff*

# **TABLE OF CONTENTS**

TABLE OF CONTENTS ........................................................................................... ii

TABLE OF AUTHORITIES...................................................................................... iii

ARGUMENT .............................................................................................................1

CONCLUSION ..........................................................................................................2

## <u>TABLE OF AUTHORITIES</u>

### <u>RULES</u>

Fed. R. Civ. P. 26(a)(2)(D)(ii) ...................................................................................1

Rule 26(a)(2)(B)...........................................................................................................2

Defendants Christopher Durkin, Joanne Rajoppi, and Danielle Ireland-Imhof, in their official capacities, respectfully submit this memorandum of law in support of their motion to exclude the testimony Ryan Macias as a proffered expert witness of Andy Kim and Andy Kim for New Jersey (collectively "Kim"), Sarah Schoengood and Sarah for New Jersey (collectively "Schoengood"), and Carolyn Rush and Carolyn Rush for Congress (collectively "Rush", and with Kim and Schoengood "Plaintiffs").

## **ARGUMENT**

On March 13, 2024, Plaintiffs purported to introduce "a report by Mr. Ryan Macias in rebuttal to the defense's contentions and in further support of Plaintiffs' motion for summary judgment." (Dkt. # 115).  Mr. Macias's "report" (Dkt. #115-1)  and his testimony should be barred for two reasons.  First, his report was filed and served after the time the Court gave Plaintiffs to reply to Defendants' opposition to their motion for a preliminary injunction.  (*See* Dkt #34).  While, under ordinary circumstances, this delay might be excusable, these are not ordinary circumstances given the unfair surprise that Plaintiffs' motion for emergent relief imposed on Defendants.

Second, his report should likewise be barred under Fed. R. Civ. P. 26(a)(2)(D)(ii) permits reports, such as Mr. Macias's if they are "intended solely to contradict or rebut evidence on the same subject matter identified by another party

1

under Rule 26(a)(2)(B)."  Rule 26(a)(2)(B), in turn, addresses witnesses "retained

or specially employed to provide expert testimony in the case."  Because Mr.

Macias's report purportedly is a "rebuttal to the defense's contentions" (Dkt. #115)

and **not** to any expert testimony, neither it nor Mr. Macias's testimony has any

place in these proceedings, and both should be excluded from the evidentiary

hearing on Plaintiffs' motion for a preliminary injunction.

## CONCLUSION

For all of the foregoing reasons, Defendants respectfully request that the

Court grant their motion in *limine* and bar the introduction or use of the report or

testimony of Ryan Macias.

Respectfully submitted,

**GENOVA BURNS LLC**
*Attorneys for Defendants,*
*Christopher Durkin, Joanne Rajoppi,*
*and Danielle Ireland-Imhoff*

By: *s/ Angelo J. Genova*
ANGELO J. GENOVA
RAJIV D. PARIKH
JENNIFER BOREK

Dated:  March 18, 2024

17465283v2 (1154.215)

2