UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON
JUDGE ZAHID N. QURAISHI          DATE: MARCH 18, 2024
COURT REPORTER: MEGAN MCKAY-SOULE

TITLE OF CASE:                   CIVIL NO. 24-1098 (ZNQ)
ANDY KIM, et al.

vs.

CHRISTINE GIORDANO HANLON, et al.

**APPEARANCES:**
Yael Bromberg, Esq., Brett Pugach, Esq. and Flavio Komuves, Esq. for Plaintiffs
Edward Florio, Esq., Jason Spiro, Esq., David Minchello, Esq., Lou Rainone, Esq., Angelo Genova, Esq., Brian Nelson, Esq., Marissa DeAnna, Esq., Matthew Thompson, Esq., Gordon Golum, Esq., Rick Wille, Esq., Mark Natale, Esq., Adam Malamut, Esq., Howard Goldberg, Esq., Matthew Taveras, Esq., Kirstin Bohn, Esq., Jaime Placek, Esq., Rajiv Parikh, Esq., Joseph Bell, Esq., Jennifer Borek, Esq., Harrison Clewell, Esq., and Michael Williams, Esq. for Defendants
William Tambassi, Esq., Alyssa Lott, Esq., for Intervenor CCDC

**NATURE OF PROCEEDINGS: HEARING ON [5] MOTION FOR PRELIMINARFY INJUNCTION**
Hearing on Preliminary Injunction (ECF No. [5]).
Flavio Komuves, Esq. opened for the Plaintiffs.
Angelo Genova, Esq. opened for Defendants.
William Tambassi, Esq. opened for Intervenor CCDC.
Ryan Macias SWORN for Plaintiffs (via Zoom).
Exhibits P1-P7 moved and admitted into evidence.
BREAK 1:10 pm-1:45 pm
Ryan Macias resumed on cross and redirect.
Andy Kim SWORN for Plaintiff.
Exhibits P8, P9 and D1-D3 moved and admitted into evidence.
Dave Passante SWORN for Defendant.
Exhibit P-10 moved and admitted into evidence.
Andrew Wilson Appell SWORN for Plaintiff.
Julia Rubin SWORN for Plaintiff.
Christine Giordano Hanlon SWORN for Defendant.
Exhibit D-4 moved and admitted into evidence.
Noah Dion SWORN for Defendant.

Ordered that Plaintiffs shall file any supplemental certifications from their experts in response to Defendants' Motions in Limine 1-7 by March 22, 2024; Plaintiffs shall file any opposition to Defendants' Motions in Limine 1-7 by 1:00 p.m. on March 25, 2024; and Defendants shall file any response to the [149] Letter filed by the New Jersey Attorney General by March 22, 2024.

**TIME COMMENCED: 10:37 am**
**TIME ADJOURNED:   7:45 pm**                    s/Kim Stillman
**TOTAL TIME:   8 hours and 33 minutes**              Deputy Clerk