# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William M. Tambussi, Esq.
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
wtambussi@brownconnery.com
Direct Dial: (856) 858-8175



March 22, 2024

**Via Electronic Filing**
Hon. Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

      **Re:** **Andy Kim, et al. v. Hanlon, et al.**
             **Docket No. 3:24-cv-01098-ZNQ-TJB**

Dear Judge Quraishi:

      This office represents Intervenor Camden County Democratic Committee ("CCDC") in the above matter. On March 18, 2024, Counsel for Defendants Christopher J. Durkin, Joanne Rajoppi, and Danielle Ireland-Imhof in their official capacity as County Clerks for Essex, Union, and Passaic Counties, respectively, filed the following Motions *in Limine*:

- Motion *in Limine* No. 1 to Exclude All Proposed Testimony of Plaintiffs' Experts (ECF No. 152);
- Motion *In Limine* No. 2 to Exclude Expert Testimony from Dr. Julia Sass Rubin Pursuant to Fed. R. Evid. 702 (ECF No. 153);
- Motion *in Limine* No. 3 to Exclude Expert Testimony from Andrew W. Appel Pursuant to Fed. R. Evid. 702 (ECF No. 154);
- Motion *in Limine* No. 4 to Exclude Expert Testimony from Dr. Samuel S.-H. Wang Pursuant to Fed. R. Evid. 702 (ECF No. 155);
- Motion *in Limine* No. 5 to Exclude Expert Testimony from Dr. Josh Pasek Pursuant to Fed. R. Evid. 702 (ECF No. 156);
- Motion *in Limine* No. 6 to Exclude Rebuttal Expert Testimony from Dr. Josh Pasek Pursuant to Fed. R. Civ. P. 26 (ECF No. 157); and
- Motion *in Limine* No. 7 to Exclude Expert Testimony from Mr. Ryan Macias (ECF No. 158).

7OA4761.DOCX

**BROWN & CONNERY, LLP**

Please be advised that CCDC joins in on these Motions *in Limine* and relies upon the arguments set forth therein.

Respectfully submitted,
**BROWN & CONNERY, LLP**

*s/ William M. Tambussi*
William M. Tambussi

cc:   All Counsel of Record (*via ECF*)

7OA4761.DOCX