# WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
ADAM M. GORDON
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



March 25, 2024

VIA ELECTRONIC FILING
Hon. Zahid N. Quraishi, U.S.D.J.
United State District Court of the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

   Re: **Kim, et al. v. Hanlon, et al.**
      **Civil Action No.: 24-1098(ZNQ)(TJB)**

Judge Quraishi,

   On Friday, March 22, 2024, defense counsel for the Essex, Passaic, and Union County Clerks filed a letter with the Court regarding their intended cross-examination of Dr. Josh Pasek. (DE165.) Plaintiffs respectfully request that the Court consider the attached Certification of Dr. Josh Pasek in response to defense counsel's arguments seeking to attack the validity of Dr. Pasek's expert report.

              Respectfully submitted,

              WEISSMAN & MINTZ LLC

              By: */s/ Brett M. Pugach*

1