

March 25, 2024

Honorable Zahid N. Quraishi
U.S. District Court, District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

Denied.  Transcript may be obtained.

So Ordered this 25th day of March 2024.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

Re: 3:24-cv-01098-ZNQ-TJB

Dear Judge Quraishi:

The New Jersey Globe, a news organization covering the United States Senate race and the above-mentioned lawsuit about ballot design and county organization lines, respectfully requests that we be permitted to join a case management conference at 10:30 AM tomorrow in a listen-only mode.

As you know, public confidence in elections is low. Transparency and sunlight can help restore faith that all decisions that potentially affect the outcome of elections are conducted publicly. <u>Election matters ought to be discussed in public squares and never behind closed doors.</u> Respectfully, the judiciary needs to be a partner in this.

This case is of enormous interest to the community, and the request is clearly in the public's best interest.   While we are grateful to have had the opportunity to purchase the transcript of the last case management conference, it does not replace a journalist's ability to hear you and other participants in your own voice and tone.  We acknowledge court rules do not permit recordings.

Thank you in advance for your consideration.

Yours truly,

David Wildstein
Editor, New Jersey Globe
david@njglobe.com