# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William M. Tambussi, Esq.
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
wtambussi@brownconnery.com
Direct Dial: (856) 858-8175



March 25, 2024

**Via Electronic Filing**
Hon. Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

  Re: **Andy Kim, et al. v. Hanlon, et al.**
     **Docket No. 3:24-cv-01098-ZNQ-TJB**

Dear Judge Quraishi:

  This office represents Intervenor Camden County Democratic Committee ("CCDC") in the above matter. This morning, Counsel for Defendant Joanne Schwartz, in her official capacity as Burlington County Clerk, filed a letter requesting an emergent telephonic case management conference regarding First Lady Tammy Murphy's withdrawal of her bid for United States Senate. In the letter, Defendant Burlington County Clerk indicates that the withdrawal of First Lady Tammy Murphy impacts the factual record in this case and advises of the prejudice to Defendants if an opportunity is not presented to supplement the record based on this development.

  Please be advised that CCDC joins in the request of Defendant Burlington County Clerk and the arguments set forth therein. CCDC looks forward to participating in the case management conference before Your Honor tomorrow.

            Respectfully submitted,
            **BROWN & CONNERY, LLP**

            *s/ William M. Tambussi*
            William M. Tambussi

cc: All Counsel of Record (*via ECF*)

7OB1184.DOCX