UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceedings</u>

**OFFICE: TRENTON**
**JUDGE ZAHID N. QURAISHI**                                              **DATE: MARCH 26, 2024**
**COURT REPORTER:  MEGAN MCKAY-SOULE**


**TITLE OF CASE:**                                                        <u>**CIVIL NO. 24-1098 (ZNQ)**</u>
ANDY KIM, et al.

vs.

CHRISTINE HANLON, et al.

**APPEARANCES:**

See transcript.


**NATURE OF PROCEEDINGS: STATUS CASE MANAGEMENT HEARING *VIA MICROSOFT TEAMS***
Case Management Hearing held.
Text order to be filed.


**TIME COMMENCED: 10:30 am**
**TIME ADJOURNED:   11:07 am**                                          <u>s/Kim Stillman</u>
**TOTAL TIME:            37 minutes**                                    Deputy Clerk