UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et. al.,<br><br>Defendants.<br>- and -<br><br>DALE A. CROSS, in his official capacity as Salem County Clerk, et al.,<br><br>as Interested Parties. | Civil Action No.: 24-1098 (ZNQ)(TJB)<br><br>**SUBSTITUTION<br>OF<br>ATTORNEY** |

The undersigned hereby consents to the substitution of Rajiv D. Parikh of PEM Law LLP, in lieu of Genova Burns LLC, as counsel for defendant, Danielle Ireland-Imhof, *in her capacity as Passaic County Clerk*, in the above-captioned matter. In addition, Rajiv D. Parikh is no longer counsel for defendants Chris Durkin, Essex County Clerk and Joanne Rajoppi, Union County Clerk, who remain represented by Genova Burns LLC.

| | |
|---|---|
| **GENOVA BURNS LLC** | **PEM LAW LLP** |
| By: *s/ Jennifer Borek*<br>      Jennifer Borek, Esq.<br>      *Withdrawing Attorneys*<br>      *as to Danielle Ireland-Imhof only* | By:    *s/ Rajiv D. Parikh*<br>      Rajiv D. Parikh, Esq.<br>      *Superseding Attorneys*<br>      *as to Danielle Ireland-Imhof only* |
| Dated: March 27, 2024 | Dated: March 27, 2024 |

1