## WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
ADAM M. GORDON
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779
www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



## BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL
T: (212) 859-5083 | F: (201) 586-0427
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32
New York, NY 10036-7424

P.O. Box 1131
Glen Rock, NJ 07452-1131

March 27, 2024

VIA ELECTRONIC FILING
Hon. Zahid N. Quraishi, U.S.D.J.
United State District Court of the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

      RE:    Kim, et al. v. Hanlon, et al.
                Civil Action No.: 24-1098 (ZNQ) (TJB)

Dear Judge Quraishi:

      We attach herewith, as a joint submission, the parties' agreed-upon list of all submissions to the Court pertinent to its consideration of Plaintiffs' Motion (DE5) (including amicus curiae briefs), along with two stipulations regarding the list. The list is broken into three sections: main filings, the issue of the Attorney General's brief, and the issue of bond.

                                              Respectfully submitted,

*/s/ Brett Pugach, Esq.*                                      */s/ Yael Bromberg, Esq.*
*/s/ Flavio Komuves, Esq.*                                 Bromberg Law LLC
Weissman & Mintz LLC

                                              Counsel for Plaintiffs

Stipulations:

By identifying the submissions herein, the parties do not waive their rights to appeal or in any way agree that the record on appeal should be limited to the submissions identified herein.

Any document referred to by its main number includes all attachments and related material filed under that main number.

**Main Filings**

ECF #1 – Verified Complaint w/ Exhibits

ECF #5 – Motion for PI

ECF # 16 – Opposition brief filed on behalf of James Hogan, Mary Melfi, Celeste Riley and Rita Rothberg

ECF # 26 -- Letter brief on behalf of Christine Giordano Hanlon (Monmouth County)

ECF #41 – Motion to intervene including argument on PI

ECF#44-46 – Response on behalf of Joseph Giralo, et al. (Atlantic, Cape May, Cumberland, Gloucester, Hunterdon, and Salem Counties)

ECF#48 – Response from Joe Ripa (Camden County)

ECF #49 – Certification in opposition from Ann Grossi (Morris County)

ECF #50 – Response from John Hogan (Bergen County)

ECF #51 – Response from Paula Sollami (Mercer County)

ECF #54 – Response from Nancy Pinkin (Middlesex County)

ECF #57 – Response from Holly Mackey (Warren County)

ECF #59 – Response from Junior Maldanado (Hudson County)

ECF #60 – Response from Steve Peter (Somerset County)

ECF #61 – Response from Christine Hanlon (Monmouth County)

ECF #63 – Response from Christopher Durkin, Danielle Ireland-Imhoff, Joanne Rajoppi (Essex, Passaic and Union Counties)

ECF #65 – Response from Joanne Schwartz (Burlington County)

ECF #69 – Response from Scott Colabella (Ocean County)

ECF #77 – Response by Plaintiffs re motion to intervene

ECF #82 – Reply brief in support of motion to intervene

ECF 90-4, -5, -6, -7, -8 – Certifications from candidate amici

ECF #95 & 97 – Reply from Plaintiffs

ECF #115 – Ryan Macias Report

ECF #116-118 – Amicus Curiae Briefs

ECF #128 – Amicus Curiae Brief

ECF #136 – Amicus Curiae Brief

ECF #141, 148 – Order and amendment setting schedule

ECF #150 – Certification of Angelo Genova

ECF #151 – Supplemental Certification of Benjamin Schwartz

ECF #152-158 – Motions in Limine

ECF# 161 – Exhibit list from evidentiary hearing with exhibits

ECF #162 – Letter from William Tambussi

ECF #165 – Letter from Angelo Genova

ECF #168 – 171: Supplemental Expert Certifications

ECF #174 – Letter on behalf of Burlington Clerk requesting emergent conference

ECF #175 – Letter from Brett Pugach

ECF #177 – Plaintiffs' omnibus Opposition to Motions in Limine

ECF #181 – Letter joining Clerks' request/argument for emergent case management conference

ECF #183 – Letter from Plaintiffs

ECF #188 – Letter from Plaintiffs

ECF #190 – Letter from Camden Co. Dem. Cmte.

ECF #191 – Letter from Defendants

ECF #192 – Letter from Plaintiffs

**On the issue of the bond, the court must consider:**

ECF #166 – Letter from Angelo Genova

ECF #167 – Letter from Christine Giordano Hanlon

ECF #173 – Letter from Plaintiffs Counsel

**Separately on the issue of whether to consider the Attorney Gneral's letter, the court must consider**

ECF #149 -- Letter from Attorney General

ECF #163 – Letter from Gordon J. Golum

ECF #164 – Letter from William Tambussi

ECF #172 – Letter from Plaintiff's Counsel