**KING MOENCH & COLLINS, LLP**
Matthew C. Moench, Esq., 031462007
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
mmoench@kingmoench.com
*Attorneys for Morris County Republican Committee*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANDY KIM,** in his personal capacity as a candidate for U.S. Senate, **et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *et al.*,<br><br>    Defendants. | **VIA ELECTRONIC FILING**<br><br>**Docket No. 24-1098 (ZNQ) (TJB)**<br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

I, Matthew C. Moench, am admitted to practice in this Court and enter my appearance for interested party Morris County Republican Committee.

Respectfully submitted,

/s/ Matthew C. Moench
Matthew C. Moench, Esq.
*Morris County Republican Committee*

Dated: March 29, 2024