UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Civ. A. No.: 3:24-1098 (ZNQ/TJB)<br><br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendants Joseph Giralo, John S. Hogan, Joanne Schwartz, Joseph Ripa, Rita M. Rothberg, Celeste M. Riley, Christopher J. Durkin, James M. Hogan, E. Junior Maldonado, Mary H. Melfi, Paula Sollami Covello, Nancy J. Pinkin, Christine Giordano Hanlon, Ann Grossi, Danielle Ireland-Imhof, Steve Peter, Joanne Rajoppi, in their official capacities as Clerks of Atlantic, Bergen, Burlington, Camden, Cape May, Cumberland, Essex, Gloucester, Hudson, Hunterdon, Mercer, Middlesex, Monmouth, Morris, Passaic, Somerset and Union Counties, New Jersey, respectively, appeal, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 195) and Opinion (ECF No. 194) granting Plaintiffs' motion for a preliminary injunction entered on March 29, 2024.

Dated: March 29, 2024

                 **GENOVA BURNS LLC**

                 By: /s/*Angelo J. Genova*
                   ANGELO J. GENOVA
                   JENNIFER BOREK
                   494 Broad Street
                   Newark, New Jersey 07102
                   *Attorneys for Defendants Christopher J. Durkin, in his official capacity as Essex County Clerk and Joanne Rajoppi, in her official capacity as Union County Clerk*

**SPIRO HARRISON & NELSON**

By: /s/ *Brian M..Nelson*
    BRIAN M. NELSON
    200 Monmouth Street, Suite 310
    Red Bank, New Jersey 07701
    *Attorneys for Defendant Christine Giordano Hanlon, in her official capacity as Monmouth County Clerk*

**RAINONE COUGHLIN MINCHELLO**

By: /s/ *Louis N. Rainone*
    LOUIS N. RAINONE
    555 U.S. Highway One South, Suite 440
    Iselin, New Jersey 08830
    *Attorneys for Defendant Paula Sollami Covello, in her official capacity as Mercer County Clerk*

**CARBONE & FAASSE**

By: /s/*John M. Carbone*
    JOHN M. CARBONE
    401 Goffle Road
    PO Box 763
    Ridgewood, New Jersey 07451
    *Attorneys for Defendants Mary H. Melfi, in her official capacity as Hunterdon County Clerk, Joseph J. Giralo in his official capacity as Atlantic County Clerk, Celeste M. Riley, in her official capacity as Cumberland County Clerk, James N. Hogan, in his official capacity as Gloucester County Clerk, Rita Rothberg, in her official capacity as Cape May County Clerk*

**WILENTZ, GOLDMAN & SPITZER, P.A.**

By:/s/ *Gordon Jeffrey Golum*
    GORDON JEFFREY GOLUM
    90 Woodbridge Center Drive
    Suite 900
    Woodbridge, New Jersey 07095
    *Attorneys for Defendant Steve Peter in his official capacity as Somerset County Clerk*

**MALAMUT & ASSOCIATES LLC**

By: /s/ *Mark R. Natale*
    MARK R. NATALE
    457 Haddonfield Road, Suite 500
    Cherry Hill, New Jersey 08002
    *Attorneys for Defendant Joanne Schwartz in her official capacity as Burlington County Clerk*

**FLORIO KENNY RAVAL LLP**

By: /s/ *Edward J. Florio*
    EDWARD J. FLORIO
    125 Chubb Avenue, Suite 310N
    Lyndhurst, New Jersey 07071
    *Attorneys for Defendant E. Junior Maldonado in his official capacity as Hudson County Clerk*

**PEM LAW LLP**

By: /s/ *Rajiv D. Parikh*
    RAJIV D. PARIKH
    1 Boland Drive, Suite 101
    West Orange, New Jersey 07052
    *Attorneys for Defendant Danielle Ireland-Imhof in her official capacity as Passaic County Clerk*

**CHASAN LAMPARELLO MALLON & CAPPUZZO, PC**

By: /s/ *Kirstin Bohn*
    KIRSTIN BOHN
    300 Harmon Meadow Boulevard
    Secaucus, New Jersey 07094
    *Attorneys for Defendant Ann Grossi in her official capacity as Morris County Clerk*

**OFFICE OF CAMDEN COUNTY COUNSEL**

By: /s/ *Howard Lane Goldberg*
    HOWARD LANE GOLDBERG
    520 Market Street
    Courthouse – 14th Floor
    Camden, New Jersey 08102
    *Attorneys for Defendant Joseph Ripa in his official capacity as Camden County Clerk*

**MIDDLESEX COUNTY OFFICE COUNTY COUNSEL**

By:/s/ *Michael S. Williams*
      MICHAEL S. WILLIAMS
      75 Bayard St.
      New Brunswick, NJ 08901
      *Attorneys for Defendant Nancy J. Pinkin in her official capacity as Middlesex County Clerk*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

By:/s/ *Jaime R. Placek*
      JAIME R. PLACEK
      61 South Paramus Road, Suite 250
      Paramus, New Jersey 07652
      *Attorneys for Defendant John S. Hogan in his official capacity as Bergen County Clerk*

17496376v1 (1154.215)