**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB <br><br> **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Intervenor Camden County Democratic Committee hereby appeals, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 195) and Opinion (ECF No. 194) granting Plaintiffs' motion for a preliminary injunction entered on March 29, 2024.

    Respectfully submitted,

    **BROWN & CONNERY, LLP**
    *Attorneys for Intervenor,*
    *Camden County Democratic Committee*

Dated: March 30, 2024    By: */s/ William M. Tambussi*
    William M. Tambussi, Esq.
    Alyssa I. Lott, Esq.
    360 Haddon Avenue
    Westmont, New Jersey 08108

                Phone: (856) 854-8900
                Fax: (856) 858-4967
                Email: wtambussi@brownconnery.com
                Email: alott@brownconnery.com