# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Andy Kim, et al.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**Christine Giordano Hanlon, in her official capacity as Monmouth County Clerk, et al.,**<br><br>　　　　Defendants.<br><br>　- and -<br><br>**Dale A. Cross, in his official capacity as Salem County Clerk, et al.,**<br><br>　　　　Interested Parties. | Civil Action No.: 24-1098<br><br><br><br>**Substitution of Attorney** |

　　The undersigned hereby consents to the substitution of Scott D. Salmon, Esq., of Jardim Meisner Salmon Sprague & Susser, P.C., in lieu of Troutman Pepper Hamilton Sanders LLP, as counsel for *amicus curiae* Ravi Bhalla in the above-captioned matter.

| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **JARDIM MEISNER SALMON SPRAGUE & SUSSER, P.C.** |
|---|---|
| /s/ Angelo A. Stio, III, Esq.<br>Angelo A. Stio, III, Esq.<br>*Withdrawing Attorneys*<br>*as to Ravi Bhalla only* | /s/ Scott D. Salmon, Esq.<br>Scott D. Salmon, Esq.<br>*Superseding Attorneys*<br>*as to Ravi Bhalla only* |

Dated:  March 29, 2024