**KING MOENCH & COLLINS, LLP**
Peter J. King, Esq., 015651996
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
pking@kingmoench.com
*Attorneys for Morris County Republican Committee*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANDY KIM,** in his personal capacity as a candidate for U.S. Senate, **et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTINE GIORDANO HANLON**, *et al.*,<br><br>Defendants. | **VIA ELECTRONIC FILING**<br><br>**Docket No. 24-1098 (ZNQ) (TJB)**<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

I, Matthew C. Moench, am admitted to practice in this Court and enter my appearance for interested party Morris County Republican Committee.

                 Respectfully submitted,

                 /s/ *Peter J. King*
                 Peter J. King, Esq.
                 *Morris County Republican Committee*

Dated: March 29, 2024