# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William M. Tambussi, Esq.
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
wtambussi@brownconnery.com
Direct Dial: (856) 858-8175



March 30, 2024

**Via Electronic Filing**
Hon. Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

      Re:    **Andy Kim, et al. v. Hanlon, et al.**
               **Docket No. 3:24-cv-01098-ZNQ-TJB**

Dear Judge Quraishi:

      This office represents Intervenor Camden County Democratic Committee ("CCDC") in the above matter. Yesterday, Defendant County Clerks filed a letter in lieu of a more formal motion pursuant to Fed. R. Civ. P. 62(c)(1) and L. Civ. R. 65.1(d) seeking an emergency stay of the Court's Order (ECF No. 195) granting Plaintiffs' Motion for Preliminary Injunction pending appeal of that Order.

      Please be advised that CCDC joins in the request for an emergency stay of the Court's Order by Defendant County Clerks the arguments set forth therein.

      Respectfully submitted,
      **BROWN & CONNERY, LLP**

      *s/ William M. Tambussi*

      William M. Tambussi

cc:    All Counsel of Record (*via ECF*)

7OD0604