UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al. <br><br> Defendants. | Civ. A. No.: 3:24-cv-01098 <br><br><br> **NOTICE OF APPEARANCE OF ERIC H. JASO** |

Please enter the appearance of Eric H. Jaso of Spiro Harrison & Nelson LLC as counsel for defendant Christine Giordano Hanlon.

Dated: March 30, 2024

Respectfully Submitted,

**SPIRO HARRISON & NELSON LLC**

By: */s/ EHJ*
    Eric H. Jaso
    830 Bloomfield Avenue
    Suite 2C
    Montclair, NJ 07042
    (973) 310-4026
    ejaso@shnlegal.com
    *Attorneys for Defendant*
    *Christine Giordano Hanlon*

SHN\786076.1