

Mark R, Natale, Esquire
mnatale@malamutlaw.com
Phone (856) 424-1808
Fax (856) 424-2032

March 30, 2024

**Via ECF**
The Honorable Zahid N. Quraishi
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Kim, et al., v. Hanlon, et al.**
              **3:24-cv-01098-ZNQ-TJB**

Dear Judge Quraishi:

    I represent Defendant Burlington County Clerk in the above-referenced matter. Currently before the Court is an emergency motion to stay, filed shortly before a notice of appeal to the Third Circuit.

    My client joined in the motion to stay and appeal to preserve her rights while allowing the opportunity to thoroughly review Your Honor's Opinion, the details of the Order, and to meet with her team regarding compliance. After a thorough review, Defendant Burlington County Clerk wishes to withdraw from the motion to stay. The appropriate paperwork will also be filed with the Third Circuit to withdraw from the appeal.

    Rather than pursue the motion to stay and appeal, my client will take steps to comply with the Order and educate voters on the new ballot design.

    On a final note, my client respectfully reserves the right to seek guidance from the Court if any logistical or technical issues with compliance of the Court's Orders arise.

    Thank you for your kind consideration of this matter.

                                               Respectfully submitted,

                                               */s/ Mark R. Natale*
                                               Mark R. Natale, Esq.