# FLORIO ♦ KENNY ♦ RAVAL, L.L.P.

## ATTORNEYS AT LAW

125 CHUBB AVENUE
SUITE 310 N
LYNDHURST, NEW JERSEY 07071
PHONE: (201) 659-8011
FAX: (201) 659-8511

E-MAIL: MAIN@FKRLAW.COM                              WEBSITE: WWW.FKRLAW.COM

EDWARD J. FLORIO                                     MATTHEW R. TONZOLA
BERNARD F. KENNY, JR.                                RYAN RENZULLI
NITA G. RAVAL                                        ALEXANDER CARMICHAEL*
CHRISTOPHER K. HARRIOTT                              ROBERT K. VALANE*+^
                                                    MICHAEL B. SIMONE
COUNSEL                                             _____
ANGIOLA DIPOLPO                                      *ADMITTED TO NJ & NY BAR
LEE W. TURNER●                                       +ADMITTED TO DISTRICT OF COLUMBIA
                                                    ^ADMITTED TO CALIFORNIA
                                                    ●ADMITTED TO PENNSYLVANIA

March 31, 2024

**VIA ECF**
Honorable Zahid N. Quraishi
United States District Court for the
District of New Jersey
Clark S. Fisher Building
402 East State Street
Trenton, New Jersey 08608

RE:   **KIM V. MALDONADO ET AL.**
      **DOCKET NO.: 3:24-CV-01098-ZNQ-TJB**
      **FILE NO.: 522.019**

Dear Judge Quraishi:

The undersigned represents, Defendant, Hudson County Clerk, E. Junior Maldonado in this referenced matter. A Notice of Appeal to the Third Circuit has been filed following the Order issued by Your Honor.

Please be advised that, upon further review, consideration, and deliberation, my client, Hudson County Clerk, Maldonado wishes to withdraw from the motion to stay and any appeal of the Order of this Court. We will also file any necessary documentation with the Third Circuit to withdraw from the appeal.

It is the intention of Clerk Maldonado to comply with the Order of the Court, and emphasize concentration on voter education rather than focus on a stay and appeal.

{01073892}

March 31, 2024
Page 2


  Please be further advised that we respectfully reserve the right to refer to this court, with regard to any issues concerning compliance or procedural matters in connection with the present litigation.

  Thank you for your courtesy and consideration.

        Respectfully submitted,

        FLORIO♦KENNY♦RAVAL, L.L.P.

        **/s/ Edward J. Florio**

        EDWARD J. FLORIO, ESQ.

EJF/js
c.c. All Counsel of Record (via ECF)

{01073892}