**KING, MOENCH & COLLINS LLP**
Peter J, King, Esquire
Matthew C. Moench, Esquire
51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
(973) 998-6860
*Attorneys for Intervenors,*
*Morris County Republican Committee,*
*Laura Ali, in her capacity as Chair of MCRC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>　　　　Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>**NOTICE OF MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24** |

**TO:**　Clerk, United States District Court District of New Jersey
　　　Clarkson S. Fisher Building & U.S. Courthouse
　　　402 East State Street
　　　Trenton, New Jersey 08608

　　　Honorable Zahid N. Quraishi, U.S.D.J.
　　　United States District Court District of New Jersey
　　　Clarkson S. Fisher Building & U.S. Courthouse
　　　402 East State Street
　　　Court Room 4W
　　　Trenton, New Jersey 08608

　　　**ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the Morris County Republican Committee, Laura Ali, in her capacity as Chair of the Morris County Republican Committee, (collectively, "Republican Intervenors"), by and through their counsel, King, Moench & Collins LLP, shall move for an order permitting them to intervene in this matter pursuant to Fed. R. Civ. P. 24.

**PLEASE TAKE FURTHER NOTICE** that Republican Intervenors will seek to do so on an expedited basis.

**PLEASE TAKE FURTHER NOTICE** that this motion is opposed.

**PLEASE TAKE FURTHER NOTICE** that proposed Republican Intervenors shall rely upon the accompanying Brief in Support of its Motion. A proposed form of Order is also submitted herewith. Oral argument is requested if opposition is filed.

Respectfully submitted,

**KING, MOENCH & COLLINS LLP**
*Attorneys for Intervenors*

Dated:      March 31, 2024        *s/Matthew C. Moench*
                                  Matthew C. Moench, Esq.