UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:                              Docket No.:

      (Plaintiff)                                             Judge:

      v.                                                       **Notice of Appeal to the**
                                                         **U.S. Court of Appeals for the**
      (Defendant)                                             **Third Circuit**

Notice is hereby given that _____
                                                    (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [ ] Order, [ ] Other _____
                                                       (Specify)
of the United States District Court, District of New Jersey, entered in this action on

_____.
(Date)


Dated:
                                                          _____
                                                          Appellant

                                                          _____
                                                          Street

                                                          _____
                                                          City, State, Zip

                                                          _____
                                                          Telephone