BERRY, SAHRADNIK, KOTZAS & BENSON
Mathew B. Thompson, Esq.
212 Hooper Avenue
P.O. Box 757
Toms River, NJ 08754
(732) 349-4800
Email:  mthompson@bskb-law.com and jmorison@bskb-law.com
Attorney for Defendant, Ocean County Clerk, Scott M. Colabella

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; et al.,<br><br>Defendants | Civil Action No. 3:24-cv-01098-ZNQ-TJB<br><br>Civil Action<br><br>**NOTICE OF APPEAL** |
|---|---|

**PLEASE TAKE NOTICE** that Defendant, Scott M. Colabella, in his official capacity as Ocean County Clerk, hereby appeals, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 195) and Opinion (ECF No. 194) granting Plaintiffs' motion for preliminary injunction entered on March 29, 2024.

    Respectfully submitted,
    **BERRY SAHRADNIK**
    **KOTZAS & BENSON**

    /s/Mathew B. Thompson
    MATHEW B. THOMPSON, ESQ.
    *Attorney for Defendant, Ocean County Clerk,*
    *Scott M. Colabella*

DATED:  April 1, 2024