| | |
|---|---|
| Peter J. King<br>Matthew C. Moench<br>**KING, MOENCH & COLLINS LLP**<br>51 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>(973) 998-6860<br>pking@kingmoench.com<br>mmoench@kingmoench.com | Jose L. Linares<br>William J. Palatucci<br>**McCARTER & ENGLISH, LLP**<br>4 Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Tel: 973-622-4444<br>jlinares@mccarter.com<br>wpalatucci@mccarter.com |

Jason Torchinsky (*pro hac vice* forthcoming)
Oliver Roberts (*pro hac vice* forthcoming)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street, NW, Suite 643A
Washington, DC 20037
Phone: (202) 737-8808
jtorchinsky@holtzmanvogel.com
oroberts@holtzmanvogel.com

*Attorneys for Intervenors*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>        Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>**AMENDED NOTICE OF MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24** |

**TO:** Clerk, United States District Court District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 4W
Trenton, New Jersey 08608

**ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on March 31, 2024, the Morris County Republican Committee and Laura Ali, in her capacity as Chair of the Morris County Republican Committee, by and through their counsel, King, Moench & Collins, LLP, moved for an order permitting them to intervene in this matter pursuant to Fed. R. Civ. P. 24.

**PLEASE TAKE NOTICE** that the March 31, 2024, Motion to Intervene is hereby Amended to add New Jersey Republican Chairs Association and Jose Arango, in his capacity as Chair of that organization, to the motion to intervene to pursuant to Fed. R. Civ. P. 24.

**PLEASE TAKE FURTHER NOTICE** that Republican Intervenors will seek to do so on an expedited basis, a return date which currently is set for April 3, 2024 by the Court's text Order of April 1, 2024 [Dkt. 212].

**PLEASE TAKE FURTHER NOTICE** that this motion is opposed.

**PLEASE TAKE FURTHER NOTICE** that proposed Republican Intervenors shall rely upon the accompanying Amended Brief in Support of its Motion. A proposed form of Order is also submitted herewith. Oral argument is requested if opposition is filed.

                                          Respectfully submitted,

                                          **KING, MOENCH & COLLINS LLP**
                                          *Attorneys for Intervenors*

Dated:     April 1, 2024                  *s/Matthew C. Moench*
                                                  Matthew C. Moench, Esq.