| | |
|---|---|
| Peter J. King<br>Matthew C. Moench<br>**KING, MOENCH & COLLINS, LLP**<br>51 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>(973) 998-6860<br>pking@kingmoench.com<br>mmoench@kingmoench.com | Jose L. Linares<br>William J. Palatucci<br>**McCARTER & ENGLISH, LLP**<br>4 Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Tel: 973-622-4444<br>jlinares@mccarter.com<br>wpalatucci@mccarter.com |

Jason Torchinsky (*pro hac vice* forthcoming)
Oliver Roberts (*pro hac vice* forthcoming)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street, NW, Suite 643A
Washington, DC 20037
Phone: (202) 737-8808
jtorchinsky@holtzmanvogel.com
oroberts@holtzmanvogel.com

*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>　　　　Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br><br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by King, Moench, & Collins, LLP, attorneys for Intervenors, Morris County Republican Committee, Laura Ali, in her capacity as Chair of the Morris County Republican Committee, the New Jersey Republican Chairs Association, and Jose Arango, in his capacity as Chair of the New Jersey Republican Chairs Association (collectively "Republican Intervenors"), for an Order granting Republican Intervenors' Motion to Intervene, and the Court having considered the matter, and any opposition, and good cause having been shown;

**IT IS ON THIS** _____ day of _____, 2024, **ORDERED** that:

1. Republican Intervenors' Motion to Intervene as of right shall be and hereby is **GRANTED**;

2. Republican Intervenors' Motion to Intervene as permissive intervention shall be and hereby is **GRANTED.**

3. A copy of this Order shall be served on all parties via ECF.

_____
Honorable Zahid N. Quraishi,
U.S.D.J.