JOHN M. CARBONE, ESQ.
CARBONE AND FAASSE
ATTORNEYS AT LAW
32 Pleasant View Drive
North Haledon, New Jersey 07508

Office 201-445-7100                                                                                   Cell 201-394-7888
==========================================================================

April 3, 2024

Via ECF

Honorable Patricia S. Dodszuweit
Clerk,
U.S. Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

Re;   <u>Kim, et al v, Hanlon, et al</u>
       Case Number 24-1593
       Voluntary Dismissal of Appeal

Madam Clerk:

      This firm represents the Defendants/Appellants Atlantic County Clerk, Cape May County Clerk, Cumberland County Clerk, Gloucester County Clerk, Hunterdon County Clerk and Salem County Clerk in the above referenced matter,

      Pursuant to FED. R. APP. P. 42(b), all of these Defendants/Appellants withdraw from the appeal and request the Court order the dismissal of the appeal on their behalf with prejudice and without costs.

Respectfully submitted,

John M. Carbone,
For the firm

Cc : Via ECF all counsel of record