UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. <u>24-1593</u> & <u>24-1602</u>

Kim v. Hanlon

To:  Clerk

1) Motion by Christine Giordano Hanlon, Monmouth County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

2) Motion by Ann Grossi, Morris County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

3) Motion by Steve Peter, Somerset County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

4) Motion by Christopher J. Durkin, Essex County Clerk, and Joanne Rajoppi, Union County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

5) Motion by Paula Sollami Covello, Mercer County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

6) Motion by Scott M. Colabella, Ocean County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

7) Motion by Joseph Ripa, Camden County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

8) Motion by Nancy J. Pinkin, Middlesex County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

9) Plaintiffs' Response to Above Motions

10) Motion by Danielle Ireland-Imhof, Passaic County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

11) Motion by John S. Hogan, Bergen County Clerk, to Withdraw Appeal under Federal Rule of Appellate Procedure 42(b)

12) Letter from E. Junior Maldonado, Hudson County Clerk, Withdrawing from Appeal, Filed in District Court at D.I. #209

13) Letter from Joseph J. Giralo, Atlantic County Clerk, Rita Rothberg, Cape May County Clerk, Celeste M. Riley, Cumberland County Clerk, James N. Hogan, Gloucester County Clerk, and Mary H. Melfi, Hunterdon County Clerk, Withdrawing from Appeal, Filed in District Court at D.I. #228

    Because all of the appellants in Nos. 24-1593 and 24-1602 have withdrawn their appeals, those appeals are dismissed with prejudice and without cost to any party. A certified copy of this order is issued in lieu of a formal mandate.

At the direction of the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 5, 2024
Tmm/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate