# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1601

Andy Kim, et al v. Christine Hanlon, et al

(U.S. District Court No.: 3-24-cv-01098)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     April 26, 2024
TMM/cc:   Joseph J. Bell, Esq.
Kirstin Bohn, Esq.
Jennifer Borek, Esq.
Yael Bromberg, Esq.
Angela Cai, Esq.
John M. Carbone, Esq.
Marissa Deanna, Esq.
Jeremy Feigenbaum, Esq.
Edward J. Florio, Esq.
Angelo J. Genova, Esq.
Howard L. Goldberg, Esq.
Gordon J. Golum, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

Albert Harshaw
Eric H. Jaso, Esq.
Flavio L. Komuves, Esq.
Alyssa Lott, Esq.
Adam S. Malamut, Esq.
David L. Minchello, Esq.
Mark R. Natale, Esq.
Brian M. Nelson, Esq.
Rajiv D. Parikh, Esq.
Jaime R. Placek, Esq.
Brett Pugach, Esq.
Louis N. Rainone, Esq.
Melissa E. Rhoads,
Jason C. Spiro, Esq.
William M. Tambussi, Esq.
Matthew Tavares, Esq.
Mathew B. Thompson, Esq.
Matthew V. White, Esq.
Richard Wille II, Esq.
Michael S. Williams, Esq.
Christopher D. Zingaro, Esq.