BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*
T: (212) 859-5083 | F: (201) 586-0427
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32
New York, NY 10036-7424

P.O. Box 1131
Glen Rock, NJ 07452-1131

October 9, 2024

**VIA ELECTRONIC FILING**
Hon. Zahid N. Quraishi, U.S.D.J.
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United State District Court of the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

**RE:**   **Conforti v. Hanlon (20-8267) & Kim et al v. Hanlon (24-1098)**

Dear Judge Bongiovanni:

Plaintiffs object to the request of the Passaic County Clerk to postpone the telephone conference scheduled with the Court for next Tuesday, October 15, and to also postpone the filing of the joint status letter and ex parte settlement letters that is now set for October 11.

To date, five consent orders approving negotiated settlements have been executed by the Court between the *Kim* and *Conforti* cases. The remaining clerks have in their hands a settlement offer from Plaintiff, that reflects the settlements already reached in substance and proposes a fair counsel fee amount for each defendant, that is largely governed by whether they were defendants in *Kim* alone, or in both *Kim* and *Conforti*. They were provided to the Clerks' counsel on September 16, with the exception of Mr. Parikh, who received his on September 20 due to confusion about whether he remained in the case after moving firms.

In Plaintiffs' view, the litigants would benefit from prompt guidance from Your Honor on how to proceed. Plaintiffs are ready to settle this matter on terms comparable to those in the prior settlements in the public record and that have already been agreed to by three clerks and one county political party. Parties who choose not to settle now will see both their own legal fees continue to rise, along with their liability to Plaintiffs under applicable state and federal fee shifting statutes. Further, to expedite this matter, Plaintiffs will be requesting the Court for a revised discovery schedule for non-settling parties in both matters. Finally, another reason counseling against adjournment is to mitigate the risk that disputes and litigation over New Jersey's primary ballot design laws will continue into the 2025 primary season. The matter needs to be resolved quickly. We feel the remaining Clerks and their counsel can give meaningful responses to the settlement offer already in their hands, and be prepared to discuss it with the Court on October 15, not a month from now.

Respectfully submitted,

* Licensed to practice in New Jersey, New York, and the District of Columbia

BROMBERG LAW LLC

Yael Bromberg, Esq., Principal*  
T: (212) 859-5083 | F: (201) 586-0427  
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

P.O. Box 1131  
Glen Rock, NJ 07452-1131

/s/ *Flavio L. Komuves*  
Flavio L. Komuves  
WEISSMAN & MINTZ  
220 Davidson Ave.  
Suite 410  
Somerset, New Jersey 08873  
office (732) 563-4565  
fkomuves@weissmanmintz.com

*Co-counsel for Plaintiffs*

\* Licensed to practice in New Jersey, New York, and the District of Columbia