# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,

     Plaintiffs,

v.

JOANNE RAJOPPI, in her official capacity as Union County Clerk, et al.;

     Defendants.

Civ. Action. No.: 3:24-cv-01098

**NOTICE OF APPEARANCE OF DANIEL LEBERSFELD, ESQ.**

  **PLEASE TAKE NOTICE** that Daniel Lebersfeld, Esq. of the law firm of Genova Burns, LLC hereby enters his appearance for Defendant, Joanne Rajoppi, in her official capacity as Union County Clerk, in the above captioned matter.

        **GENOVA BURNS LLC**

By: /s/ *Daniel Lebersfeld*   
   DANIEL LEBERSFELD, ESQ.
   494 Broad Street
   Newark, New Jersey
   07102 Tel.: 973-533-7107
   Fax: 973-533-814-4045
   dlebersfeld@genovaburns.com

Dated: December 30, 2024