**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB <br><br> **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**TO:   Clerk, United States District Court**
       District of New Jersey
       Clarkson S. Fisher Building & U.S. Courthouse
       402 East State Street
       Trenton, New Jersey 08608

       Honorable Zahid N. Quraishi, U.S.D.J.
       **United States District Court**
       **District of New Jersey**
       Clarkson S. Fisher Building & U.S. Courthouse
       402 East State Street
       Court Room 4W

7RM0716

Trenton, New Jersey 08608

**ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Intervenor, Camden County Democratic Committee ("CCDC"), by and through its counsel, Brown & Connery, LLP, shall move for an order granting its Motion for Partial Summary Judgment and dismissing Plaintiffs' claim for an award of attorneys' fees and costs from Intervenor CCDC.

**PLEASE TAKE FURTHER NOTICE** that Camden County Democratic Committee shall rely upon the accompanying Statement of Undisputed Material Facts in Support of its Motion, Brief in Support of its Motion, and Certification of Counsel.  A proposed form of Order is also submitted herewith.  Oral argument is requested if opposition is filed.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Intervenor, Camden County Democratic Committee*

Dated: February 21, 2025

*s/William M. Tambussi*
William M. Tambussi

7RM0716