**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democratic Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB<br><br>**PROPOSED ORDER** |

**THIS MATTER** having been brought before the Court by Brown & Connery, LLP, attorneys for Intervenor, Camden County Democratic Committee, for an Order granting Intervenor's Motion for Partial Summary Judgment, and the Court having considered the matter and good cause having been shown;

7RM0745

**IT IS ON THIS** _____ day of _____, 2025, **ORDERED** that Intervenor, Camden County Democratic Committee's, Motion for Partial Summary Judgment shall be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claim for an award of attorneys' fees and costs from Intervenor, Camden County Democratic Committee, is hereby **DISMISSED with prejudice**.

_____
Honorable Zahid N. Quraishi, U.S.D.J.

7RM0745