UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al., Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., Defendants. | Case No.: 3:24-cv-0198-ZNQ-TJB <br><br><br> <u>CIVIL ACTION</u> <br><br><br> **CERTIFICATION OF YAEL BROMBERG, ESQ.** |
| CHRISTINE CONFORTI, et al., Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB <br><br><br> <u>CIVIL ACTION</u> <br><br> **CERTIFICATION OF YAEL BROMBERG, ESQ.** |

## <u>CERTIFICATION OF YAEL BROMBERG</u>

YAEL BROMBERG, of full age, declares as follows:

1. I am an attorney at law admitted to practice in all state and federal courts in New Jersey, and am one of the attorneys assigned to handle these matters on behalf of Plaintiffs. This Certification presents several documents into the record of these matters.

2. **Exhibit A** represents a copy of a July 11, 2024 Joint Discovery Letter to Magistrate Judge Bongiovani in the *Conforti* litigation presenting the parties' respective positions in connection with discovery. Therein, plaintiffs attest to the timely production of discovery to all *Conforti* parties, with detail as to the specifics of the production. Additionally, Defendant Bergen County Clerk indicate therein: "Received Plaintiffs' discovery responses 07.10.24 which must be reviewed. Will provide responses to Plaintiffs' discovery demands on or before 07.19.24."

3. **Exhibits B – H** represent true copies of sample ballots used in the 2024 New Jersey primary election, obtained under my supervision from the respective public websites of the county clerk of the county where the ballot originated, collected between the dates of May 27, 2024 and June 5, 2024.

4. **Exhibit I** represents a copy of the new ballot legislation reflected in Assembly Bill 5116[3R], signed into law on March 6, 2025 by the Governor as P.L. 2025, c.32.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. this 24th day of March, 2025.

_____

Yael Bromberg

# Exhibit A

# Bromberg Law LLC

Yael Bromberg, Esq., Principal
T: (212) 859-5083 | F: (201) 586-0427
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32
New York, NY 10036-7424

P.O. Box 1131
Glen Rock, NJ 07452-1131

## WEISSMAN & MINTZ LLC

### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
ADAM M. GORDON
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

\* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



July 11, 2024

**Via email only: tjb_orders@njd.uscourts.gov**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

> RE:  **Conforti v. Hanlon, et al.**
> **3:20-cv-08267-ZNQ-TJB**

Dear Magistrate Judge Bongiovanni,

On July 2, 2024, Your Honor ordered the parties to submit an update regarding written discovery by July 11, 2024 (ECF 199). The May 21, 2024 scheduling order (ECF 198), directs the parties and intervenors to exchange interrogatory answers, responses, and documents by Sunday June 30, 2024. Your Honor advised that no extensions would be permitted absent extraordinary circumstances.

**Plaintiffs' Position:**

Plaintiffs produced timely discovery to all the parties. This consisted of: a) answers to general interrogatories served by all six (6) County Clerk Defendants; b) answers to specific interrogatories independently served on certain plaintiffs by all County Clerk Defendants; c) answers to both interrogatories and requests for production of documents served on all seven (7)

1

plaintiffs by all seven (7) County Political Party Intervenors, which included over 900 pages of document production.

Of the six (6) County Clerk Defendants in this matter:

- Atlantic County offered a timely discovery response on June 25, 2024 including 170 pages of document production, and Plaintiffs' counsel is still in the process of reviewing those responses.
- Monmouth County also offered a timely response to discovery on July 1, 2024,  although it consists largely of objections, and no document production accompanied it.
- Mercer County Clerk has yet to produce certified discovery responses.  Plaintiffs initially consented to the clerk's request for an extension to July 3, 2024 and while that date has passed, as of July 10, have been promised signed discovery responses by July 15, 2024. Plaintiffs have no objection to that timing.
- Plaintiffs' counsel had not heard from the County Clerks of Bergen and Ocean. Today, the Ocean County Clerk produced discovery responses which have yet to be reviewed. Also today, the Bergen County Clerk indicated that he will produce responses to discovery demands by July 19, 2024.
- Hudson County Clerk advanced a reproduction of undated and uncertified responses it apparently provided in another matter, *Mazo v. Durkin*, and is therefore deficient as to Plaintiffs' requests.

Regarding the single County Clerk Intervenor in this matter, Burlington County Clerk, Plaintiffs' counsel and that clerk's counsel have consented to a mutual extended written discovery deadline because of ongoing and productive settlement discussions. We jointly request leave to provide an update by July 19, 2024.

Of the seven (7) County Political Party Intervenors in this matter:

- Camden County Democratic Committee (CCDC) produced a timely response. Plaintiffs' counsel is still in the process of reviewing CCDC's responses, however it is obvious that CCDC is deficient as its responses are ripe with objections, and it has only advanced six (6) accompanying pages of document production.
- The Regular Democratic Organization of Union produced a discovery response on July 4, 2024, although it is not dated, and no responsive documents were included.
- Today, the Middlesex County Democratic Organization produced a discovery response which has yet to be reviewed.
- Plaintiffs' counsel and counsel for all four Intervenor Republican party organizations (Morris County Republican Committee; Warren County Regular Republican Organization, Inc.; Republican Committee of Union County; Cumberland Regular Republican Organization, Inc.) are engaged in productive exchanges for potential settlement. Accordingly, Plaintiffs' counsel has consented to an extension of the written discovery deadline as to these intervenors. We jointly request leave to provide an update by July 19, 2024.

Based on the lack of any response from certain parties, the tardiness of discovery responses from others, and obvious deficiencies with others, Plaintiffs are concerned that the judicial process is not being taken sufficiently seriously. We are prepared to, if necessary, a) draft individualized deficiency notices and b) schedule related meet and confers with the several parties individually. However, we respectfully request Your Honor's guidance to ensure efficiency, including prompt and responsive production by the six Defendants and seven Intervenors engaged in this matter. We are cognizant of the next discovery deadline as it relates to depositions, and Your Honor's instruction that no extensions would be permitted absent extraordinary circumstances. We do not wish to jeopardize any forthcoming deadlines, but require responsive, complete, and prompt written production from all parties in order to prepare for and take the depositions.

**Defendants' and Intervenors' Positions:**

**Defendant Atlantic County Clerk:**  Defendant believes it is in full compliance with discovery served on it.  If any additional requests are made following review by Plaintiff's counsel, same will be entertained on a request by request basis.

**Defendant Bergen County Clerk:** Received Plaintiffs' discovery responses 07.10.24 which must be reviewed. Will provide responses to Plaintiffs' discovery demands on or before 07.19.24.

**Defendant Hudson County Clerk:**  Defendant Hudson County Clerk has provided complete responses to Plaintiffs' interrogatories and document demands. There are no deficiencies with those responses, contrary to Plaintiffs' contentions above.

**Defendant Mercer County Clerk:** Mercer County Clerk's position is that her responses are complete, however due to being on vacation, she is not able to certify to the responses until Monday, July 15.  Uncertified responses and the document production were offered to Plaintiff, with supplementation of the certification on Monday, but Plaintiffs did not respond as to whether that was acceptable.

**Defendant Monmouth County Clerk:** Plaintiffs first raised discovery issues to the Monmouth County Clerk on July 10, in the form of a draft joint letter, without addressing the Clerk's objections or seeking any prior meet and confer. Monmouth is prepared to meet and confer with Plaintiffs to specifically address the Clerk's objections, including objections based upon the burden and disproportionality of discovery requests that seek, among other things, 14 years' worth of documents and communications. Nevertheless, the Clerk is preparing a document production that is proportionate to the needs of the case pursuant to Rule 26(b).

**Defendant Ocean County Clerk:** [No specific Response offered].

**Intervenor Burlington County Clerk:** [Subject to terms specified above].

3

**Intervenor Camden County Democratic Committee:** Intervenor Camden County Democratic Committee: CCDC maintains that its response is compliant and that its objections to Plaintiffs' discovery requests are appropriate due to the breadth and scope of the requests served by Plaintiffs. CCDC will consider any additional requests by Plaintiffs following Plaintiffs' counsel's review of CCDC's responses and will supplement its responses as needed.

**Intervenor Regular Democratic Organization of Union County, Inc.:** Regular Democratic Organization of Union County, Inc., has provided its discovery responses.

**Intervenor Middlesex County Democratic Organization:** Middlesex County Democratic Organization has responded to all discovery propounded upon it to date and will address any questions by Plaintiff's counsel.

**Intervenor Morris County Republican Committee:** [Subject to terms specified above].

**Intervenor Warren County Regular Republican Organization, Inc.:** [Subject to terms specified above].

**Intervenor Republican Committee of Union County:** [Subject to terms specified above].

**Intervenor Cumberland Regular Republican Organization, Inc.:** [Subject to terms specified above].

Respectfully submitted,

*/s/ Yael Bromberg, Esq.*
Bromberg Law LLC

*/s/ Brett Pugach, Esq.*
*/s/ Flavio Komuves, Esq.*
Weissman & Mintz LLC

*Counsel for Plaintiffs*

# Exhibit B

# Democratic — Democrático

**Choice for President**
**and Delegates to the**
**Democratic National Convention**
15th Delegate District
A vote for President is an automatic vote for all affiliated delegates and alternates
Vote for One

**Selección para Presidente**
y Delegados a la Convención Nacional Demócratica
Distrito de Delegados 15
Un voto por Presidente es un voto automático por los delegados y alternativas afiliados
Vote por Uno

| | |
|---|---|
| **Joseph R. BIDEN, Jr.** | **1A** ○ |
| *Essex County Democratic Committee, Inc.* | |
| **Delegates** | |
| Julio Aponte III | |
| Shannon L. Cuttle | |
| Sara A. Pena | |
| Anthony R. Vauss | |
| **Alternate** | |
| LaMonica McIver | |
| **Terrisa BUKOVINAC** | **1B** ○ |
| **UNCOMMITTED** | **1C** ○ |
| *Justice for Palestine, Permanent Ceasefire Now* | |
| **Delegates** | |
| Sasha Hammad | |
| Ilektra Kostopoulou | |
| Jayant Raval | |
| *Personal Choice - Selección Personal* | ○ |

