UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, in his personal capacity as a candidate for U.S. Senate, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No.: 3:24-cv-01098-ZNQ-TJB |
| CHRISTINE CONFORTI, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB |

## **DECLARATION OF ANTOINETTE MILES**

ANTOINETTE MILES, of full age, declares as follows:

1. I am the Executive Director of the New Jersey Working Families Alliance, Inc. ("NJWF"), a Plaintiff in the above-cited *Conforti* case and have served in that position or as acting Executive Director, since May 31, 2023.

2. As Executive Director, I have access to the business records of the NJWF, including those records about NJWF membership, the pursuit of elective public and party office by the plaintiffs in the *Conforti* and *Kim* matters, the pursuit of elective public and party office by NJWF members, and the endorsements made by NJWF in the current and past elections. The following statements are made based on a review of said records.

3. Carolyn Rush, a plaintiff in the *Kim* matter, is currently running for the office of New Jersey Assembly, District 1, in the 2025 Democratic Party Primary. Rush was a NJWF member during her 2024 run for Congress and her current run for Assembly.

4. Joseph Marchica, a plaintiff in the *Conforti* matter, ran for the office of Mercer County Committee in the 2022 and 2024 Democratic Party primaries. Marchica was a NJWF member during his 2022 and 2024 runs for County Committee.

5. Kevin McMillan, a plaintiff in the *Conforti* matter, ran for the office of Neptune Township Committee in the 2024 Democratic Party primary and general elections.

6. Between 2022 and 2025, the following NJWF endorsees ran for office in one or more primary or general elections. An asterisk next to a candidate's name denotes that the candidate was a member of NJWF at the time they sought office:

| NAME | YEAR | OFFICE SOUGHT |
|---|---|---|
| Tim Alexander | 2022 general | U.S. House District 2 |
| Andy Kim* | 2022 general | U.S. House District 3 |
| Frank Pallone | 2022 general | U.S. House District 6 |
| Tom Malinowski | 2022 general | U.S. House District 7 |
| Robert J. Menendez Jr | 2022 general | U.S. House District 8 |
| Bill Pascrell | 2022 general | U.S. House District 9 |
| Donald Payne, Jr.* | 2022 primary and general | U.S. House District 10 |
| Mikie Sherill | 2022 general | U.S. House District 11 |
| Bonnie Watson Coleman* | 2022 general | U.S. House District 12 |
| Mario DeSantis | 2023 primary | LD3 Senate |
| Tanzie Youngblood | 2023 primary | LD3 Assembly |
| Robert Fitzpatrick | 2023 primary | LD3 Assembly |
| John McKeon | 2023 primary and general | LD27 Assembly |
| Alixon Collazos-Gill* | 2023 primary and general | LD27 Assembly |
| Angela McKnight | 2023 primary and general | LD31 Senate |
| Andrew Zwicker | 2023 general | LD16 Senate |
| Andy Kim* | 2024 general | U.S. Senate |
| Susan Altman* | 2024 primary and general | U.S. House District 7 |
| Bonnie Watson Coleman* | 2024 general | U.S. House District 12 |
| Ras Baraka* | 2025 primary | Governor of NJ |
| Carolyn Rush* | 2025 primary | LD1 Assembly |
| Brandon Saffold* | 2025 primary | LD1 Assembly |
| Brian Everett* | 2025 primary | LD4 Assembly |

| | | |
|---|---|---|
| Becky Holloway* | 2025 primary | LD6 Assembly |
| Kevin Ryan* | 2025 primary | LD6 Assembly |
| Loretta Rivers* | 2025 primary | LD17 Assembly |
| Alixon Collazos-Gill* | 2025 primary | LD27 Assembly |
| Chigozie Onyema* | 2025 primary | LD28 Assembly |
| Barbara McCann Stamato* | 2025 primary | LD31 Assembly |
| Katie Brennan* | 2025 primary | LD32 Assembly |
| Al Abdelaziz* | 2025 primary | LD35 Assembly |
| Daniel Park* | 2025 primary | LD37 Assembly |
| Damali Robinson* | 2025 primary | LD38 Assembly |
| Tyann La'Shae Harris* | 2025 primary | Camden City Council At-Large and Camden County Democratic Committee At-Large |

I declare that the foregoing is true and correct. Executed this 23rd day of April, 2025.

_____
ANTOINETTE MILES