# WEISSMAN & MINTZ LLC

ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA
DEREK J. DEMERI

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

\* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



June 4, 2025

**Via ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
United States Courthouse
402 East State Street, Room 4000
Trenton, New Jersey 08608

    Re:    **Conforti v. Hanlon, No. 20-cv-8267**
            **Kim v. Hanlon, No. 24-cv-1098**

Dear Judge Quraishi:

    Counsel are in receipt of the Court's June 3, 2025 ruling (ECF No. 253 in *Conforti*). The remaining attorneys have conferred and respectfully submit this joint request for a four-week extension—to and including July 7, 2025—to submit the joint letter required under Section IV of the Court's ruling.

    Determining appropriate next steps will require detailed consultation, initially with our respective clients and subsequently among counsel. We do not believe this process can be completed before July 7 for two principal reasons. First, June 10 is both the date of the primary election and the deadline for independent candidate petitions. All counsel are election attorneys and will be substantially engaged with election- and petition-related matters before, on, and after the June

10 date. Second, one counsel will undergo a medical procedure in mid-June and will require time to recover.

Accordingly, we respectfully request that the Court extend the current June 9 deadline for the joint status letter to July 7, 2025.

Respectfully submitted,

*/s/ Flavio L. Komuves*
Flavio L. Komuves

cc: All counsel of record
(via ECF)