**GENOVA BURNS LLC**
ATTORNEYS AT LAW

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973-533-0777  Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

Angelo J. Genova, Esq.
Partner
Member: NY, NJ & PA Bar
agenova@genovaburns.com
Direct Dial:  973.535.7100

September 2, 2025

**VIA ELECTRONIC FILING**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

>   Re:   Conforti v. Hanlon, No. 20-cv-8267
>         Kim v. Hanlon, No. 24-cv-1098

Dear Judge Quraishi:

This firm is counsel to Defendant Joanne Rajoppi in her official capacity as Clerk of Union County (the "Union Clerk") in the action entitled *Kim, et al. v. Hanlon, et al.*, No. 24-cv-1098. Joining in this submission is Defendant John S. Hogan in his official capacity as Clerk of Bergen County (the "Bergen Clerk") (with the Union Clerk, the "Clerk Defendants") in the *Kim* Action and in the action entitled *Conforti, et al. v. Hanlon, et. al.*, No. 24-cv-1098.

We write to jointly request that the deadline for the Clerk Defendants to submit their response to the Plaintiffs' submission on the issue of standing as set forth in Your Honor's Text Order of August 19, 2025 be extended from October 3, 2025 to October 10, 2025.  The reason for this request is that the Jewish holidays (September 23 and 24 for Rosh Hashanah and October 2 for Yom Kippur) will significantly reduce the amount of time counsel would otherwise have to submit their response without the extension.



Hon. Zahid N. Quraishi
September 2, 2025
Page 2

The Court's courtesies and attention to this matter are greatly appreciated.

Respectfully submitted,

| | |
|---|---|
| **GENOVA BURNS LLC**<br>*Attorneys for Defendant*<br>*Joanne Rajoppi*<br><br>By: */s/ Angelo J. Genova*<br>Angelo J. Genova, Esq.<br>Daniel A. Lebersfeld, Esq.<br>494 Broad Street<br>Newark, New Jersey 07120<br>Tel: (973) 533-0777<br>agenova@genovaburns.com<br>dlebersfeld@genovaburns.com | **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**<br>*Attorneys for Defendant John S. Hogan*<br><br>By: */s/ Paul Kaufman*<br>Paul Kaufman, Esq.<br>Jason S. Nunnermacker, Esq.<br>61 South Paramus Road, Suite 250<br>Paramus, New Jersey 07652<br>Tel: (201) 928-1100<br>pkaufman@doctiislaw.com<br>jnunnermacker@decotiislaw.com |

c:   All counsel of record (by electronic filing)