# WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA
DEREK J. DEMERI

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



September 16, 2025

**Via ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States Courthouse
402 East State Street, Room 4000
Trenton, New Jersey 08608

      Re:    **Conforti v. Hanlon, No. 20-cv-8267**
                 **Kim v. Hanlon, No. 24-cv-1098**

Dear Judge Quraishi:

      We represent Plaintiffs in the above-referenced matters. Currently, a response to the Court's Order to Show Cause is due this Friday, September 19. Plaintiffs' counsel have been involved and remain involved in emergent election matters, which has made the preparation of a proper response to the OTSC impossible by that deadline. Accordingly, Plaintiffs request an extension of one week, to and including September 26, to file their response.

      Defendants previously applied for and received a one-week extension for their opposition, which is now due on October 10, followed by Plaintiffs' reply on October 17.

      Counsel for Bergen County does not object to this request. Counsel for Union County has not responded to Plaintiffs' request for his consent to this request.

      We thank the Court for its consideration and courtesies.

        Respectfully submitted,

        WEISSMAN & MINTZ
        Counsel for Plaintiffs

        By:   */s/ Flavio L. Komuves*
               Flavio L. Komuves

**SO ORDERED** this 17th day of September 2025
s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**