# WEISSMAN & MINTZ LLC

### ATTORNEYS AT LAW

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779
www.weissmanmintz.com

STEVEN P. WEISSMAN
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA
DEREK J. DEMERI

Senior Counsel
KEVIN P. MCGOVERN

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
YAEL BROMBERG

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



October 30, 2025

**Via ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:    Conforti v. Hanlon, No. 20-8267**
> **Kim v. Hanlon, No. 24-1098**
> **Request for Leave to File Overlength Reply Brief**

Dear Judge Quraishi:

Plaintiffs respectfully request leave to file an overlength reply brief in further response to the Court's Order to Show Cause. The page limit of five pages is insufficient to address the issues raised in the Court's Order, which involve questions of law and fact relating to election administration and constitutional principles. Further, this reply is submitted after defendants submitted three discrete briefs in response to the order to show cause. Though portions had some overlap between them, each was approximately a dozen pages long and focused on different plaintiffs.

Plaintiffs therefore request leave to file a reply brief not to exceed seven (7) pages. Counsel has endeavored to be concise but believes that the additional pages are necessary for clarity and completeness.

Thank you for the Court's consideration of this request.

cc:    all counsel of record (via ECF)

Respectfully submitted,

*/s Flavio L. Komuves*
Flavio L. Komuves

GRANTED.  For the future, counsel are
cautioned that the Court will deny belated
requests submitted at the same time the subject
brief is filed.

ZAHID N. QURAISHI, U.S.D.J.