# WEISSMAN & MINTZ LLC

### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
BRETT M. PUGACH
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA
DEREK J. DEMERI
EVE E. WEISSMAN

Senior Counsel
KEVIN P. MCGOVERN

Of Counsel
ROSEMARIE CIPPARULO
YAEL BROMBERG

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



May 29, 2026

***Via ECF***

Hon. Zahid N. Quraishi, U.S.D.J.
United States Courthouse
402 East State Street, Room 4000
Trenton, New Jersey 08608

> **Re:**  ***Conforti et al. v. Hanlon, et al., Civ. No. 20-cv-08267***
> ***Kim, et al. v. Hanlon, et al, Civ. No. 24-cv-01098***

Dear Judge Quraishi:

We represent the plaintiffs in the above-referenced matters. On May 22, 2026, the Court entered an Order requiring a joint status letter from the remaining parties about the next steps in this matter, to be filed by May 29, 2026. In light of the consequences of the decision, the parties believe a two-week extension of time to respond will bring this matter to either a final resolution or a definitive answer about the next steps in the direction of this litigation. Accordingly, the parties jointly request a two-week extension, to and including June 12, 2026, to submit either a joint status letter or other documentation resolving the remaining matters.

Respectfully submitted,
WEISSMAN & MINTZ LLC

*/s/ Flavio L. Komuves, Esq.*
Flavio L. Komuves, Esq.

Cc:    all counsel of record
(via ECF)