**For United States Senator**
Six Year Term
Vote for One
**Para Senador de los Estados Unidos**
Término de Seis Años
Vote por Uno

| | |
|---|---|
| **Andy KIM** | **1A** ○ |
| *Essex County Democratic Committee, Inc.* | |
| **Lawrence HAMM** | **1B** ○ |
| *People's Needs First* | |
| **Patricia CAMPOS-MEDINA** | **1C** ○ |
| *Pro-Democracy Democrats* | |
| *Personal Choice - Selección Personal* | ○ |

**For Member of the**
**House of Representatives**
11th Congressional District
Two Year Term
Vote for One
**Para Miembro de**
**la Casa de Representantes**
Distrito Congresional 11
Término de Dos Años
Vote por Uno

| | |
|---|---|
| **Mikie SHERRILL** | **1A** ○ |
| *Essex County Democratic Committee, Inc.* | |
| **Mark De LOTTO** | **1B** ○ |
| *New Leadership, Better Ideas, Meaningful Change* | |
| *Personal Choice - Selección Personal* | ○ |

**For Sheriff**
Three Year Term
Vote for One
**Para Alguacil**
Término de Tres Años
Vote por Uno

| | |
|---|---|
| **Amir JONES** | **1A** ○ |
| *Essex County Democratic Committee, Inc.* | |
| **Gary NASH** | **1B** ○ |
| *Democrats United for Change and Integrity* | |
| *Personal Choice - Selección Personal* | ○ |

**For Register**
Five Year Term
Vote for One
**Para Registrador**
Término de Cinco Años
Vote por Uno

| | |
|---|---|
| **Juan M. RIVERA, Jr.** | **1A** ○ |
| *Essex County Democratic Committee, Inc.* | |
| *Personal Choice - Selección Personal* | ○ |

**For Members of**
**the County Committee**
Two Year Term
Vote for Two
**Para Miembros del**
**Comité del Condado**
Término de Dos Años
Vote por Dos

| | |
|---|---|
| **Peter CAGGIANO** | **1A** ○ |
| *Essex County Democratic Committee, Inc.* | |
| **Thomas SERRANO, Jr.** | **1B** ○ |
| *Essex County Democratic Committee, Inc.* | |
| *Personal Choice - Selección Personal* | ○ |
| *Personal Choice - Selección Personal* | ○ |

# Exhibit C

# Official Primary Election Sample Ballot
Tuesday, June 4, 2024, County of Passaic, New Jersey

**Borough of Bloomingdale**
**5th Congressional District**

## Elección Primaria - Boleta de Muestra Oficial
martes, 4 de junio de 2024
Condado de Passaic, New Jersey

**Borough of Bloomingdale**

*Danielle Ireland-Imhof*
**Danielle Ireland-Imhof**
Passaic County Clerk
Secretaría del Condado de Passaic

*Breeanna Smith*
**Breeanna Smith**
Municipal Clerk
Secretaria Municipal

---

# Democratic — Demócrata

**Choice of President & District Delegates**
Vote for One Slate
**Escoger para Presidente y Delegados del Distrito**
Vote por Una Lista de Candidatos

*Passaic County Democratic Organization, Inc.*
○ Joseph R.
**BIDEN, Jr.**
**14th District Delegates**
**Delegados Distrito 14**
Anthony N. ABRANTES
Thanelie R. CHISOLM-WILLIAMS
Brendan W. GILL
Jill B. KOTNER

*Progressive Democrat*
○ Patricia
**CAMPOS-MEDINA**

*Justice for Palestine, Permanent Ceasefire Now*
**UNCOMMITTED DELEGATES**
**14th District Delegates**
**Delegados Distrito 14**
Maria Eva DORIGO
Imani OAKLEY
Joseph Jacob SEIDER

○ Write-In Vote / Votar por Escrito

---

**Member of the United States Senate**
Vote for One
**Miembro del Senado de Los Estados Unidos**
Vote por Uno

*People's New& First*
○ Lawrence
**HAMM**

*Passaic County Democratic Organization, Inc.*
○ Andy
**KIM**

*Progressive Democrat*
○ Terrisa
**BUKOVINAC**

○ Write-In Vote / Votar por Escrito

---

**Member of the House of Representatives**
Vote for One
**Miembro de la Cámara de Representantes**
Vote por Uno

*Passaic County Democratic Organization, Inc.*
○ Josh
**GOTTHEIMER**

○ Write-In Vote / Votar por Escrito

---

**Sheriff**
Vote for One
**Alguacil**
Vote por Uno

*Passaic County Democratic Organization, Inc.*
○ Thomas
**ADAMO**

*Team Speziale Democrats for Passaic County*
○ Jerry
**SPEZIALE**

○ Write-In Vote / Votar por Escrito

---

**Members of the Board of County Commissioners**
Vote for Three
**Miembros de la Junta de Comisionados del Condado**
Vote por Tres

*Team Speziale Democrats for Passaic County*
○ Sean C.
**DUFFY**

*Team Speziale Democrats for Passaic County*
○ Derya
**TASKIN**

*Team Speziale Democrats for Passaic County*
○ Pedro A.
**LIRANZO**

*Passaic County Democratic Organization, Inc.*
○ Rodney A.
**De VORE**

*Passaic County Democratic Organization, Inc.*
○ Cassandra
**LAZZARA**

*Passaic County Democratic Organization, Inc.*
○ John
**BARTLETT**

○ Write-In Vote / Votar por Escrito

○ Write-In Vote / Votar por Escrito

○ Write-In Vote / Votar por Escrito

---

**Members of Borough Council**
Vote for Two
**Miembros del Consejo Municipal**
Vote por Dos

*Passaic County Democratic Organization, Inc.*
○ John R.
**GRAZIANO**

*Passaic County Democratic Organization, Inc.*
○ Jeniffer M.
**HAGIN**

○ Write-In Vote / Votar por Escrito

○ Write-In Vote / Votar por Escrito

---

***Ballot Layout Update:***
*Due to a recent federal court order, the ballot design for the 2024 Democratic Primary Election has changed. Candidates are now grouped by the office they are running for. When you go to vote, be sure not to vote for more than the number of candidates to be elected to each office.*

***Actualización del Diseño de la Boleta:***
*Debido a una reciente orden judicial federal, el diseño de la boleta para las Elecciones Primarias Demócratas de 2024 ha cambiado. Ahora los candidatos están agrupados por el cargo al que se postulan. Cuando vayas a votar, asegúrese de no votar por más candidatos que el número de candidatos que serán elegidos para cada cargo.*

# Exhibit D

**Middlesex 1**

# Sample Voting Machine Ballot

Primary Election, Tuesday, June 4, 2024
in the County of Middlesex, New Jersey
Ejemplo de la Papeleta en la Máquina de Votar, Elección Primaria, **Martes, 4 de junio, 2024**
નમૂનાન્ર વોટિંગ મશીનન્ર બેલટ, પ્રાથમિક ચૂંટણી, મંગળવાર 4 જૂન, 2024

*Nancy J. Pinkin* (signature)

**Nancy J. Pinkin**
Middlesex County Clerk
Secretaria del Condado de Middlesex
મિડલસેક્સ કાઉન્ટી ક્લાર્ક

## Democratic · Democrática · ડેમોક્રેટિક

### Choice for President
and Delegates to the
Democratic National
Convention
12th Delegate District
4 Year Term
Vote for One

**Selección para Presidente**
y Delegados a la Convención
Nacional Demócrata
Distrito 12
Término de 4 Años
Vote por Uno

પ્રમુખ માટે પસંદગી
અને ડેમોક્રેટ રાષ્ટ્રીય સંમેલનના
પ્રતિનિધિઓ
12 મા ડેલિગેટ ડિસ્ટ્રિક્ટ
4 વર્ષનો મુદત
એક માટે વોટ આપો

**1A**
Joseph R.
**BIDEN, Jr.**
*Middlesex County Democratic Organization*
**Delegates**
Michele S. DELISFORT, Manuel T.
FIGUEIREDO, Patricia GUERRA-
FRAZIER, Joel L. SHAIN, Monica L.
TOWNSEND

**1B**
Terrisa
**BUKOVINAC**
*Justice for Palestine, Permanent Ceasefire Now*
**Delegates**
Annecia STEINIGER, Anthony
STEINIGER

**1C**
**UNCOMMITTED**

write in - escriba - ૭ૂચા

### United States Senator
6 Year Term
Vote for One
**Senador de los Estados Unidos**
Término de 6 Años
Vote por Uno
યુનાઇટેડ સ્ટેટ્સનો સેનેટર
6 વર્ષનો મુદત
એક માટે વોટ આપો

**2A**
Patricia
**CAMPOS-MEDINA**
*Democracy for Progress*

**2B**
Lawrence
**HAMM**
*People's Needs First*

**2C**
Andy
**KIM**
*Middlesex County Democratic Organization*

write in - escriba - ૭ૂચા

### House of Representatives
12th District
2 Year Term
Vote for One
**Casa de Representantes**
Distrito 12
Término de 2 Años
Vote por Uno
પ્રતિનિધિઓનું ગૃહ
12મો જિલ્લો
2 વર્ષનો મુદત
એક માટે વોટ આપો

**3A**
Bonnie
**WATSON-COLEMAN**
*Middlesex County Democratic Organization*

**3B**
Daniel J.
**DART**
*New Voice - New Vision*

write in - escriba - ૭ૂચા

### County Commissioners
3 Year Term
Vote for Two
**Comisionados del Condado**
Término de 3 Años
Vote por Dos
કાઉન્ટી કમિશનરો
3 વર્ષનો મુદત
બે માટે વોટ આપો

**4A**
Shanti
**NARRA**
*Middlesex County Democratic Organization*

**4B**
Ronald G.
**RIOS**
*Middlesex County Democratic Organization*

write in - escriba - ૭ૂચા

write in - escriba - ૭ૂચા

### Borough Council
3 Year Term
Vote for Two
**Consejo Municipal**
Término de 3 Años
Vote por Dos
બરો કાઉન્સિલ
3 વર્ષનો મુદત
બે માટે વોટ આપો

No Petition Filed

No Petition Filed

write in - escriba - ૭ૂચા

write in - escriba - ૭ૂચા

---

Please be advised that due to a recent federal court order, the Democratic Primary Ballot is formatted in an office block layout, which is different than what has been used previously. The court order does not apply to the Republican Party and, therefore, the Republican ballot remains unchanged.

Por favor, tenga en cuenta que debido a una reciente Orden de la Corte Federal, las Papeletas de la elección Demócrata Primaria está organizada en formato de bloques de acuerdo con el cargo, este formato es diferente al que se ha usado previamente. La Orden de la Corte no aplica a la Papeleta del partido Republicano, y por ello, la Papeleta Republicana permanece sin cambio alguno.

મહેરબાની કરીને ધ્યાન રાખો કે તાજેતરના ફેડરલ કોર્ટના આદેશને કારણે, ડેમોક્રેટિક પ્રાથમિક બેલેટ ઓફિસના બ્લોક લેઆઉટમાં ફોર્મેટ કરવામાં આવ્યું છે, જે અગાઉ ઉપયોગમાં લેવાયેલ કરતાં અલગ છે. કોર્ટનો આદેશ રિપબ્લિકન પાર્ટીને લાગુ પડતો નથી અને તેથી, રિપબ્લિકન બેલેટ યથાવત રહે છે.

# Exhibit E

# OFFICIAL PRIMARY ELECTION  COUNTY OF OCEAN  JUNE 4, 2024

**POLLS OPEN BETWEEN 6:00 A.M. AND 8:00 P.M.**

## INSTRUCTIONS FOR VOTING

1. The Board Worker will hand you a ballot card and a voting authority. DO NOT FOLD THE BALLOT CARD. Take the card to the voting machine and insert with the cut side to the top right.

2. A language selection appears on the screen, follow the prompts by touching the screen for English or Spanish.

3. Choose "Start Voting", then make your selections by touching the candidate's name of your choice on the screen.

4. If you wish to view the ballot in any contest in a larger font, touch "TEXT SIZE" and then touch "LARGE TEXT" and then touch "RETURN TO BALLOT".

5. To vote for a person whose name is not shown, touch the "WRITE-IN" box and type in the candidate's name on the keyboard shown on the screen. Touch "ACCEPT".

6. Review all selections on the ballot screen. To make a change, touch the contest (name of candidate) and make a selection.

7. Touch "PRINT" A pop-up window will be displayed giving you the options to either "PRINT" or "RETURN TO BALLOT".

8. Touch "PRINT" if you want to continue casting your vote.

9. The machine prints the ballot and displays it in the window to the right for you to review, giving you the option to either "CAST" or "QUIT". If you are satisfied with the ballot, touch "CAST". The ballot card is then deposited in a secure and locked container. If you touch "QUIT", the machine will return the ballot card to you and will direct you to seek the help of a poll worker.

BEFORE ENTERING THE MACHINE, IF YOU HAVE ANY QUESTIONS ABOUT VOTING, ASK THE POLL WORKER.

## OFFICIAL DEMOCRATIC PARTY BALLOT

**BOROUGH OF BARNEGAT LIGHT**

### CHOICE FOR PRESIDENT
**(VOTE FOR ONE)**
FOUR-YEAR TERM (VOTE FOR ONE)
A VOTE FOR ANY CANDIDATE FOR PRESIDENT IS, IN AUTOMATICALLY A VOTE FOR ALL AFFILIATED MALE AND FEMALE DISTRICT DELEGATES.

| | |
|---|---|
| **Terrisa BUKOVINAC** | |
| **Joseph R. BIDEN, JR.** | |
| **UNCOMMITTED** | |
| WRITE-IN | |

### MEMBER OF THE UNITED STATES SENATE
**(VOTE FOR ONE)**
SIX-YEAR TERM (VOTE FOR ONE)

| | |
|---|---|
| **Patricia CAMPOS-MEDINA** | |
| **Lawrence HAMM** | |
| **Andy KIM** | |
| WRITE-IN | |

### MEMBER OF THE HOUSE OF REPRESENTATIVES
**(2ND CONGRESSIONAL DISTRICT)**
TWO-YEAR TERM (VOTE FOR ONE)

| | |
|---|---|
| **Carolyn RUSH** | |
| **Joseph F. SALERNO** | |
| **Rodney A. DEAN, SR.** | |
| **Tim ALEXANDER** | |
| WRITE-IN | |

### MEMBER OF THE BOARD OF COMMISSIONERS
THREE-YEAR TERM (VOTE FOR TWO)

| | |
|---|---|
| **Regina C. DISCENZA** | NO PETITION FILED |
| **Karen SUGDEN** | NO PETITION FILED |
| **Kenneth SEDA** | WRITE-IN |
| WRITE-IN | |

### MEMBER OF COUNCIL
THREE-YEAR TERM (VOTE FOR TWO)

| | |
|---|---|
| **Joseph LAMB** | |
| WRITE-IN | |

### MEMBER OF COUNCIL
UNEXPIRED ONE-YEAR TERM (VOTE FOR ONE)

| | |
|---|---|
| NO PETITION FILED | |
| WRITE-IN | |

**Borough of Barnegat Light**

**Dear Voter:**

Please be advised that as a result of a Federal Court Order, the Democratic Party Primary Ballot is formatted in an office block layout.

This design is different than in previous Primary elections. Please take time to review this new ballot style prior to casting your ballot.

This is a PRIMARY ELECTION. Therefore you are confined legally to a choice of candidates for nomination within your own Political Party. The law, and will not permit you to vote in the Primary of more than ONE Political Party.

**YOUR POLLING PLACE**
ACCESSIBLE ♿ POLLING PLACE
**ASSISTANCE IS AVAILABLE**

COMMISSIONER OF REGISTRATION
P.O. BOX 2006
TOMS RIVER, N.J. 08754-2006

### TEN EARLY VOTING LOCATIONS IN OCEAN COUNTY:

**BERKELEY** - Ocean County Library, 30 Station Rd., Bayville 08721
**BRICK** - Ocean County Library, 301 Chambersbridge Rd., Brick 08723
**JACKSON** - Ocean County Library, 2 Jackson Drive, Jackson 08527
**LACEY** - (Former Knights of Columbus Bldg.) Lacey Community Center Room C, 15 E Lacey Rd., Lacey 08731
**LAKEWOOD** - Municipal Bldg - Court Rm. 231 3rd St., Lakewood 08701
**LITTLE EGG HARBOR** - Ocean County Library, 290 Mathistown Rd., Little Egg Harbor 08087
**LAVALLETTE** - Upper Shores Library, 112 Jersey City Ave., Lavallette 08735
**MANAHAWKIN** - OC Southern Resource Center - Nutrition Hall, 179 S Main St., Manahawkin 08050
**MANCHESTER** - Ocean County Library, 21 Colonial Dr., Manchester 08759
**TOMS RIVER** - Ocean County Library, 101 Washington St., Toms River 08753

**IMPORTANT!**
**ATTENTION VOTERS! IN-PERSON EARLY VOTING IS AN OPTION - STARTS WEDNESDAY MAY 29 THRU SUNDAY JUNE 2**

Hours for early voting are Wednesday through Saturday, 10 AM to 8 PM and Sunday 10 AM to 6 PM. It doesn't matter where you live in Ocean County - registered voters can go to any of the 10 sites and conveniently cast your ballot on a voting machine.

### IF YOU VOTED BY MAIL HERE ARE THE OCEAN COUNTY BALLOT DROP BOX LOCATIONS:

**Barnegat Library** - 112 Burr Street, Barnegat
**Beachwood Library** - 126 Beachwood Boulevard, Beachwood
**Berkeley Library** - 30 Station Road, Bayville
**Brick Library** - 301 Chambers Bridge Road, Brick
**Jackson Library** - 2 Jackson Drive, Jackson
**Lacey Library** - 10 E Lacey Road, Forked River
**Lavallette Library (Upper Shores)** - 112 Jersey City Avenue, Lavallette
**Little Egg Harbor Library** - 290 Mathistown Road, Little Egg Harbor
**Long Beach Island Library** - 217 S. Central Avenue, Surf City
**Manchester Library** - 21 Colonial Drive, Manchester
**Northern Resource Center** - 225 4th Street, Lakewood

**Ocean County Parking Garage** - 3rd Floor, Madison Avenue, Toms River
**Ocean County Courthouse** - 118 Washington Street, Toms River
**PIC, Inc. of Ocean County** - 1959 Route 9, Toms River
**Plumsted Library** - 119 Evergreen Road, New Egypt
**Point Pleasant Borough Library** - 834 Beaver Dam Road, Point Pleasant
**Southern Resource Center** - 179 South Main Street, Manahawkin
**Toms River Library** - 101 Washington Street, Toms River
**Waretown Library** - 112 Main Street, Waretown
**Whiting Reading Center/Library** - 400 Lacey Road, Suite 5, Whiting

**OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT APPEARS ON THE OTHER SIDE**



Official Primary Election Sample Ballot

# Exhibit F

THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE COPY OF THE OFFICIAL BALLOT USED ON ELECTION DAY

**INSTRUCTIONS FOR VOTING**

1. To vote for a candidate, touch the person's name.
2. To vote for someone not on the ballot, touch Write-In.
3. When you finish picking candidates, touch **Cast Your Ballot**. Stay at the booth until you see the Thank You screen.
4. To change the screen display, touch the buttons in the upper right corner of the screen.

This is a **PRIMARY ELECTION.** Therefore, you are confined legally to a choice of candidates for nomination within your own Political Party. The machine is so adjusted as to comply with the law and will not permit you to vote in the Primary of more than **ONE** Political Party.

GLOUCESTER COUNTY CLERK
JAMES N. HOGAN

---

**OFFICIAL PRIMARY ELECTION BALLOT**
Clayton Borough - District 1
TUESDAY, JUNE 4, 2024

UNITED STATES SENATE — VOTE FOR ONE

MEMBER OF HOUSE OF REPRESENTATIVES — VOTE FOR ONE

SHERIFF — VOTE FOR ONE

COUNTY COMMISSIONER — VOTE FOR TWO

COUNCIL — VOTE FOR TWO

---

**OFFICIAL PRIMARY SAMPLE BALLOT**
TUESDAY, JUNE 4, 2024
BOROUGH OF CLAYTON - DISTRICT 1

# Exhibit G



Form 1 - Bridgeton W1 D-1

Form 1 - Bridgeton W1 D-1

# Exhibit H





**MAIL-IN BALLOT**
**OFFICIAL DEMOCRATIC PRIMARY ELECTION**
**TUESDAY, JUNE 4, 2024**
**COUNTY OF CAPE MAY**
**2ND CONGRESSIONAL DISTRICT**
**AVALON DISTRICT 1**

RITA M. ROTHBERG
County Clerk

---

To Detach Your Vote:
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER
TO MARK OR INSPECT THIS BALLOT.
However, a Voter member may assist you in doing so.

**IMPORTANT INSTRUCTIONS TO VOTERS**

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:

Jones Doe ●

3. To vote for any person, whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, return it to the Cape May County Clerk and obtain a new ballot.

---

**CHOICE FOR PRESIDENT**
FOUR YEAR TERM - (VOTE FOR ONE)

DISTRICT DELEGATES
14 Delegates

A vote for Choice for President is an expression of preference for the candidates for Delegate and Alternate District Delegates to the Democratic National Convention.

| | |
|---|---|
| **Terrisa Bukovinac** | ○ |
| **Joseph R. Biden, JR.** Cape May County Regular Democratic Organization | ○ |
| STEPHENEE S. DIXON RACHEL C. GREEN FRANK J. MARCHEY JOSUE A. PERELLA II MICHAEL N. SULEIMAN | |
| **UNCOMMITTED** Justice for Palestine Permanent Ceasefire Now | ○ |
| ALEXANDRA DIONISI | |
| **WRITE-IN** | ○ |

---

**MEMBER OF THE UNITED STATES SENATE**
SIX YEAR TERM - (VOTE FOR ONE)

| | |
|---|---|
| **Patricia Campos-Medina** Progressive Democrat | ○ |
| **Lawrence Hamm** People First | ○ |
| **Andy Kim** Cape May County Regular Democratic Organization | ○ |
| **WRITE-IN** | ○ |

---

**MEMBER OF THE HOUSE OF REPRESENTATIVES**
TWO YEAR TERM - (VOTE FOR ONE)

| | |
|---|---|
| **Joseph F. Salerno** Cape May County Regular Democratic Organization | ○ |
| **Tim Alexander** Cape May County Regular Democratic Organization | ○ |
| **Carolyn Rush** Cape May County Regular Democratic Organization | ○ |
| **Rodney A. Dean, Sr.** We Want Justice, Justice is Ours | ○ |
| **WRITE-IN** | ○ |

---

**MEMBER OF THE COUNTY COMMISSIONERS**
THREE YEAR TERM - (VOTE FOR ONE)

| | |
|---|---|
| **No Petition Filed** | |
| **WRITE-IN** | ○ |

---

**MEMBER OF THE COUNTY COMMITTEE**
FOUR YEAR TERM - (VOTE FOR TWO)

| | |
|---|---|
| **Susan E. Houser** Cape May County Regular Democratic Organization | ○ |
| **No Petition Filed** | |
| **WRITE-IN** | ○ |
| **WRITE-IN** | ○ |

# Exhibit I

[Third Reprint]

# ASSEMBLY, No. 5116

# STATE OF NEW JERSEY

## 221st LEGISLATURE

INTRODUCED DECEMBER 9, 2024

**Sponsored by:**
**Assemblyman BENJIE E. WIMBERLY**
**District 35 (Bergen and Passaic)**
**Assemblyman AL BARLAS**
**District 40 (Bergen, Essex and Passaic)**
**Senator NICHOLAS P. SCUTARI**
**District 22 (Somerset and Union)**
**Senator ANTHONY M. BUCCO**
**District 25 (Morris and Passaic)**

**Co-Sponsored by:**
**Assemblywomen Speight and Quijano**

**SYNOPSIS**

Revises design of primary election ballots and certain primary election procedures; provides for ballots to be arranged by office block; removes State committee members from primary process; requires reporting on primary elections by Division of Elections.

**CURRENT VERSION OF TEXT**

As reported by the Senate Judiciary Committee on February 20, 2025, with amendments.

**(Sponsorship Updated As Of: 2/25/2025)**

A5116 [3R] WIMBERLY, BARLAS
2

1    AN ACT concerning the design ³and use³ of primary election ballots

2    ³and primary election procedures³, supplementing Title 19 of the

3    Revised Statutes, amending various parts of the statutory law,

4    and repealing ³[R.S.19:34-52 and P.L.1981, c.71] various parts

5    of the statutory law³.

6

7    BE IT ENACTED by the Senate and General Assembly of the State

8    of New Jersey:

9

10    1.  (New section)  The Legislature finds and declares that:

11    a.  The Elections Clause of the United States Constitution

12    grants the State with the right and ability to make laws concerning

13    the time, place, and manner of elections.

14    b.  State and Federal courts have frequently deferred to the State

15    Legislature to enact such laws and balance the respective interests

16    of the State, candidates for offices, and the voters, "a function for

17    which the Legislature is uniquely fitted."

18    c.  As per the ruling of Judge Quraishi of the United States

19    District Court for the District of New Jersey, the bracketing

20    structure used in New Jersey's primary election ballots was

21    primarily created by the combined effect of three statutes:

22    R.S.19:23-24; section 1 of P.L.1981, c.71 (C.19:23-26.1); and

23    R.S.19:49-2.

24    d.  The combined effect of these three statutes created unique

25    ballot conditions such as incongruous separation, preferential

26    placement for certain candidates based upon the drawing of

27    candidates for different offices, and improper placement of certain

28    candidates amongst candidates for different offices on the ballot.

29    These conditions led to two legal challenges in federal district

30    court, where Plaintiffs asserted that the bracketing structure

31    impermissibly burdened their rights under the First Amendment of

32    the United States Constitution.

33    e.  Prior to a decision being reached in either of these cases, the

34    leaders of the New Jersey State Legislature committed to remedying

35    the combined effect of these statutes and pledged to design a new

36    primary election ballot for use in this State.

37    f.  In furtherance of this commitment, the General Assembly

38    convened the Select Committee on Ballot Design, comprised of an

39    equal number of members of both parties in the General Assembly.

40    g.  The Select Committee on Ballot Design met in a series of

41    five public hearings to take testimony from experts and the public

42    alike in order to better understand the issue and balance the interests

43    of the many perspectives presented.

EXPLANATION – Matter enclosed in bold-faced brackets 〖thus〗 in the above bill is not enacted and is intended to be omitted in the law.

Matter underlined thus is new matter.
Matter enclosed in superscript numerals has been adopted as follows:
¹Assembly ABD committee amendments adopted December 16, 2024.
²Assembly AAP committee amendments adopted December 16, 2024.
³Senate SJU committee amendments adopted February 20, 2025.

A5116 [3R] WIMBERLY, BARLAS

3

1     h.   The design of the new primary election ballot, to be
2   established by this act, P.L.  , c.  (pending before the Legislature
3   as this bill), took into consideration the expertise of:
4     (1)  the county clerks and election officials, who are ultimately
5   responsible for implementation of the design;
6     (2)   the National Conference of State Legislatures, which
7   provided the committee with expert testimony and research
8   concerning ballot design and other election matters, including the
9   relevant practices in other states;
10    (3)  the Center for Civic Design, which provided the committee
11   with expert testimony, and whose research and guidance on
12   standardized and user-friendly ballot design principles are publicly
13   available; and
14    (4)  members of the public, many of whom spoke in support of
15   an office block ballot design.
16     i.   The new ballot design for primary election ballots also seeks
17   to further important government interests, such as ensuring timely
18   and orderly election processes, of which the primary election is an
19   integral part.
20     j.   As the most critical stage in the electoral process is the
21   instant before the vote is cast, the design for the new primary
22   election ballots seeks to:
23     (1)  ensure that voters can understand the ballot;
24     (2)  maintain a manageable ballot;
25     (3)  reduce voter confusion;
26     (4)  provide voters with information as to the policy positions
27   and endorsements of the candidates running for office; and
28     (5)   allow voters to quickly find their preferred choice of
29   candidate for a given office and cast their vote.
30     k.   Additionally, the State has an important interest in fostering
31   an informed and educated electorate who may express their political
32   opinions through the casting of their vote.
33     l.   The design of the new primary ballot preserves the ability of
34   political parties to make endorsements, since party labels provide a
35   shorthand designation of the views of party candidates, and the
36   identification of candidates with a particular party plays a role in
37   the process by which voters inform themselves for the exercise of
38   the franchise.
39    m. This design also takes into consideration the First
40   Amendment rights of political parties and their governing bodies,
41   recognizing that primary elections are, at their core, a function of
42   the party and therefore not a public affair which may be overly
43   regulated by the State.  This principle has routinely been upheld by
44   the United States Supreme Court and courts in New Jersey.
45     n.   This design seeks also to preserve the First Amendment
46   rights of candidates who wish to legitimately associate with one
47   another through the use of common slogans, without requiring that
48   any candidates associate, while also safeguarding against abuses of

A5116 [3R] WIMBERLY, BARLAS

4

1    the candidate slogans **[1]**, such as the use of misleading or false
2    slogans which could be deceptive to a reasonable voter**[1]**.

3

4        2.  (New section)  a.  All primary election ballots used in this State
5    shall comply with the following design standards:

6        (1)  **[3][**all text shall be in lower case letters, with capitalization
7    allowed for the first letter of a word;

8        (2)  all text shall be aligned to the left;

9        (3)  the font shall be in a sans-serif type face and a size of at least
10    12 points for printed ballots, and at least between 3.0mm and 4.0mm
11    for ballots that appear on a screen;

12        (4)**]**[3] the oval or space for the voter to mark a vote shall be to the
13    left **[1]**or to the right**[1]** of the name of each candidate, and each
14    candidate's name shall appear flush next to **[1]**and aligned with**[1]** the oval
15    or space **[1]**in a consistent manner which does not create any visual
16    distinction between candidate names**[1]**;

17        **[3][**(5)**]** (2)[3] all text shall be written in plain, simple language, to the
18    extent possible, and shall avoid overly technical language; **[1][**and**]**[1]

19        **[3][**(6)**]** (3)[3]  candidates shall be arranged by office sought in an
20    office block format, each office block shall be separated on the ballot
21    from other office blocks, and candidates for the same office shall be
22    listed within the same office block without a page break appearing
23    between their names, and as further provided under R.S.19:23-25 **[1]**;

24        **[3][**(7)**]** (4)[3] all office blocks appearing on one ballot shall be
25    designed according to the same standards of design, consistent with
26    the provisions of this section; **[3][**and

27        (8)**]** (5)[3] all spacing, ruling, and delineation of candidates shall be
28    consistent and uniform within each office block and across all office
29    blocks included on each ballot, so as not to create a separation or
30    visual distinction between the names of any candidates**[1]** **[3]**; and

31        (6) candidate ballot draw positions shall be labeled using a letter
32    and number, such as "1A", corresponding to the office block and line
33    each candidate is placed on, and such label shall be placed next to a
34    candidate's name**[3]**.

35        b.  No primary election ballot used in this State shall be designed
36    in a manner that creates for a candidate on the ballot an incongruous
37    separation from other candidates seeking the same office, positions a
38    candidate on the ballot among candidates for a different office, or
39    brackets candidates together on the ballot so as to position a candidate
40    based upon a drawing for ballot position for a different candidate for a
41    different office.

42        No primary election ballot used in this State shall include any
43    distinguishing mark or notation, except as otherwise provided by law.

44        c.  Each county clerk shall:

45        (1)  allow for the placement of a slogan or endorsement of not
46    more than six words next to or below the names of candidates, in the
47    same font and color as the name, but in a smaller font size, provided

A5116 [3R] WIMBERLY, BARLAS
5

1    that the slogan or endorsement shall not be in bold or italicized fonts,
2    and provided that the slogan or endorsement complies with R.S.19:23-
3    17;
4        (2)  allow candidates for the same office with multiple open seats
5    to associate in the same office block, using a common slogan or
6    endorsement, next to or below the associated candidate names, in
7    compliance with the provisions of R.S.19:23-18; and
8        (3)  indicate the association of candidates **¹**for the same or different
9    offices**¹** using a common slogan or endorsement next to or below each
10   of the candidates' names, as provided by R.S.19:23-17.
11       d.  In addition to complying with the provisions of this section,
12   each county clerk may arrange and design the ballot in either
13   landscape or portrait orientation.
14       e.  The Secretary of State, in consultation with all county clerks,
15   shall promulgate uniform guidelines for all county clerks to follow in
16   order to comply with the requirements of this section.
17
18       3.  R.S.19:23-17 is amended to read as follows:
19       19:23-17. a. Any person [indorsed] endorsed as a candidate for
20   nomination for any public office or party position whose name is to
21   be voted for on the primary [ticket] ballot of any political party,
22   may, [by indorsement] on the petition of nomination in which [he
23   is indorsed] the candidate is endorsed, request that there be printed
24   [opposite his] next to or below the candidate's name on the
25   primary [ticket a designation] ballot a slogan or endorsement, in
26   not more than six words, as named by [him] the candidate in such
27   petition, for the purpose of indicating either any official act or
28   policy to which [he is] the candidate is pledged or committed, or to
29   distinguish [him] the candidate as belonging to a particular faction
30   or wing of [his] the candidate's political party [; provided,
31   however, that no such designation] , or to indicate the endorsement
32   of a person or incorporated association **³**[of this State]**³**.
33       b.  **³**(1)**³** No slogan or endorsement shall include or refer to the
34   name of any person or any incorporated association **³**[of this
35   State]**³** existing at the time the candidate files the petition of
36   nomination unless the written consent of such person or
37   incorporated association **³**[of this State]**³** has been filed with the
38   petition of nomination of such candidate or [group of] candidates.
39   **¹**If a person or incorporated association wishes to revoke their
40   consent as provided pursuant to this subsection, the person or
41   incorporated association shall notify the Secretary of State, county
42   clerk, or municipal clerk, as the case may be, in writing and the
43   Secretary of State or the clerk shall accept such revocation,
44   provided that notice of such is received prior to the date on which
45   the draw for ballot position is conducted pursuant to R.S.19:23-24.**¹**

A5116 [3R] WIMBERLY, BARLAS

6

[3](2)   No slogan or endorsement shall include or refer to any lawfully registered trademark of any person or incorporated association unless the written consent of such person or incorporated association has been filed with the petition of nomination of such candidate or candidates.   If a person or incorporated association wishes to revoke their consent as provided pursuant to this paragraph, the person or incorporated association shall notify the Secretary of State, county clerk, or municipal clerk, as the case may be, in writing and the Secretary of State or the clerk shall accept such revocation, provided that notice of such is received prior to the date on which the draw for ballot position is conducted pursuant to R.S.19:23-24.[3]

c.   [1][No slogan or endorsement shall include or refer to the name of any political party, as defined under R.S.19:1-1, unless the written consent of the respective county political committee of such political party has been filed with the petition of nomination of such candidate or candidates.] The Secretary of State, county clerk, or municipal clerk, as the case may be, may reject a slogan or endorsement which is so substantially similar to that of another candidate that a reasonable voter could be misled or deceived into falsely believing that the candidates are running together under the same slogan or endorsement when the candidates have not requested to share such a slogan or endorsement.  The Secretary of State, county clerk, or municipal clerk, as the case may be, shall notify the candidate or candidates requesting such slogan or endorsement in writing of the reasons for the rejection, and the candidate or candidates shall be given the opportunity to select an alternative slogan or endorsement.

If the candidate or candidates who have been denied their first choice of slogan or endorsement pursuant to this section disagree with the decision of the Secretary of State, county clerk, or municipal clerk, as the case may be, the candidate or candidates shall have the right to appeal this decision to a judge of the Superior Court assigned to the county in which the petition of nomination was filed, and such appeal shall be heard on an expedited basis.[1]

d.   No slogan or endorsement shall include or refer to the name of any candidate appearing on the ballot in the same primary election for a different office.

[1]e.   Nothing in this section shall be construed to prohibit the use of a single word referring to the membership or affiliation of a person with a political party, as defined under R.S.19:1-1, such as "Democrat" or "Republican", in a candidate's slogan.[1]

(cf: P.L.1944, c.231, s.1)


4.   R.S.19:23-18 is amended to read as follows:

19:23-18.   a.   Several candidates for nomination to the same office with multiple open seats to be voted on at a primary election may in such petitions request that their names be [grouped

A5116 [3R] WIMBERLY, BARLAS
7

1   together] associated, and that the common [designation] slogan or
2   endorsement to be named by them shall be printed [opposite] next
3   to or below their names, as permitted by R.S.19:23-17.  The county
4   clerk in the county in which a petition of nomination is filed shall
5   accept such requests made in compliance with this section ³,
6   provided that such notice is received prior to the date on which the
7   draw for ballot position is conducted pursuant to R.S.19:23-24³. ¹If
8   any candidate, following acceptance of such request by the county
9   clerk, wishes to modify, supplement, or revoke the terms of their
10  association, as indicated on their petitions at the time of filing, the
11  candidate shall notify the county clerk in writing and the clerk shall
12  accept such modification, supplement, or revocation, provided that
13  such notice is received prior to the date on which the draw for ballot
14  position is conducted pursuant to R.S.19:23-24.¹ ³The clerk shall
15  not accept any request to modify, supplement, or revoke the terms
16  of an association received after the draw for ballot position is
17  conducted pursuant to R.S.19:23-24.³
18      b.  If two candidates or [groups] associations of candidates
19  ¹seeking the same office¹ shall select the same [designation]
20  slogan, the secretary of state, county clerk or municipal clerks, as
21  the case may be, shall notify the candidate or [group] associated
22  candidates whose petition was last filed, and such candidate or
23  [group] associated candidates shall select a new [designation]
24  slogan.
25      c.  If multiple candidates or associations of candidates shall
26  receive the endorsement of the same person or incorporated
27  association, such endorsement shall be printed next to or below all
28  candidates having indicated such endorsement on their petitions of
29  nomination, as permitted by R.S.19:23-17.
30      d.  If candidates have requested to be associated pursuant to
31  subsection a. of this section, the associated candidates shall be
32  drawn together for position on the ballot pursuant to R.S.19:23-24.
33  The candidates, on their petitions, shall waive their right to be
34  drawn separately for ballot position.
35  (cf: R.S.19:23-18)
36
37      5.  R.S.19:23-24 is amended to read as follows:
38    19:23-24.  a.  The position which the candidates [and bracketed
39  groups of names of candidates] for the primary for the general
40  election shall have upon the ballots used for the primary election for
41  the general election, in the case of candidates for nomination for
42  members of the United States Senate, Governor, members of the
43  House of Representatives, members of the State Senate, members of
44  the General Assembly, choice for President, delegates and
45  alternates-at-large to the national conventions of political parties,
46  district delegates and alternates to conventions of political parties,
47  candidates for party positions, ³other than State political party

A5116 [3R] WIMBERLY, BARLAS

8

1  committee,**3** and county offices or party positions which are to be
2  voted for by the voters of the entire county or a portion thereof
3  greater than a single municipality, including a congressional district
4  which is wholly within a single municipality, **3[**and all other party
5  positions to be filled that are to be voted for by the voters of a
6  municipality only, or a subdivision thereof,**]3** shall be determined
7  by the county clerks in their respective counties **[**; and, excepting in
8  counties where R.S.19:49-2 applies, the**] 3[**, except that, upon the
9  request of the municipal clerk, the municipal clerk shall determine
10 the position on the ballot for party offices to be voted for by the
11 voters of their respective municipality or a subdivision thereof**]3** .
12     The position on the ballot used for the primary election for the
13 general election in the case of candidates for nomination for office
14 **[**or party position**] 3**or party position**3** wherein the candidates for
15 office **[**or party position**] 3**or party position**3** to be filled are to be
16 voted for by the voters of a municipality only, or a subdivision
17 thereof (excepting in the case of members of the House of
18 Representatives) **3**, which nominating petitions are required to be
19 filed in the municipal clerk's office,**3** shall be determined by the
20 municipal clerk in such municipalities, **[**in the following manner:**]**
21 except that, upon **3[**the request of**]** written notice by the county
22 clerk to**3** the municipal clerk, the county clerk shall determine the
23 position on the ballot for such offices **3**or party positions**3**.
24     The position which the candidates shall have upon the ballots
25 used for the primary election shall be determined as specified in this
26 section.
27     b.   The county clerk, or the county clerk's deputy, or the
28 municipal clerk or the municipal clerk's deputy, as the case may be,
29 shall at the clerk's office on the 61st day prior to the primary
30 election for the general election at three o'clock in the afternoon
31 draw from the box, as hereinafter described, each card separately
32 without knowledge on the clerk's part as to which card the clerk is
33 drawing. Any legal voter of the county or municipality, as the case
34 may be, shall have the privilege of witnessing such drawing. The
35 person making the drawing shall make public announcement at the
36 drawing of each name, the order in which the same is drawn, and
37 the office for which the drawing is made. When there is to be but
38 one person nominated for the office, the names of the several
39 candidates who have filed petitions for such office shall be written
40 upon cards (one name on a card) of the same size, substance and
41 thickness. The cards shall be deposited in a box with an aperture in
42 the cover of sufficient size to admit a man's hand. The box shall be
43 well shaken and turned over to thoroughly mix the cards, and the
44 cards shall then be withdrawn one at a time. The first name drawn
45 shall have first place, the second name drawn, second place, and so
46 on; the order of the withdrawal of the cards from the box
47 determining the order of arrangement in which the names shall

A5116 [3R] WIMBERLY, BARLAS
9

1   appear upon the primary election ballot.  Where there is more than
2   one person to be nominated to an office where petitions have
3   designated that certain candidates shall be 【bracketed】 associated
4   pursuant to R.S.19:23-18, the position of such 【bracketed】 names
5   on the ballot 【(each bracket to be treated as a single name)】,
6   together with individuals who have filed petitions for nomination
7   for such office, shall be determined as above described.  Where
8   there is more than one person to be nominated for an office and
9   there are more candidates who have filed petitions than there are
10  persons to be nominated, the order of the printing of such names
11  upon the primary election ballots shall be determined as above
12  described.
13      c.  Candidates for nomination to the same office with multiple
14  open seats to be voted on who wish to associate with one another
15  and who have filed a petition of nomination and waived their right
16  to be drawn individually in compliance with R.S.19:23-18 shall be
17  treated as one name and shall be drawn only once under subsection
18  b. of this section.
19      d.  As prohibited by section 2 of P.L.    , c.    (C.        ) (pending
20  before the Legislature as this bill), no candidate shall have their
21  position on the ballot determined by the position of any candidate
22  for a different office.
23      e.  (1)  If there is only one candidate for an office to be voted
24  on at the primary election, the candidate shall be placed first in the
25  office block for the respective office being sought, and the drawing
26  procedures described in subsection b. of this section shall not be
27  required.
28      (2)  If there are an equal number of candidates and open seats for
29  an office, and all the candidates seeking the office have filed a
30  petition of nomination indicating their intention to associate on the
31  ballot pursuant to R.S.19:23-18, the candidates shall be placed upon
32  the ballot in the order requested on their petitions of nomination,
33  and the drawing procedures described in subsection b. of this
34  section shall not be required.
35      f.  The county clerk in certifying to the municipal clerk the
36  offices to be filled and the names of candidates to be printed upon
37  the ballots used for the primary election for the general election,
38  shall certify them in the order as drawn in accordance with 【the
39  above described procedure】 the provisions of this section, and the
40  municipal clerk shall 【print】 cause to be printed the names upon the
41  ballots as so certified and in addition shall print the names of such
42  candidates as have filed petitions with 【him】 the municipal clerk in
43  the order as determined as a result of the drawing as above
44  described.  【Candidates for the office of the county executive in
45  counties that have adopted the county executive plan of the
46  "Optional County Charter Law," P.L.1972, c.154 (C.40:41A-1 et
47  seq.), shall precede the candidates for other county offices for

A5116 [3R] WIMBERLY, BARLAS
10

1    which there are candidates on the ballot used for the primary
2    election for the general election.】
3    (cf: P.L.2023, c.16, s.11)
4
5        6.    R.S.19:23-25 is amended to read as follows:
6        19:23-25.  The ballots shall be made up and printed <u>consistent</u>
7    <u>with the requirements of section 2 of P.L.   , c.   (C.   ) (pending</u>
8    <u>before the Legislature as this bill) and</u> in substantially the following
9    form:
10        【Each ballot shall have at the top a coupon at least two inches
11    deep extending across the ballot above a perforated line.  The
12    coupon shall be numbered for each of the political parties,
13    respectively, from one consecutively to the number of ballots
14    delivered and received by the election officers of the respective
15    polling places.  Upon the coupon and above the perforated line shall
16    be the words "To be torn off by the judge of election. Fold to this
17    line." Below the perforated line】 <u>At the top of each ballot</u> shall be
18    printed the words "Official Democratic Party Primary Ballot," or
19    "Official Republican Party Primary Ballot," or, as the case may be,
20    naming the proper political party, as provided in this Title; below
21    which and extending across the ballot in one or more lines, as may
22    be    necessary,    shall    be    printed    the    words    ................
23    ¹<u>name of county .............</u>¹ name of municipality ...................
24    ward    ...............    election    district    ....................    date    of
25    election ................... John Doe, ¹【municipal】 <u>county</u>¹ clerk; the
26    blank spaces shall be filled in with the name of the proper ¹<u>county,</u>¹
27    municipality, the ward and the district number and the date of
28    election.  The name of the ¹【municipal】 <u>county</u>¹ clerk shall be a
29    facsimile of 【his】 <u>the</u> ¹【municipal】 <u>county</u>¹ <u>clerk's</u> signature. This
30    heading shall be set apart from the body of the ballot by a heavy
31    diagram rule.  Below this rule shall be printed the following
32    directions instructing the voter how to indicate 【his】 <u>the voter's</u>
33    choice for each office and position, and for how many persons to
34    vote for each office and position:  To vote for any person whose
35    name is printed upon this ballot mark a cross x , plus + 【or】 <u>,</u> check
36    【with ink or pencil in the square at the left of】 <u>, or an otherwise</u>
37    <u>appropriate mark on the oval or space next to</u> the name of such
38    person.  To vote for any person whose name is not printed upon this
39    ballot write or paste the name in the blank space under the proper
40    title of office and mark a cross x , plus + 【or】 <u>,</u> check 【with ink or
41    pencil in the square at the left of】 <u>, or an otherwise appropriate</u>
42    <u>mark on the oval or space next to</u> the name of such person.  Below
43    these instructions shall be printed a heavy diagram rule below
44    which shall be printed <u>the government levels describing the offices</u>
45    <u>to be voted for below which shall be separate office blocks headed</u>
46    <u>by</u> the titles of offices and positions for which candidates are to be
47    voted for at the primary election, together with such directions to

A5116 [3R] WIMBERLY, BARLAS
11

1   the voter as may be necessary **[**, as**]** ,**³** "Vote for one," "Vote for
2   two," or a greater number, as the case may be **³**, shall be included
3   with any other directions to the voters, and shall be printed in an
4   obvious and conspicuous manner**³**.
5       The office blocks shall be arranged in the following order:
6       (1)  federal offices, below which shall be printed separate office
7   blocks for choice for President or electors for President; members
8   of the United States Senate; and members of the House of
9   Representatives;
10      (2)  State offices, below which shall be printed separate office
11  blocks for Governor; members of the State Senate; and members of
12  the General Assembly;
13      (3)  countywide offices, below which shall be printed separate
14  office blocks for county executive; member of the board of county
15  commissioners; **³**county clerk; county sheriff;**³** and any other county
16  offices in their respective office blocks;
17      (4)  municipal offices, below which shall be printed separate
18  office blocks for mayor; member of the council or municipal
19  governing body; and any other municipal offices in their respective
20  office blocks;
21      (5)  any other titles of office, below which shall be printed
22  separate office blocks for each office;
23      (6)  delegates and alternates-at-large to the national conventions
24  of political parties, provided that the candidates for delegates and
25  alternates-at-large may be placed next to the office block for choice
26  for President or electors for President;
27      (7)  district delegates and alternates to conventions of political
28  parties, provided that the candidates for district delegates and
29  alternates may be placed next to the office block for choice for
30  President or electors for President;
31      **³[**(8)  candidates for State party positions;**]³** and
32      **³[**(9)**]** (8)**³** candidates for county party positions.
33      A heavy diagram rule shall be used to distinguish each office
34  block for the different offices.  Underneath the proper title of office
35  and position shall be printed the names of all those persons certified
36  as candidates for the offices to the municipal clerk by the county
37  clerk as hereinbefore provided, and the names of persons
38  **[**indorsed**]** endorsed as such candidates in petitions on file in the
39  office of the municipal clerk as they appear signed to the certificate
40  of acceptance. The name of any person **[**indorsed**]** endorsed in a
41  petition as provided who shall fail to certify **[**his**]** the person's
42  consent and agreement to be a candidate for nomination to the
43  office specified therein shall not be printed upon the ballots to be
44  used at the primary election.   In the case of a vacancy among
45  nominees the name of the person selected in the manner provided in
46  this Title to fill the same shall be printed upon the ballots in the
47  place of the person vacating such nomination.

A5116 [3R] WIMBERLY, BARLAS
12

1    The candidates shall be arranged [in groups and the groups
2  bracketed] as indicated on their petitions for nomination for the
3  same office with multiple open seats in all cases where the petitions
4  [indorsing] endorsing such candidates and filed in accordance with
5  R.S.19:23-18 request [such grouping] for such candidates to be
6  associated within the same office block. The [designation] slogan
7  or endorsement named by candidates in their petitions for
8  nomination, as provided by [this Title] R.S.19:23-17, shall be
9  printed [to the right of] next to or below the names of such
10  candidates [or groups of candidates in as large type as the space
11  will allow].

12    Immediately next to [the left and on the same line with] the
13  name of each candidate for office and position shall be printed [a
14  square approximately one-quarter of an inch in size, or by printing
15  vertical single line rules connecting the single line rules between
16  the names of the candidates and thus form a square] an oval or
17  space in which the voter shall indicate [his] the voter's choice. [A
18  single light-faced rule shall be used to separate the different names
19  in each group of candidates.] A heavy diagram rule shall be used
20  between each [group of candidates for different offices. Where
21  candidates are arranged in groups and the groups bracketed, the
22  groups shall be separated from other groups and candidates by two
23  single line rules approximately one-eighth of an inch apart] office
24  block. The ballot shall be so arranged that all candidates seeking
25  the same office are listed in one contiguous office block. No
26  candidate shall be separated from other candidates seeking the same
27  office on the ballot.

28    Each primary ballot shall contain, at the end of the list of
29  candidates for each different office, blank [squares and] spaces or
30  lines equal to the number of persons to be elected to the office, for
31  the purpose of allowing any voter to write or paste the name of any
32  person for whom [he] the voter desires to vote for any office or
33  party position.
34  (cf: P.L.1994, c.77, s.10)

35

36    7.  R.S.19:49-2 is amended to read as follows:

37    19:49-2. All official general election ballots shall be in black ink
38  in type as large as space will reasonably permit; provided, however,
39  that [any public question which shall be placed on the ballot shall
40  be in red and] above any public question to be voted upon by the
41  voters of the entire State there shall be [, also in red,] a description
42  of the public question, which description shall not exceed six words
43  and shall be in type as large as is practicable. Party nominations
44  shall be arranged on each voting machine, either in columns or
45  horizontal rows; the caption of the various ballots on the machines
46  shall be so placed on the machines as to indicate to the voter what

A5116 [3R] WIMBERLY, BARLAS
13

1   device is to be used or operated in order to vote for the candidates
2   or candidate of **[**his or her**]** <u>the voter's</u> choice. The providing of the
3   official ballots, the order of the precedence and arrangement of
4   parties and of candidates, and the instructions for the use of a
5   device to be used or operated in order to vote for candidates shall be
6   as now required by law **[**, except that in those counties where
7   voting machines are used, the**]** <u>. The</u> county clerk <u>in every county</u>
8   shall have the authority to determine the specifications for, and the
9   final arrangement of, the official <u>general election</u> ballots<u>, to the</u>
10   <u>extent not inconsistent with the provisions of this Title</u>.

11   **[**For the primary election for the general election in all counties
12   where voting machines are or shall be used, all candidates who shall
13   file a joint petition with the county clerk of their respective county
14   and who shall choose the same designation or slogan shall be drawn
15   for position on the ballot as a unit and shall have their names placed
16   on the same line of the voting machine; and provided further, that
17   all candidates for municipal or party office in municipalities in
18   counties where voting machines are or shall be used who shall file a
19   petition with the clerk of their municipality bearing the same
20   designation or slogan as that of the candidates filing a joint petition
21   with the county clerk as aforesaid, may request that his or her name
22   be placed on the same line of the voting machine with the
23   candidates who have filed a joint petition with the county clerk as
24   aforesaid by so notifying the county clerk of said county in writing
25   within two days after the last day for filing nominating petitions and
26   thereupon the county clerk shall forthwith notify the campaign
27   manager of such candidates filing a joint petition as aforesaid of
28   said request, and if the said campaign manager shall file his consent
29   in writing with the said county clerk within two days after the
30   receipt of said notification from said county clerk, the clerk of said
31   county shall place the name of such candidate on the same line of
32   the voting machine on which appears the names of the candidates
33   who have filed the joint petition as aforesaid; provided, also, that
34   any candidate filing a petition with the Attorney General may
35   request that his or her name be placed on the same line of the voting
36   machine with the candidates who have filed a joint petition with the
37   county clerk as aforesaid by so notifying the county clerk of said
38   county in writing within two days after the last day for filing
39   nominating petitions, and thereupon the county clerk shall forthwith
40   notify the campaign manager of such candidates filing a joint
41   petition as aforesaid of said request, and if the said campaign
42   manager shall file his consent in writing with the said county clerk
43   within two days after the receipt of said notification from said
44   county clerk, the clerk of said county shall place the name of such
45   candidate on the same line of the voting machine on which appears
46   the names of the candidates who have filed the joint petition as
47   aforesaid.**]**
48   (cf: P.L.2011, c.202, s.46)

A5116 [3R] WIMBERLY, BARLAS
14

1     8. (New section)   a. The Division of Elections in the
2 Department of State shall collect data from county and municipal
3 clerks and county boards of elections on their experiences regarding
4 the changes to ballot design and primary election procedures in this
5 State implemented pursuant to P.L.   , c.   (pending before the
6 Legislature as this bill), and shall develop and submit a report as
7 provided in this section. The report shall include data concerning
8 the conduct of primary elections, best practices to improve the
9 conduct of future primary elections, and any other relevant
10 information, research, guidance, and expertise regarding the
11 implementation of the new ballot designs and primary election
12 procedures.
13     b. In preparing the report required pursuant to this section, the
14 division shall, at a minimum, collect data on the following:
15     (1) experiences of election officials, candidates, and voters
16 regarding the ballot changes, including whether such changes
17 contributed to candidate or voter confusion, or increased the
18 difficulty for election officials to administer primary elections in
19 this State; and
20     (2) what the costs of implementation were.
21     At the discretion of the division, the report may also provide the
22 Governor and the Legislature with recommendations to improve
23 overall election experiences and voter participation.
24     c.   The report shall be prepared and submitted to the Governor,
25 and Legislature pursuant to section 2 of P.L.1991, c.164 (C.52:14-
26 19.1), within 180 days after the date of the second primary election
27 following the enactment of P.L.   , c.   (pending before the
28 Legislature as this bill).
29
30   **³**9. R.S.19:1-1 is amended to read as follows:
31     19:1-1. As used in this Title:
32     "Election" means the procedure whereby the electors of this
33 State or any political subdivision thereof elect persons to fill public
34 office or pass on public questions.
35     "Fire district election" means an election to be held in and for a
36 fire district established pursuant to N.J.S.40A:14-70 et seq.
37     "General election" means the annual election to be held on the
38 first Tuesday after the first Monday in November and, where
39 applicable, includes annual school elections and annual fire district
40 elections held on that date.
41     "Primary election for the general election" means the procedure
42 whereby the members of a political party in this State or any
43 political subdivision thereof nominate candidates to be voted for at
44 general elections, or elect persons to fill party offices, other than for
45 a member of the State committee of a political party.
46     "Municipal election" means an election to be held in and for a
47 single municipality only, at regular intervals.

A5116 [3R] WIMBERLY, BARLAS
15

1    "Special election" means an election which is not provided for by
2    law to be held at stated intervals.
3    "Any election" includes all primary, general, municipal, school
4    and special elections, as defined herein.
5    "Municipality" includes any city, town, borough, village, or
6    township.
7    "School election" means any annual or special election to be held
8    in and for a local or regional school district established pursuant to
9    chapter 8 or chapter 13 of Title 18A of the New Jersey Statutes.
10    "Public office" includes any office in the government of this
11    State or any of its political subdivisions filled at elections by the
12    electors of the State or political subdivision.
13    "Public question" includes any question, proposition or
14    referendum required by the legislative or governing body of this
15    State or any of its political subdivisions to be submitted by
16    referendum procedure to the voters of the State or political
17    subdivision for decision at elections.
18    "Political party" means a party which, at the election held for all
19    of the members of the General Assembly next preceding the holding
20    of any primary election held pursuant to this Title, polled for
21    members of the General Assembly at least 10% of the total vote cast
22    in this State.
23    "Party office" means the office of delegate or alternate to the
24    national convention of a political party or member of the State,
25    county or municipal committees of a political party.
26    "Masculine" includes the feminine, and the masculine pronoun
27    wherever used in this Title shall be construed to include the
28    feminine.
29    "Presidential year" means the year in which electors of President
30    and Vice-President of the United States are voted for at the general
31    election.
32    "Election district" means the territory within which or for which
33    there is a polling place or room for all voters in the territory to cast
34    their ballots at any election.
35    "District board" means the district board of registry and election
36    in an election district.
37    "County board" means the county board of elections in a county.
38    "Superintendent" means the superintendent of elections in
39    counties wherein the same shall have been appointed.
40    "Commissioner" means the commissioner of registration in
41    counties.
42    "File" or "filed" means deposited in the regularly maintained
43    office of the public official wherever said regularly maintained
44    office is designated by statute, ordinance or resolution.[3]
45    (cf: P.L.2017, c.206, s.1)
46
47    [3]10. R.S.19:3-3 is amended to read as follows:

1    19:3-3.  Delegates and alternates to the national conventions of
2    the political parties shall be elected at the primary election to be
3    held on the Tuesday next after the first Monday in June in that year.
4       The members of **[**State,**]** county and municipal committees of
5    the political parties shall be chosen at the primary for the general
6    election as hereinafter provided.[3]
7    (cf: P.L.2011, c.134, s.3)
8
9    [3]11.  R.S.19:12-7 is amended to read as follows:
10    19:12-7. a. The county board in each county shall cause to be
11    published in a newspaper or newspapers which, singly or in
12    combination, are of general circulation throughout the county, a
13    notice containing the information specified in subsection b. hereof,
14    except for such of the contents as may be omitted pursuant to
15    subsection c. or d. hereof. Such notice shall be published once
16    during the 30 days next preceding the day fixed for the closing of
17    the registration books for the primary election, once during the
18    calendar week preceding the week in which the early voting period
19    for the primary election for the general election begins, once during
20    the 30 days next preceding the day fixed for the closing of the
21    registration books for the general election, and once during the
22    calendar week preceding the week in which the early voting period
23    for the general election begins.
24      b.  Such notice shall set forth:
25    (1) For the primary election for the general election:
26    (a) That a primary election for making nominations for the
27    general election, for the selection of members of the county
28    committees of each political party, and in each presidential year for
29    the selection of delegates and alternates to national conventions of
30    political parties, will be held on the day and between the hours
31    provided for by or pursuant to this Title, and the days, hours, and
32    places at which early voting shall be available in the county.
33    (b) The place or places at which and hours during which a
34    person may register, the procedure for the transfer of registration,
35    and the date on which the books are closed for registration or
36    transfer of registration.
37    (c)  The several **[**State,**]** county, municipal and party offices or
38    positions to be filled, or for which nominations are to be made, at
39    such primary election.
40    (d) The existence of registration and voting aids, including: (i)
41    the availability of registration and voting instructions at places of
42    registration as provided under R.S.19:31-6; and (ii), if available, the
43    accessibility of voter information to the deaf by means of a
44    telecommunications device.
45    (e) The availability of assistance to a person unable to vote due
46    to blindness, disability or inability to read or write.
47    (f)  In the case of the notice published during the calendar week
48    preceding the week in which the early voting period for the primary

1   election begins, that a voter who, prior to the election, shall have
2   moved within the same county without (i) filing, on or before the
3   21st day preceding the election, a notice of change of residence
4   with the commissioner of registration of the county or the municipal
5   clerk of the municipality in which the voter resides on the day of
6   the election, (ii) returning the confirmation notice sent to the voter
7   by the commissioner of registration of the county, if such a notice
8   has been sent to the voter, or (iii) otherwise notifying the
9   commissioner of registration of the voter's change of address within
10   the county shall be permitted to correct the voter's registration and
11   to vote in the primary election by provisional ballot at the polling
12   place of the district in which the voter resides on the day of the
13   election.  The notice shall further provide that the voter may contact
14   the county commissioner of registration or municipal clerk or may
15   view polling place location information on the Division of Elections
16   website to determine the proper polling place location for the voter.
17     (2)  For the general election:
18     (a)  That a general election will be held on the day and between
19   the hours provided for by or pursuant to this Title, and the days,
20   hours and places at which early voting shall be available in the
21   county, and, where applicable, shall include annual school elections
22   and annual fire district elections held on that date.
23     (b)  The place or places at which and hours during which a
24   person may register, the procedure for transfer of registration, and
25   the date on which the books are closed for registration or transfer of
26   registration.
27     (c)  The several State, county and municipal offices, and where
28   applicable, school board offices and fire district offices to be filled,
29   notice of any school district propositions to be submitted to the
30   people and, except as provided in R.S.19:14-33 of this Title as to
31   publication of notice of any Statewide proposition directed by the
32   Legislature to be submitted to the people, the State, county,
33   municipal and fire district public questions to be voted upon at such
34   general election.
35     (d)  The existence of registration and voting aids, including: (i)
36   the availability of registration and voting instructions at places of
37   registration as provided under R.S.19:31-6; and (ii) the accessibility
38   of voter information to the deaf by means of a telecommunications
39   device.
40     (e)  The availability of assistance to a person unable to vote due
41   to blindness, disability or inability to read or write.
42     (f)  In the case of the notice published during the calendar week
43   preceding the week in which the early voting period for the general
44   election begins, that a voter who, prior to the election, shall have
45   moved within the same county without (i) filing, on or before the
46   21st day preceding the election, a notice of change of residence
47   with the commissioner of registration of the county or the municipal
48   clerk of the municipality in which the voter resides on the day of

1 the election, (ii) returning the confirmation notice sent to the voter
2 by the commissioner of registration of the county, if such a notice
3 has been sent to the voter, or (iii) otherwise notifying the
4 commissioner of registration of the voter's change of address within
5 the county shall be permitted to correct the voter's registration and
6 to vote in the general election by provisional ballot at the polling
7 place of the district in which the voter resides on the day of the
8 election.  The notice shall further provide that the voter may contact
9 the county commissioner of registration or municipal clerk or may
10 view polling place location information on the Division of Elections
11 website to determine the proper polling place location for the voter.
12    (3)  For a school election:
13    (a)  The day and time thereof,
14    (b)  The offices, if any, to be filled at the election,
15    (c)  The substance of any public question to be submitted to the
16 voters thereat,
17    (d)  That a voter who, prior to the election, shall have moved
18 within the same county without (i) filing, on or before the 21st day
19 preceding the election, a notice of change of residence with the
20 commissioner of registration of the county or the municipal clerk of
21 the municipality in which the voter resides on the day of the
22 election, (ii) returning the confirmation notice sent to the voter by
23 the commissioner of registration of the county, if such a notice has
24 been sent to the voter, or (iii) otherwise notifying the commissioner
25 of registration of the voter's change of address within the county
26 shall be permitted to correct the voter's registration and to vote in
27 the school election by provisional ballot at the polling place of the
28 district in which the voter resides on the day of the election,
29    (e)  That if the voter has any questions as to where to vote on the
30 day of the election, the voter may contact the county commissioner
31 of registration or municipal clerk or may view polling place
32 location information on the Division of Elections website to
33 determine the proper polling place location for the voter; and
34    (f)  Such other information as may be required by law.
35    c.   If such publication is made in more than one newspaper, it
36 shall not be necessary to duplicate in the notice published in each
37 such newspaper all the information required under this section, so
38 long as:
39    (1)  The municipal officers or party positions to be filled, or
40 nominations made, or municipal public questions to be voted upon
41 by the voters of any municipality, shall be set forth in at least one
42 newspaper having general circulation in such municipality;
43    (2)  All offices to be filled, or nominations made therefor, or
44 public questions to be voted upon, by the voters of the entire State
45 or of the entire county shall be set forth in a newspaper or
46 newspapers which, singly or in combination, have general
47 circulation throughout the county;

**A5116** [3R] WIMBERLY, BARLAS
19

1    (3) Information relating to nominations and elections in each
2 Legislative District comprised in whole or part in the county, shall
3 be published in at least a newspaper or newspapers which singly or
4 in combination, have general circulation in every municipality of
5 the county which is comprised in such legislative district.
6    d.  Such part or parts of the original notices as published which
7 pertain to day of registration or primary election which has occurred
8 shall be eliminated from such notice in succeeding insertions.
9    e.  (Deleted by amendment, P.L.1999, c.232.)
10    f.  The cost of publishing the notices required by this section
11 shall be paid by the respective counties, unless otherwise provided
12 for by law.
13    g.  Notices required to be published or posted pursuant to this
14 section shall set forth a general description of the contents of the
15 voter information notice provided for in section 1 of P.L.2005,
16 c.149 (C.19:12-7.1), how the notice may be viewed or obtained
17 prior to the day of an election, and that the notice will be posted in
18 each polling place on the day of an election.[3]
19 (cf: P.L.2021, c.40, s.8)
20
21    [3]12. (New section)  a.  Notwithstanding the provisions of any
22 other law, rule, or regulation to the contrary, the members of the
23 State committee of each of the political parties shall not be elected
24 at the primary election for the general election.  The members shall
25 be elected by the members of the county committee of the
26 respective political parties, at a time and in a manner to be
27 determined by each respective political party, and in accordance
28 with the constitution and bylaws of such party.
29    b.  A vacancy in the office of a member of the State committee
30 of any political party, howsoever caused, shall be filled for the
31 unexpired term by the members of the county committee of such
32 political party in the county in which the vacancy occurs, in
33 accordance with the constitution and bylaws of such party.
34    c.  Any person elected as a member of the State committee of a
35 political party pursuant to subsection a. of this section, or selected
36 to fill a vacancy in the membership of a State committee, may
37 request, in writing and by certified mail, either access to the
38 complete financial records of the State committee or a copy of the
39 balance sheet of the State committee showing the assets and
40 liabilities of the State committee as of the close of business on the
41 date of their election or selection.  The person requesting that
42 access or copy of the balance sheet shall receive the access or copy
43 so requested within 48 hours of the receipt of that request by the
44 committee.[3]
45
46    [3]13. (New section)  The provisions of this act, P.L.    , c.
47 (pending before the Legislature as this bill) shall be severable, and
48 if any of its provisions shall be held to be unconstitutional, the

**A5116** [3R] WIMBERLY, BARLAS
20

1  decision of the court shall not affect the validity of the remaining

2  provisions of this act.[3]

3

4  [3][9.    R.S.19:34-52 and P.L.1981, c.71 (C.19:23-26.1 through

5  C.19:23-26.2) are repealed.]    14.    The following sections are

6  repealed:

7        R.S.19:5-4;

8        Section 24 of P.L.1983, c.579 (C.19:5-4a);

9        Sections 6 and 7 of P.L.1978, c.15 (C.19:5-4.1 through

10       C.19:5-4.2);

11       P.L.1981, c.71 (C.19:23-26.1 through C.19:23-26.2); and

12       R.S.19:34-52.[3]

13

14  [3][10.] 15.[3]  This act shall take effect [2][January 1 next following

15  the date of enactment] immediately[2].